LIONEL Z. GLANCY (#134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Plaintiff I.B.L. Investments, Ltd.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B.L. INVESTMENTS, LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN and EDWARD LOPEZ,<br><br>Defendants. | No.   -MJJ<br><br>CERTIFICATION OF ATTORNEY LIONEL Z. GLANCY PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d) |

Pursuant to Northern District Local Rule 3-7(d), I, Lionel Z. Glancy, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on June 23, 2006, at Los Angeles, California.

Lionel Z. Glancy

FILED BY FAX PURSUANT TO LOCAL RULES WESTERN ATTORNEY SERVICES