LIONEL Z. GLANCY (#134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Movant and
Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B.L. INVESTMENTS LTD., Individually and On Behalf of All Others Similarly Situated,<br>　　　　Plaintiff,<br>v.<br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN and EDWARD LOPEZ,<br>　　　　Defendants. | No. 3:06-cv-03936-MJJ<br><br>**[PROPOSED] ORDER GRANTING MOTION OF I.B.L. INVESTMENTS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Date: October 24, 2006<br>Time: 9:30 a.m.<br>Ctrm: 11 |

## [PROPOSED] ORDER

Having considered the motion of I.B.L. Investments Ltd. for appointment as Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel, the memorandum of law in support thereof, the declaration of Lionel Z. Glancy in support of that motion and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1)    The Motion is granted.

2)    This Order (the "Order") shall apply to the above-captioned action (the

[PROPOSED] ORDER GRANTING MOTION OF I.B.L. INVESTMENTS FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1

"Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and consolidated with the Action (collectively, the " Consolidated Action").

3)   An original of this Order shall be filed by the Clerk in the Master File.

4)   The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5)   Every pleading in the Consolidated Action shall have the following caption:

| IN RE TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION | No. 3:06-cv-03936-MJJ |
|---|---|

6)   Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently filed or transferred related action.

7)   The Court requests the assistance of counsel in calling attention to the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

8)   When a case that arises out of the same subject matter as the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

   a)   file a copy of this Order in the separate file for such action;

   b)   mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed case; and

[PROPOSED] ORDER GRANTING MOTION OF I.B.L. INVESTMENTS FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

2

   c) make the appropriate entry in the Master Docket for the Consolidated Action.

 9) Movant I.B.L. Investments Ltd. is appointed to serve as Lead Plaintiff in the above-captioned Action, pursuant to 15 U.S.C. §78u-4(a)(3)(B).

 10) The law firm Glancy Binkow & Goldberg LLP is hereby approved as Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

   a) to brief and argue motions;

   b) to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, preparation of written interrogatories, requests for admission and requests for production of documents;

   c) to direct and coordinate the examination of witnesses in depositions;

   d) to act as spokesperson at pretrial conferences;

   e) to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

   f) to initiate and conduct any settlement negotiations with counsel for defendants;

   g) to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

   h) to consult and employ experts;

   i) to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

[PROPOSED] ORDER GRANTING MOTION OF I.B.L. INVESTMENTS FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

3

1     j)    to perform such other duties as may be expressly authorized by further order of this Court.

Dated: _____, 2006

                                          HONORABLE MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE

Submitted by:

Lionel Z. Glancy (#134180)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

*Attorneys for Movant and
Proposed Lead Counsel*

[PROPOSED] ORDER GRANTING MOTION OF I.B.L. INVESTMENTS FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On June 27, 2006, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. NOTICE OF MOTION AND MOTION OF I.B.L. INVESTMENTS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF I.B.L. INVESTMENTS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

3. [PROPOSED] ORDER GRANTING MOTION OF I.B.L. INVESTMENTS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Zaki Rakib
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Edward Lopez
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Jerry D. Chase
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Mark A. Richman
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Executed on D, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*S/Kyaa D. Heller*
Kyaa D. Heller