```
1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   Proposed Liaison Counsel for Lead Plaintiff
5  Movant Adrian G. Mongeli and the Class

6  Maya Saxena                               Lewis Kahn
   Joseph E. White, III                      Michael A. Swick
7  SAXENA WHITE P.A.                         KAHN GAUTHIER SWICK, LLC
   2424 North Federal Highway, Suite 257     650 Poydras Street, Suite 2150
8  Boca Raton, FL 33431                      New Orleans, LA 70130
   Tel:   (561) 394-3399                     Tel:   (504) 455-1400
9  Fax:   (561) 394-3382                     Fax:   (504) 455-1498

10
   Proposed Lead Counsel for Lead Plaintiff
11 Movant Adrian G. Mongeli and the Class

12
                      UNITED STATES DISTRICT COURT
13
                     NORTHERN DISTRICT OF CALIFORNIA
14

15
16 I.B.I. INVESTMENTS, LTD. Individually,  ) CASE NO.: 3-06-CV-03936 MJJ
   And On Behalf Of All Others Similarly   )
17 Situated,                               ) CLASS ACTION
                                           )
18                Plaintiff,               ) NOTICE OF MOTION OF ADRIAN G.
                                           ) MONGELI TO BE APPOINTED LEAD
19      vs.                                ) PLAINTIFF PURSUANT TO SECTION
                                           ) 21D(a)(3)(B) OF THE SECURITIES
20 TERAYON COMMUNICATIONS                  ) EXCHANGE ACT OF 1934 AND TO
   SYSTEMS, INC., ZAKI RAKIB, JERRY        ) APPROVE PROPOSED LEAD
21 D. CHASE, MARK A. RICHMAN, and          ) PLAINTIFF'S CHOICE OF COUNSEL
   EDWARD LOPEZ,                           )
22                                         ) DATE:   October 17, 2006
                  Defendants.              ) TIME:   9:30 a.m.
23                                         ) CTRM:   11, 19th Floor
```

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 17, 2006 at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Martin J. Jenkins, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 11, 19th Floor, Adrian G. Mongeli ("Mongeli") will, and hereby moves this Court for an order to be appointed Lead Plaintiff in this action against Terayon Communication Systems, Inc. ("Terayon" or the "Company") pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of his selection of the law firms Kahn Gauthier Swick, LLC ("KGS") and Saxena White P.A. ("SW") as Lead Counsel and the Braun Law Group, P.C. as Liaison Counsel "BLG") in this action.

Mongeli makes this Motion on the belief that he is the most "adequate plaintiff" as defined in the PSLRA because:

1. he has the largest financial interest in the relief sought by the Class and has incurred substantial losses in the amount of $63,248.87 as a result of his purchases of Terayon stock during the Class Period, and

2. he satisfies the typicality and adequacy requirements of Fed.R.Civ.P. Rule 23.

Mongeli further requests that the Court approve the selection of his counsel, KGS and SW, as Lead Counsel and BLG as Liaison Counsel for the Class. The KGS and SW firms are nationally recognized law firms with significant class action, fraud and complex litigation experience, and are firms with the resources to effectively and properly pursue this action.

///

///

///

For all of the foregoing reasons, Mongeli respectfully requests that this Court: (1) appoint Mongeli to serve as Lead Plaintiff in this action; (2) approve Mongeli's selection of Lead and Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: September 11, 2006

Michael D. Braun
BRAUN LAW GROUP, P.C.

By: _____/S/_____
Michael D. Braun
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Proposed Liaison Counsel for Lead Plaintiff Movant Adrian G. Mongeli and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn
Michael A. Swick
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Proposed Lead Counsel for Lead Plaintiff Movant Adrian G. Mongeli and the Class**

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )ss.:
COUNTY OF LOS ANGELES        )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On September 11, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF MOTION OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Lionel Z. Glancy, Esq.                                              info@glancylaw.com

**Attorneys for Plaintiff**

On September 11, 2006, I served the document(s) described as:

**NOTICE OF MOTION OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Attorneys for Plaintiff**

1 | I served the above document(s) as follows:

2 | BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with
3 | postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage
4 | meter date is more than one day after date of deposit for mailing in an affidavit.

5 | I declare declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
6 | following electronic mail address provided by the Securities Class Action Clearinghouse:

7 | scac@law.stanford.edu

8 | I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
9 |
10 | I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

11 | Executed on September 11, 2006, at Los Angeles, California 90025.

12 |
13 |
14 | /S/ LEITZA MOLINAR
       Leitza Molinar
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |