1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   **Proposed Liaison Counsel for Lead Plaintiff**
5  **Movant Adrian G. Mongeli and the Class**

6  Maya Saxena                              Lewis Kahn
   Joseph E. White, III                     Michael A. Swick
7  SAXENA WHITE P.A.                        KAHN GAUTHIER SWICK, LLC
   2424 North Federal Highway, Suite 257    650 Poydras Street, Suite 2150
8  Boca Raton, FL 33431                     New Orleans, LA 70130
   Tel:   (561) 394-3399                    Tel:   (504) 455-1400
9  Fax:   (561) 394-3382                    Fax:   (504) 455-1498

10
   **Proposed Lead Counsel for Lead Plaintiff**
11 **Movant Adrian G. Mongeli and the Class**

12

13            **UNITED STATES DISTRICT COURT**

14          **NORTHERN  DISTRICT OF CALIFORNIA**

15

16 I.B.I. INVESTMENTS, LTD. Individually, )   **CASE NO.: 3-06-CV-03936 MJJ**
   And On Behalf Of All Others Similarly  )
17 Situated,                              )   **CLASS ACTION**
                                          )
18              Plaintiff,                )   **DECLARATION OF MICHAEL D.**
                                          )   **BRAUN IN SUPPORT OF MOTION OF**
19      vs.                               )   **ADRIAN G. MONGELI TO BE**
                                          )   **APPOINTED LEAD PLAINTIFF**
20 TERAYON COMMUNICATIONS              )   **PURSUANT TO SECTION 21D(a)(3)(B)**
   SYSTEMS, INC., ZAKI RAKIB, JERRY     )   **OF THE SECURITIES EXCHANGE ACT**
21 D. CHASE, MARK A. RICHMAN, and      )   **OF 1934 AND TO APPROVE PROPOSED**
   EDWARD LOPEZ,                        )   **LEAD PLAINTIFF'S CHOICE OF**
22                                      )   **COUNSEL**
              Defendants.               )
23 _____ )   **DATE:      October 17, 2006**
                                            **TIME:      9:30 a.m.**
24                                          **CTRM:      11, 19th Floor**

25

26

27

28

1    I, Michael D. Braun declare as follows:

2        1.    I am a principal with the Braun Law Group, P.C., proposed Liaison Counsel for

3    Adrian G. Mongeli, the applicant for Lead Plaintiff in this action.  I am a member of the California

4    Bar and am admitted to practice in this District.

5        2.    This declaration is submitted in support of the Motion filed by Adrian G. Mongeli to:

6    (1) consolidate all similar cases; (2) be appointed as Lead Plaintiff; and (3) approve Lead Plaintiff's

7    selection of counsel for the class.

8        3.    Attached as exhibits are true and correct copies of the following:

9            Exhibit A:    Certification of Adrian G. Mongeli with detailed listing of transactions.

10           Exhibit B:    Published Notice of the first securities class action complaint filed in this
11                         matter in the United States District Court for the Northern District of
12                         California San Francisco Division.

13           Exhibit C:    Firm Biography of Saxena White P.A.

14           Exhibit D:    Firm Biography of Kahn Gauthier Swick, LLC.

15           Exhibit E:    Firm Biography of the Braun Law Group, P.C.

16    I declare under penalty of perjury under the laws of the United states that the foregoing is
17    true and correct.

18    Executed on this 11th day of September, 2006.

19

20                                                    /S/
                                            MICHAEL D. BRAUN

21

22

23

24

25

26

27

28

1

# EXHIBIT A

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

_Adrian Gustavo Mongell_____ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it

2    Plaintiff did not purchase securities of Terayon Communication Systems Inc at the direction of counsel or in order to participate in a private action under the federal securities laws.

3    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the Class Period, plaintiff has executed transactions in the securities of Terayon Communication Systems Inc. as follows. See Attached Schedule.

5    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein

6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief

Dated:  August  _18_  , 2006.

_____
Plaintiff

**Adrian G. Mongeli**
**Terayon Complete Trade History**

| DATE | DESCRIPTION | QUANTITY | PRICE | AMOUNT | DATE | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 01/18/05 | Sale | 122 | $2.70 | $329.38 | 01/19/05 | Purchase | 1,911 | $2.57 | -$4,922.26 |
| 01/18/05 | Sale | 1,700 | $2.71 | $4,595.85 | 01/21/05 | Purchase | 4,400 | $2.62 | -$11,538.99 |
| 01/21/05 | Sale | 6,311 | $2.81 | $17,722.33 | 01/24/05 | Purchase | 32,774 | $2.99 | -$98,005.25 |
| 02/01/05 | Sale | 1,000 | $3.18 | $3,168.90 | 02/07/05 | Purchase | 1,000 | $2.89 | -$2,900.99 |
| 02/01/05 | Sale | 1,000 | $3.17 | $3,158.90 | 02/07/05 | Purchase | 1,000 | $2.89 | -$2,900.99 |
| 02/01/05 | Sale | 14,719 | $3.17 | $46,687.13 | 02/07/05 | Purchase | 17,300 | $2.90 | -$50,152.70 |
| 02/01/05 | Sale | 6,353 | $3.17 | $20,157.40 | 02/07/05 | Purchase | 53,337 | $2.91 | -$155,221.66 |
| 02/01/05 | Sale | 3,902 | $3.18 | $12,392.34 | 02/07/05 | Purchase | 344 | $2.90 | -$1,008.59 |
| 02/01/05 | Sale | 3,600 | $3.18 | $11,447.62 | 02/16/05 | Purchase | 1,500 | $3.43 | -$5,142.00 |
| 02/01/05 | Sale | 2,200 | $3.18 | $6,997.96 | 02/16/05 | Purchase | 3,000 | $3.43 | -$10,300.99 |
| 02/15/05 | Sale | 13,100 | $3.46 | $45,285.21 | 02/16/05 | Purchase | 8,590 | $3.60 | -$30,915.41 |
| 02/15/05 | Sale | 56,401 | $3.46 | $195,130.04 | 02/16/05 | Purchase | 3,000 | $3.60 | -$10,810.99 |
| 02/15/05 | Sale | 3,480 | $3.46 | $12,043.88 | 02/16/05 | Purchase | 6,054 | $3.65 | -$22,066.83 |
| 02/16/05 | Sale | 4,500 | $3.51 | $15,783.49 | 02/16/05 | Purchase | 1,000 | $3.65 | -$3,649.00 |
| 04/20/05 | Sale | 100 | $3.02 | $290.99 | 02/16/05 | Purchase | 3,000 | $3.65 | -$10,960.99 |
| 04/20/05 | Sale | 13,600 | $3.03 | $41,151.87 | 02/16/05 | Purchase | 11,400 | $3.68 | -$41,917.80 |
| 04/20/05 | Sale | 12,700 | $3.01 | $38,238.10 | 02/16/05 | Purchase | 500 | $3.68 | -$1,850.99 |
| 04/20/05 | Sale | 10,344 | $3.02 | $31,227.23 | 02/16/05 | Purchase | 27,900 | $3.68 | -$102,644.10 |
| 04/20/05 | Sale | 100 | $3.02 | $290.99 | 02/16/05 | Purchase | 3,000 | $3.68 | -$11,050.99 |
| 04/20/05 | Sale | 22,588 | $3.00 | $67,761.16 | 02/18/05 | Purchase | 314 | $3.50 | -$1,109.99 |
| 04/20/05 | Sale | 10,000 | $3.01 | $30,087.75 | 02/22/05 | Purchase | 2,074 | $3.37 | -$7,000.37 |
| 04/22/05 | Sale | 100 | $3.19 | $307.99 | 02/22/05 | Purchase | 2,600 | $3.38 | -$8,788.00 |
| 04/22/05 | Sale | 9,170 | $3.12 | $28,609.20 | 04/22/05 | Purchase | 13,200 | $3.20 | -$42,226.80 |
| 04/22/05 | Sale | 500 | $3.13 | $1,564.93 | 04/22/05 | Purchase | 100 | $3.20 | -$330.99 |
| 04/22/05 | Sale | 2,500 | $3.15 | $7,874.67 | 04/22/05 | Purchase | 100 | $3.20 | -$330.99 |
| 04/22/05 | Sale | 1,630 | $3.16 | $5,150.58 | 04/22/05 | Purchase | 6,100 | $3.20 | -$19,513.90 |
| 04/22/05 | Sale | 5,700 | $3.17 | $18,057.25 | 04/22/05 | Purchase | 100 | $3.20 | -$330.99 |
| 05/27/05 | Sale | 17,000 | $2.99 | $50,816.88 | 04/28/05 | Purchase | 18,300 | $2.80 | -$51,276.60 |
| 05/27/05 | Sale | 17,000 | $3.01 | $51,156.87 | 04/28/05 | Purchase | 1,467 | $2.81 | -$4,117.87 |
| 05/31/05 | Sale | 2,600 | $3.12 | $8,100.67 | 04/28/05 | Purchase | 15,763 | $2.81 | -$44,278.27 |
| 05/31/05 | Sale | 9,000 | $3.11 | $27,997.82 | 04/28/05 | Purchase | 100 | $2.81 | -$291.99 |
| 05/31/05 | Sale | 15,156 | $3.11 | $47,163.49 | 04/29/05 | Purchase | 2,224 | $2.85 | -$6,349.99 |
| 05/31/05 | Sale | 12,000 | $3.13 | $37,487.44 | 04/29/05 | Purchase | 34,802 | $2.89 | -$100,542.98 |
| 10/17/05 | Sale | 55,339 | $3.50 | $193,678.40 | 10/12/05 | Purchase | 24,300 | $3.34 | -$81,172.99 |
| 10/17/05 | Sale | 6,086 | $3.51 | $21,349.97 | 10/12/05 | Purchase | 26,165 | $3.32 | -$86,878.79 |
| 10/17/05 | Sale | 4,800 | $3.52 | $16,895.29 | 10/12/05 | Purchase | 15,760 | $3.32 | -$52,334.19 |
|  |  |  |  |  | 10/18/05 | Purchase | 6,700 | $3.35 | -$22,455.99 |
|  |  |  |  |  | 10/18/05 | Purchase | 4,400 | $3.36 | -$14,784.00 |
|  |  |  |  |  | 10/18/05 | Purchase | 2,700 | $3.36 | -$9,072.00 |
|  |  |  |  |  | 10/18/05 | Purchase | 1,900 | $3.37 | -$6,413.99 |
|  |  |  |  |  | 10/18/05 | Purchase | 9,705 | $3.37 | -$32,716.84 |
|  |  |  |  |  | 10/18/05 | Purchase | 9,000 | $3.38 | -$30,420.00 |
|  |  |  |  |  | 10/18/05 | Purchase | 34,195 | $3.39 | -$115,231.04 |
|  |  |  |  |  |  |  |  |  |  |
|  |  | 346,401 |  |  |  |  | 413,079 |  |  |
|  |  | held | 66,678 | $133,222.64 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  | Total Sales |  |  | $1,253,382.61 |  | Total Purchases |  |  | -$1,316,631.48 |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| *avg. closing | price 3/1/06 until | 5/26/06 = | $1.998 |  |  |  |  |  | -$63,248.87 |
| used for |  |  |  |  |  |  |  |  |  |

# EXHIBIT B

---

**FINANCIAL TIMES TUESDAY JULY 11 2006** 21

Email: hongkong@ocra.com.hk

**ocra** worldwide

**OWN YOUR OWN BUSINESS LOAN COMPANY**

**THE CURRENT ECONOMY IS MAKING BIG MONEY FOR LOAN AND LEASING BROKERS!**

Our lenders are seeking new affiliates throughout the UK. Own your own business loans and leases from £5,000 to £10 million or more. No experience needed. We fully train and support you.

**D.M. says "Over £9,000 earned in the first few weeks!"**

**FREE** DVD SEMINAR & BROCHURE

**CALL: 0800 169 3931**

## Legal Notices

Notice is hereby given that an action has been filed in the United States District Court for the Northern District of California, Case No. 3:06-cv-03936-MJJ, on behalf of a proposed class of purchasers of the common stock of Terayon Communication Systems, Inc. ("Terayon") between October 28, 2004 and March 1, 2006, inclusive (the "Class Period").

The Complaint charges Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez and Terayon with violations of federal securities laws. Among other things, plaintiff claims that the Company's reported financial results and growth were attributable to improper accounting practices, which resulted in an overstatement of the Company's revenues, causing Terayon's stock price to become artificially inflated, inflicting damages on investors.

Pursuant to 15 U.S.C. Section 78u-4, if you are a member of the proposed class described above, you may move the Court, not later than 60 days from the date of this Notice, to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action, or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Lionel Z. Glancy, Esquire, of Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at (310) 201-9150, Toll Free at (888) 773-9224 or by e-mail to info@glancylaw.com.

THE INSOLVENCY ACT 1986
Notice To Creditors
**MILLENNIUM INTERNATIONAL FREIGHT LIMITED**
(In Creditors' Voluntary Liquidation)

NOTICE IS HEREBY GIVEN that the creditors of the above named company are required on or before the 31 July 2006 to send their names and addresses, with particulars of their debts and claims to the undersigned Kevin John Helland and Kevin Ashley Goldfarb of Elev Robson Rhodes LLP, 30 Finsbury Square, London EC2P 2YU, the Joint Liquidators of the company, and if so required by notice in writing from the Joint Liquidators either personally or by their solicitor, to come in and prove their debts or claims at such time and place as shall be specified in such notice and in default thereof they will be excluded from the benefit of any distribution made before such debts are proven.
Dated 30 June 2006
KEVIN JOHN HELLAND and
KEVIN ASHLEY GOLDFARB Joint Liquidators


**We Want Your Business**

FT JOBS HERE

## Business for Sale

**SALE OR MERGER**
Marketing & Design Agency.
£1m+ Turnover. Very Profitable. Short W1 Lease.
Blue Chip Clients.
Talented Staff.
Seeks growth through Sale or Merger

PO Box B9667,
Financial Times, Number One,
Southwark Bridge,
London, SE1 9HL

## Company For Sale

Precision Engineering Company Specialising in Injection Moulding Tooling.
Wiltshire Based
Offers Based on £1.5M
**Please Reply to:**
P.O. Box No: 4438
Leamington Spa
CV31 9EB

---

| | | | | |
|---|---|---|---|---|
| | dtd.29.06.2006 | Inlet Pressure CNG Compressors | | |
| 3. | 6000048-HD-12001 dtd.29.06.2006 | 1200 SCM/Hr. at Suction Pressure of 16 Kg/Sq Cm CNG Compressors | 1,00,000/- | 2200/- |
| 4. | 6000049-HD-12001 dtd.29.06.2006 | 650 SCM/Hr. capacity CNG Compressors | 3,00,000/- | 8500/- |

Tender Document are available from    : 06/07/2006 to 09/08/2006
Due Date & Time for submission of tender  : 10/08/2006 - 16.00 Hrs.
Due date & Time for opening of tenders   : 10/08/2006 at 15.30 Hrs.

Sealed tenders under two-bid system (Unpriced & Priced) are invited in prescribed format from competent vendors for above mentioned items. Please visit the tender page on our website : www.hindustanpetroleum.com for detailed Notice Inviting Tender, eligibility / pre-qualification criteria, availability of tender documents and other details.
Sr. Manager - E.P. & P(LPG)
*HPCL - Future Full of Energy*

## Business for Sale

**PIMS ENTERPRISES LIMITED**
**(In Administration)**

The Joint Administrators offer for sale as a going concern the business and assets of Pims Enterprises Limited.

**DIGITAL PRINTING & LITHO PRINTING BUSINESSES**

- Turnover circa £16 million per annum
- Over 20 years trading in the industry
- Litho printing business located in Crewkerne, Somerset – lease hold circa 77,000 sq ft
- Digital printing business located in London EC1 – leasehold circa 20,000 sq ft
- Blue Chip order book and customer base
- High spec. B1 Heidelberg presses and full finishing capabilities
- High volume b/w and colour cut sheet digital printing presses
- Experienced management teams
- Immediate offers invited

For further information please contact:
Geoff Bouchier or Andrew Bailey at Menzies Corporate Restructuring

Telephone: 020 7487 7240
Facsimile: 020 7487 7299
E-mail:  gbouchier@menzies.co.uk
      arbailey@menzies.co.uk

 mri

 menzies | corporate restructuring

**MAINTENANCE ONE SERVICES LIMITED**
**(in administration)**

A leading specialist in the field of maintenance support for retailers

The Joint Administrators, Vivian Bairstow, David Hudson and Tim Dolder offer for sale the business and assets of this well regarded company.

The principal features are:

● Excellent well trained and skilled staff providing 24/7 maintenance coverage to a leading food retailer across all their UK outlets
● Sophisticated systems and procedures based around call centre management of operations from first alert to satisfactory completion
● Well developed sourcing capability
● Turnover c.£26 million p.a.
● Based Stony Stratford, Buckinghamshire.

For further information please contact the Joint Administrators at Begbies Traynor, 32 Cornhill, London EC3V 3BT, telephone on 020 7398 3800 or fax on 020 7398 3799 or e-mail leeanne.naughton@begbies-traynor.com.

BEGBIES TRAYNOR
CORPORATE RESCUE & RECOVERY
"SAVING BUSINESS"
Begbies Traynor is the leading corporate rescue and recovery practice with offices throughout the country

---

of the Sudan New Unified National World Bank's eligibility rules and

2. The Sudan Currency Printing Pres Banknote Paper with security featur years and production capacity not delivered in partial shipments, the e within 355 days. Bidders shall bid non-responsive. The number of lots

Lot 1 – Banknote
Quantity: 357 ton

Lot 2 – Banknote
Quantity: 190 ton

Lot 3 – Banknote
Quantity: 356 ton

Lot 4 – Banknote
Quantity: 403 ton

Lot 5 – Banknote
Quantity: 136 ton

Lot 6 – Banknote
Quantity: 105 ton

4. Bidding will be conducted through the under IBRD Loans and IDA Credits,
5. Interested eligible bidders may obta Ahmed Mukhtar (e-mail: omermukhi working hours of 07:30 am to 3:30 p
6. Qualifications requirements include: the contract price and the number o eligible national contractors «shall n
7. Interested bidders, on the submissio be sent by courier service to the a currency. The evidence of the fee pa with the Saudi Sudanese Bank SGN the bid period has been kept to 30 d
8. Bids must be delivered to the addre permitted. Late bids will be rejected on-line at the address below at 12:0 accompany all bids.
9. The address referred to above is:
Att: Dr. Hassan Om
Forest Road, Khart
1st Floor G. Manag
Khartoum, 11111,
E-mail: gmanager@

## Conferences



A historical 4" Country I

For all Corporate - Business - E
Sun to Fri £15,000 p

Dire
Wit
Tele
Book your wedding by 31s

# EXHIBIT C



**Firm Resume**

---

**Saxena White P.A.** ("Saxena White") is a boutique firm specializing in securities and complex litigation, with offices in Boca Raton, San Francisco and Boston. The firm's specialized focus enables it to skillfully and efficiently prosecute corporate wrongdoing on behalf of shareholders, including public institutions and individual investors. Saxena White is active in major litigations in federal and state courts throughout the nation. Many of Saxena White's attorneys came to the firm from other major class action firms, state government agencies or major defense firms. The attorneys at Saxena White bring with them significant experience in successfully litigating major securities fraud cases and obtaining sizeable settlements on behalf of investors.

---

**What Courts Have Said About the Work Done on Behalf of Investors by Saxena White Attorneys**

Courts have regularly recognized Saxena White attorneys for the high caliber of legal representation provided to class members in securities fraud actions. For example, in approving the settlement of the *Cyberguard Securities Litigation* in April 2004, in which Saxena White attorneys served as Co-Lead Counsel, United States Magistrate Judge Andrea M. Simonton in the Southern District of Florida commented:

> I think that the result was an outstanding result. ... [Q]uite frankly, I think that if you didn't have that caliber of counsel on the plaintiffs' side, there is no way that these shareholders would be looking at the recovery that they are and, in my experience, it is a substantial recovery.

Transcript of hearing in *Cheney v. Cyberguard Corp.*, Case No. 98-6879-CIV-Gold (April 16, 2004) at 47.

---

Similarly, in approving the settlement of *Sherleigh Associates v. Windmere-Durable Holdings Inc.*, in September 2002, United States District Court Judge Joan A. Lenard commented:



> . . . "I want to commend counsel in this protracted complex litigation for the excellent results for the plaintiffs. I also want to commend counsel for all of your hard work, your integrity, and your good counsel for your respective clients. . . "

Transcript of hearing in *Sherleigh Associates v. Windmere-Durable Holdings Inc.,* Case No. 98-2273-CIV-Lenard (September 10, 2002) at 14.

Similar praise of Saxena White attorneys has been made of their efforts in the derivative action context. In approving the settlement in *Klien v. FPL Group, Inc.,* United States District Court Judge Alan S. Gold recognized that the action presented "complex and novel legal issues…[where] the likelihood of success for Plaintiffs at the outset of the case was very low." In approving the exceptional settlement that was eventually reached after years of hard fought litigation, Judge Gold stated:

> "Plaintiffs' counsel, a highly experienced group of lawyers with national reputations in larges securities class actions, recovered an unprecedented amount of money for shareholders as a result of this settlement - $22.25 million in addition to sweeping corporate governance changes which FPL Group has agreed to implement."

*Klien v. FPL Group, Inc.* Case # 02-20170-civ-Gold, (SD Fla. Nov. 23, 2004) (Order and Final Judgment of Dismissal) at 9.

## The Firm's Attorneys

## Maya S. Saxena

Ms. Saxena is the former Managing Partner of the Boca Raton, Florida office of one of the nation's largest securities litigation firms. Ms. Saxena was instrumental in recovering over $200 million on behalf of investors, including, among others, in the following cases:

- *In re Sunbeam Securities Litigation,* 176 F. Supp. 2d 1323 (S.D. Fla. 2002); Defendants' motions to dismiss were denied (two members of the board of directors were dismissed). Significant discovery was undertaken, including the review of approximately one million pages of documents and the depositions of approximately 90 fact witnesses over nearly 200 deposition days. After approximately eight months of negotiations, a settlement was entered into with defendant Arthur Andersen LLP for $110 million - one of the largest



Boca Raton
Boston
San Francisco

settlements ever with an accounting firm - and $31 million from the remaining defendants (including a $15 million personal contribution from former CEO Al Dunlap, agreed to only days prior to the start of trial);

- *In re AFC Enterprises, Inc. Securities Litigation,* No. 1:03-CV-0817-TWT (N.D. Ga. 2003). The majority of defendants' motions to dismiss were denied in this action, which involved a major financial restatement of AFC's previously reported financial results. Co-Lead counsel obtained a settlement of $15 million on behalf of the class;

- *In re Windmere-Durable Holdings, Inc. Sec. Litigation,* No. 98-2273 (S.D. Fla. 2002). Plaintiffs' alleged that defendants failed to reveal material facts concerning a recent acquisition. The case resulted in a settlement of $10.5 million after the conclusion of merits and expert discovery;

- *In re PSINet, Inc. Securities Litigation,* No. 00-1850-A (E.D. Va 2002). Plaintiffs alleged that defendants' failed to reveal the true financial condition of PSINet and one of its recent acquisitions. After the conclusion of merits, class, and expert discovery, the case settled for $17.8 million;

- *In re Pinnacle Holdings Inc. Securities Litigation,* No. 8:01-cv-624 (M.D. Fla. 2002). Co-Lead counsel obtained as settlement of $11 million prior to the commencement of discovery, including significant contributions from the Company's auditor and underwriters;

- *In re PSS World Medical Inc. Securities Litigation,* No. 3:01-cv-795 (M.D. Fla. 2001). Co-Lead Counsel obtained a settlement of $6.75 million;

- *In re Hamilton Bancorp Securities. Litigation.,* No. 01-0156 (S.D. Fla. 2001). Co-Lead Counsel obtained a settlement of $8.5 million in this accounting fraud action, despite the bankruptcy of the principal defendant and a recission action filed by the Company's insurance carrier;

- *Cheney v. Cyberguard Corp.,* No. 98-6879 (S.D. Fla. 1998). Co-Lead Counsel obtained a settlement of $11 million after the close of discovery;

- *In re Tropical Sportswear Int'l Securities Litigation,* No. 8:03-cv-1958 (M.D. Fla. 2002). Defeated motions to dismiss; $8 million settlement pending despite bankruptcy of the Company.

Prior to joining her previous law firm, Ms. Saxena was employed as an Assistant Attorney General in Ft. Lauderdale, Florida. As an Assistant Attorney General, Ms. Saxena represented the State of Florida, its agencies and officers in civil cases at the appellate and trial level, and prepared *amicus curiae* briefs in support of state policies at issue in state and federal court cases. Ms. Saxena also represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials.



Ms. Saxena graduated from Syracuse University *summa cum laude* in 1993 with a dual degree in policy studies and economics, and graduated from Pepperdine University School of Law in 1996.

Ms. Saxena is a member of the Florida state bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Eleventh and Fifth Circuit Courts of Appeal. She is a member of the Palm Beach County Bar Association, and the American Bar Association. Ms. Saxena was recently recognized in the *South Florida Business Journal*'s "Best of the Bar" as one of the best lawyers in South Florida.

## Joseph E. White III

Formerly associated with one of the nation's leading securities fraud class action litigation firms, Mr. White has represented shareholders in securities fraud class actions against numerous publicly traded companies, yielding multi-million dollar settlements, including UniCapital Corp., Hamilton Bancorp, Profit Recovery Group, AES Corp., Tropical Sportswear International Corp., and AFC Corp.

Along with advising public and union pension funds on securities law matters, Mr. White has also assisted shareholders in achieving equitable treatment in minority shareholder buy-out actions and derivative actions achieving meaningful corporate governance reform. Mr. White's clients include multi-billion dollar private investment funds, union pension, annuity and welfare funds, as well as municipal and county public pension funds. Mr. White regularly lectures on topics of interest to pension trustees, including "The Role of Public Pension Funds in Corporate Governance," "The Benefits of Portfolio Monitoring for Public Pension Funds" and "Tools for Assisting Pension Fund Trustees in Monitoring Securities Litigation." Mr. White is an associate member and educational lecturer for the Florida Public Pension Trustees Association.

Mr. White earned an undergraduate degree in Political Science from Tufts University before obtaining his *Juris Doctor* from Suffolk University School of Law. Before concentrating his practice in securities fraud, Mr. White represented national insurance companies in pursuit of fraudulent claims from the initial investigations and denial of claims, into litigation and through trial.

Mr. White is a member of the bar of the Commonwealth of Massachusetts and the State of Florida, as well as the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the District of Massachusetts. Mr. White is also a member of the United States Circuit Courts of Appeal for the First and Eleventh Circuits.



Boca Raton
Boston
San Francisco

## Ariel Acevedo

Prior to joining Saxena White, Mr. Acevedo represented aggrieved shareholders at one of the nation's leading class action firms. Mr. Acevedo has represented numerous plaintiffs in employment discrimination litigation in federal and state courts. Additionally, he has participated in the negotiation of settlement agreements in securities actions, including *In re Clarus Corporation*, *In re Hamilton Bancorp*, and *In re UniCapital Corporation*. Before concentrating his practice on securities fraud and employment discrimination class actions, Mr. Acevedo was employed at a large international law firm in New York, representing and counseling various multi-national corporations in complex, products liability litigation in the United States and other countries. During and after college, Mr. Acevedo was employed as a financial analyst at various brokerage firms and in the banking industry.

Mr. Acevedo earned his bachelor of business administration in finance and investments from Baruch College of the City University of New York in 1991 and his *Juris Doctor* from Fordham University School of Law in 1995. Mr. Acevedo is a member of the state bars of New York and Florida. He is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Middle and Southern Districts of Florida. He is also a member of the American Bar Association.

## Christopher S. Jones

Before joining Saxena White, P.A. Mr. Jones was a Partner at one of the nation's leading class action law firms. Mr. Jones' practice focuses on class action litigation, including securities class actions, consumer class actions, and corporate derivative litigation. His recent class action victories and settlements include:

- *In re Red Hat Securities Litigation*, Case No. 04-473 (E.D.N.C. 2006) (defeating motions to dismiss; case pending);

- *In re Friedman's, Inc. Securities Litigation*, 2005 U.S. Dist. LEXIS 19503, 2005 WL 2175936 (N.D. Ga. 2005) (defeating motions to dismiss; case pending);

- *In re AFC Enters. Securities Litigation*, 348 F. Supp. 2d 1363 (N.D. Ga. 2004) (defeating motions to dismiss; $15 million settlement);

- *In re Catalina Mktg. Corp. Securities Litigation*, 390 F. Supp. 2d 1110 (M.D. Fla. 2005) (defeating motions to dismiss; case pending);

- *In re Tropical Sportswear Int'l Securities Litigation*, 2005 U.S. Dist. LEXIS 6129 (M.D. Fla. 2005) (defeating motions to dismiss; $8 million settlement);

- *In re AES Corp. Securities Litigation*, Case No. 1:03-CV-284 (S.D. In. 2004) ($5 million settlement);



Boca Raton
Boston
San Francisco

- *In re Intercept Securities Litigation*, Case No. 1:03-CV-567 (N. D. Ga. 2004) ($5.5 million settlement);

- *In re Mirant Securities Litigation*, 2003 U.S. Dist. LEXIS 26263 (N.D. Ga. 2003) (defeating motions to dismiss; case pending);

- *In re UniCapital Corp. Securities Litigation*, Case No. 00-2054 (S.D. Fla. 2002) (defeating motions to dismiss; $5.2 million settlement); and

- *In re Hamilton Bancorp Securities Litigation*, 194 F. Supp. 2d 1353 (S.D. Fla. 2002) (defeating motions to dismiss; $8.5 million settlement).

Mr. Jones also has extensive experience prosecuting complex corporate derivative actions. Notably, he was one of the lead counsel in the widely reported case involving FPL Group, Inc. (NYSE:FPL), a large public utility holding company. After nearly three years of intense litigation, which included reported victories on Defendants' motions to dismiss (*Klein v. FPL Group, Inc.*, 2004 U.S. Dist. LEXIS 919, 2004 WL 302292 (S.D. Fla. 2004)), and key discovery motions (*Klein v. FPL Group, Inc.*, 2003 U.S. Dist. LEXIS 19979 (S.D. Fla. 2003)), eight FPL executives, and their insurer, returned $22.25 million dollars in compensation to the company. The settlement represents a groundbreaking recovery because it implemented sweeping corporate governance provisions at FPL, and is the largest amount of money ever returned to a public company by members of its management in an executive compensation type lawsuit.

Mr. Jones is also the creator and author of *The PSLRA Nugget*, a well known blog which provides cutting edge information and analysis on recent securities class action opinions. Regular *Nugget* subscribers and readers include hundreds of attorneys from the plaintiff and the defense bars, the Securities and Exchange Commission and other government agencies, economic analysts, D&O insurance companies, university professors, Fortune 500 general counsel, pension funds, and national news organizations.

Prior to practicing at his previous law firm, Mr. Jones was as an attorney with a prominent corporate defense firm in St. Louis, Missouri. At that firm, he practiced in a variety of areas, including complex litigation, class actions, and appellate litigation. His reported victories there spanned federal and state courts, including *Clay v. Philip Morris Inc.*, 188 F.R.D. 483 (S.D. Ill. 1999); *West Virginia-Ohio Valley Area I.B.E.W. Welfare Fund v. R.J. Reynolds Tobacco Co.*, 188 F.R.D. 425 (S.D. W. Va. 1999), *Conway v. Royalite Plastics, Inc.*, 12 S.W. 3d 314 (Mo. 2001), and *Fletcher v. Conoco Pipeline Co.*, 129 F. Supp. 2d 1255 (W.D. Mo. 2001), *aff'd* 323 F.3d 661 (8th Cir. 2003).

Mr. Jones graduated from University of Akron, *cum laude*, in 1991 with a Bachelor of Arts in Economics, and earned his law degree from DePaul University in 1996.

Mr. Jones is a member of the state bars of Florida, New York, Illinois, Georgia, and Missouri. He is also admitted to practice before the following United States District Courts:



Southern District of Florida, Middle District of Florida, Northern District of Florida, Northern District of Illinois, Southern District of Illinois, Northern District of Georgia, and the Eastern District of Missouri.

---

## Tara Isaacson

Ms. Isaacson graduated from Syracuse University in 1996, and from Washington College of Law at American University in 1999. Prior to joining Saxena White, Ms. Isaacson was an associate in the Boca Raton office of one the nation's leading class action litigation firms. Ms. Isaacson currently focuses her practice on securities fraud class actions. She is a member of the Maryland and Florida bars, as well as the United States District Courts in Maryland and Florida.

---

## Peter A. Lagorio

Formerly a partner with a firm concentrating in securities and product liability class actions, he has successfully represented investors in a wide variety of complex securities class actions and shareholder derivative suits, obtaining many significant monetary recoveries often under very challenging factual and legal circumstances, including *In re Blech Securities Litigation,* 187 F.R.D. 97 (S.D.N.Y. 1999), 961 F. Supp. 569 (S.D.N.Y. 1997) (co-lead counsel in recovering over $15 million in complex market manipulation case against clearing firm, market makers and affiliates where central participants in scheme were insolvent); *Degulis v. LXR Biotechnology, Inc.,* 928 F. Supp. 1301 (S.D.N.Y. 1996) (companion case); *Hynes v. The Enstar Group, Inc.,* 90-C-1204-N (M.D. Ala.) (co-lead counsel in recovery of over $23 million in complex securities fraud case involving defunct company); *Cooper v. Kana,* 3:98-CV-2804 (N.D. Tex.) (co-lead counsel in recovering large percentage of investors' losses arising out of initial public offering of company that became insolvent due to accounting irregularities); *Lynn v. Infinity Investors Ltd.,* 3:97-CV-226 (E.D. Tenn.) (co-lead counsel in recovering majority of investors' losses against convertible debenture purchasers in market manipulation and breach of contract case despite bankruptcy of securities issuer and plan of reorganization that sought to dismiss the case); *Schulte v. Oxford Development Corp.,* 97-1333 (D. Md. 1998), order approving settlement affirmed, 135 F.3d 770 (4th Cir. 1998) (co-lead counsel in obtaining comprehensive settlement valued at over $11 million on behalf of limited partners in connection with complex real estate partnership restructuring transaction); *Caven v. Miller,* No. H-96-CV-3464 (S.D. Tex.) (co-lead counsel in shareholder derivative action recovering $18 million of benefits on behalf of successor company in merger); *Rosenblum v. Equis Financial Group,* No. 98-8030 (S.D. Fla.) (one of three counsel actively involved in achieving comprehensive class and derivative settlements in connection with complex equipment leasing partnership restructuring transaction); *In re Xchange, Inc. Sec. Litig,* 1:01-CV-10322 (D. Mass.) (local counsel actively involved in obtaining $8.5 million settlement in case involving securities of bankrupt software company). Mr. Lagorio has also successfully represented both investors and securities professionals in NASD securities arbitration proceedings. In addition, he has advised securities issuers and investment



professionals on various areas of federal and state securities law compliance, including private placements.

Mr. Lagorio has also been actively involved in the successful prosecution of various nationwide class actions arising out of defective product and/or deceptive trade practice claims, including *Muccioli v. Sony Computer Entertainment America, Inc.*, Civil Action No. 413148 (San Mateo County, Cal. Superior Court) (obtaining free service and repairs and extended warranty period and partial cash refunds of past repair costs to purchasers of video game consoles); and *Michaels v. Phoenix Home Life Mutual Insurance Co.*, Index No. 5318-95 (N.Y. Sup. Ct., Albany County), 1997 N.Y. Misc. LEXIS 171 (1996) (approving comprehensive class settlement in litigation involving sale of life insurance policies); *Natal v. Transamerica Occidental Life Insurance Co.*, Index No. 694829 (San Diego, CA Superior Court) (same); *Coleman v. GAF Building Materials Corp.*, CV-96-0954 (Mobile County, Alabama Circuit Court) (defective roofing shingles settlement with benefits estimated at present value of $75 million); *Sebago, Inc. v. Beazer East, Inc.*, No. 96-10069 (D. Mass.) (defective foam roof insulation settlement with benefits at present value of $240 million).

Mr. Lagorio is a 1977 graduate (*cum laude*) of Boston College where he received a Bachelor of Science degree from the School of Management concentrating in Accounting, and a 1994 graduate of New England School of Law (J.D.). Mr. Lagorio is a member of the bar of the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit. He is a member of the American Bar Association, Massachusetts Bar Association and the Boston Bar Association. Prior to practicing law, Mr. Lagorio had several years experience working as a financial analyst, securities broker and investment advisor. Mr. Lagorio is Of Counsel to Saxena White.

## Lynda Carey Paris

Lynda Carey Paris actively works on various class action cases involving securities, consumer protection, and related matters. Ms. Paris has previously practiced in various areas of insurance defense and personal injury law litigation. Prior to attending law school Ms. Paris worked several years as a legal assistant at a law firm handling patent litigation and prosecution. Ms. Paris is a 1995 graduate (*cum laude*) of Merrimack College in North Andover, Massachusetts, where she received a Bachelor of Arts degree in History, and a 2001 graduate of Suffolk University Law School (J.D.) Ms. Paris is a member of the bar of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. Ms. Paris is Of Counsel to Saxena White.

## Sanjukta K. Sen

Sanjukta Sen concentrates her practice in securities fraud and shareholder derivative actions. Prior to joining Saxena White, she was an associate at a large Miami-based plaintiffs' firm, focusing on mass tort and other complex class action litigation in federal court. Ms. Sen

# Saxena White

Boca Raton
Boston
San Francisco

received her B.A. from Yale University in 1986, and her J.D. from Yale University in 1994.

---

## Michael Schumacher Jr.

Michael Schumacher Jr. concentrates his practice in employee benefits law, with a focus on institutional investors and their participation and recovery in securities fraud and ERISA class actions. Prior to joining Saxena White, Mr. Schumacher obtained extensive experience in areas ranging from administration and compliance for Taft Hartley benefit funds, to meeting fiduciary obligations for Taft Hartley fund trustees.

Mr. Schumacher earned a B.A. at the University of California, Berkeley, and a J.D. at the University of Southern California Law School. He currently resides in San Francisco, California.

---

## Steven M. Taylor

Steven M. Taylor focuses his practice on class action suits involving securities and consumer protection matters. Previously, Mr. Taylor worked in various areas of civil litigation, insurance subrogation, and class action suits involving securities, antitrust, products liability and consumer protection. Mr. Taylor is a 2003 graduate of the New England School of Law (J.D.) in Boston, Massachusetts, and a 1999 Graduate of Bucknell University in Lewisburg, Pennsylvania, where he received a Bachelor of Arts degree in History and Music. Mr. Taylor is a member of the bar of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. Mr. Taylor is Of Counsel to Saxena White.

# EXHIBIT D

## KAHN GAUTHIER SWICK, LLC

Kahn Gauthier Swick, LLC ("KGS") is a Louisiana law firm with offices in New Orleans, Louisiana (www.kglg.com).     KGS focuses predominantly on class action litigation, and practices mainly in the fields of securities fraud, consumer fraud, mass tort litigation and securities transaction.     Since its inception KGS has recovered tens of millions of dollars for the plaintiffs it represents.     KGS was formed in 2000, as a partnership between established class action attorneys led by Wendell Gauthier.     Mr. Gauthier was an esteemed member of the Louisiana Bar prior to his passing in December, 2001 at the age of 58.     Mr. Gauthier was best known as Chairman of the Castano Tobacco Litigation Group, a coalition of national plaintiff firms that was the catalyst for the nationwide tobacco settlements of $206 billion.

KGS is uniquely positioned to represent plaintiffs in complex class action litigation.     Lewis Kahn serves as the managing partner of KGS.     Along with the representation of thousands of plaintiffs in class action and mass tort cases filed throughout the United States, Mr. Kahn has been appointed to various leadership positions in federal class action litigation.     Among other prestigious appointments, Mr. Kahn served as a member of the Plaintiffs' Steering Committee in MDL 1481, *In Re: Meridia Products Liability Litigation*, appointed by Judge James S. Gwin in the United States District Court for the Northern District of Ohio, Eastern District.     Mr. Kahn was also appointed Liaison Counsel in the national securities fraud litigation against Merck, Inc. for its failure to disclose the safety profile of Vioxx to its shareholders, *In Re Merck, Inc., Securities Litigation,* Case No. 03-3125 (E.D. La) by Judge Kurt Englehart.     This

case was transferred to Judge Stanley Chesler and is currently part of MDL 1658, *In Re Merk & Co., Inc. Securities, Derivative and "ERISA" Litigation.*

Moreover, Mr. Kahn also served as one of five plaintiffs' counsel that secured a $20.5 million securities fraud settlement in *Lasky v. Brown, et al.* (United Companies Securities Litigation), Case No. 99-1035-D-M2 (M.D. La.). Mr. Kahn has also been appointed and served as Liaison Counsel in the following federal securities fraud cases:

1.    *In Re Stewart Enterprises, Inc., Securities Litigation,* Case No. 99-2572 (E.D. La.);

2.    *In Re McDermott, Inc. Securities Litigation,* Case No. 99-3831 (E.D. La.);

3.    *In Re Orthodontic Care Associates, Securities Litigation,* Case No. 03-1027 (E.D. La).

Mr. Kahn is often turned to by the media for expert commentary in the field of class action litigation. Mr. Kahn has been profiled in the *New York Times, Washington Post, Boston Globe*, and many other media outlets, and has provided expert commentary on CNNfn surrounding the Enron securities fraud class action litigation. Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He is a member in good standing of the Louisiana State Bar Association since 1995, the American Association of Trial Lawyers, and the Federal Bars for the Eastern, Middle and Western Districts of Louisiana.

Michael Swick heads KGS's Securities Litigation Group. Prior to joining KGS, Mr. Swick worked at several of the nation's leading securities class action law firms, including: both the East Coast and West Coast offices of Milberg Weiss Bershad Hynes

& Lerach, LLP (now Lerach Coughlin Stoia Rudman Gellar & Robbins, LLP - CA, and

Milberg Weiss Bershad & Schulman LLP - NYC), and the Connecticut firm of Scott +

Scott, LLP.

Over the past decade of securities class action litigation, Mr. Swick has been

instrumental in instituting litigation that has produced hundreds of millions of dollars of

recoveries. Such actions include:

> **$140 Million Recovery**. In re Sunbeam Securities Litigation: No. 98-8258 (S.D.
> Fla). Michael Swick drafted one of the first filed actions against Sunbeam, where
> plaintiffs alleged that Sunbeam, its auditor, and its management engaged in a
> massive accounting fraud, culminating in the restatement of over three years of
> previously reported financial results. The Court approved a combined settlement
> of over $140 million - - including $110 million paid by Arthur Andersen, LLP,
> then Sunbeam's auditor. In connection with this settlement, Albert Dunlap,
> Sunbeam's former Chairman and CEO, personally contributed $15 million.

> **$134 Million Recovery.** In In re Computer Associates Securities Litigation, Nos.
> 98-CV-4839, 02-CV-1226 (TCP) (E.D.N.Y.), Michael Swick drafted and
> participated in the filing of one of the earliest and most comprehensive actions.
> This filing later resulted in a pretrial settlement of securities fraud charges valued
> at over $134 million.

> **$300 Million Recovery.** In re Oxford Health Plans, Inc. Securities Litigation,
> MDL Dkt. No. 1222 (CLB) (S.D.N.Y.). Cash settlements totaling $300 million
> were recovered for plaintiffs after it was determined that Oxford Health Plans,
> Inc. issued fraudulent financial statements that misstated premium revenues and
> claims expense. Oxford's outside auditor, KPMG, was also named as a defendant
> in that action.

> **$600 Million Recovery.** In re Lucent Technologies, Inc. Securities Litigation,
> No. 00cv621 (AJL) (D.N.J.). This settlement provided $600 million in
> compensation to aggrieved shareholders who purchased Lucent stock between
> Oct. 1999 and Dec. 2000.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994. Further, Mr.

Swick received a Masters of Political Philosophy from Columbia University in 1989 and

a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the state Bar of New York in 1996.

Kevin Oufnac is a partner at KGS who practices in the firm's class action section. Mr. Oufnac has litigated cases throughout the United States with both Ness, Motley, Loadholt, Richardson & Poole, PC and its successor firm Motley Rice, LLC in high value individual cases, mass torts, class actions, MDL's and various other complex cases. Mr. Oufnac has been licensed to practice law in Louisiana since 1995 and in South Carolina since 1997. Further, Mr. Oufnac is admitted to the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern District of Louisiana, the Eastern District of Michigan, and the District of South Carolina.

In addition to its partners, KGS employs three associate lawyers, along with multiple paralegals and investigators, providing the firm the resources necessary to litigation complex litigation. Moreover, KGS' foremost characteristic has been the ability to work cooperatively with the Court and with other attorneys as evidenced by its successful track record.

# EXHIBIT E



**Braun Law Group, P.C.**

12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel 310-442-7755
Fax 310-442-7756
info@braunlawgroup.com

# FIRM BIOGRAPHY

The Braun Law Group specializes in the prosecution of complex class actions throughout the United States. The firm currently has a leadership role in nearly a dozen consumer and securities class actions.

## Michael D. Braun

Mr. Braun has more than ten years experience representing shareholders and consumers in class action litigation. He was named a Lawyer of the Year in 2000 by California Lawyer Magazine, and Super Lawyer in 2005 and 2006 by Los Angeles Magazine. Mr. Braun is a graduate of the London School of Economics, Loyola Law School, the Hague Academy of International Law and the University of California at Los Angeles. Mr. Braun is a member of the California, New York and District of Columbia bars and is licensed as an English Solicitor.

Representative Cases

*Small v. Fritz Co.*, Supreme Court of California, 30 Cal. 4th 167 (April 7, 2003) (created new law in the state of California for shareholders that held shares in detrimental reliance on false statements made by corporate officers. The decision was widely covered by national media including The National Law Journal, Los Angeles Times, New York Times, and the New York Law Journal, among others and was heralded as a significant victory for shareholders.

*In re Apria Healthcare Group Securities Litigation*, Master File No. 797060 (Superior Court of California, Orange County) (recovery of $42 million)

*In re Complete Management Inc. Sec. Litig.*, Master File No. 99 Civ. 1454 (NRB) (S.D.N.Y.) (recovery of $11.0 million)

*In re Cybermedia, Inc. Securities Litigation*, Master File No. 98-1811CBM (Ex) (C.D. Ca.)(recovery of $10.5 million)

*In re Stratosphere Securities Litigation*, Master File No. CV-S-96-00708-PMP (RLH) (D. Nev.)(recovery of $9 million)

*In re Ascend Communications Securities Litigation*, Case No. 97-9376 MRP (AN) (C.D. Ca. 2002) (recovery of $5.45 million)

*In re Brightpoint Securities Litigation*,(S.D. Indiana 2003) (recovery of $5.5 million)

*In re Spectrian Corp. Securities Litigation*, Master File No. C-97-4672-CW (N.D. Ca.)(recovery of $2.975 million)

*In re 2TheMart.com Securities Litigation*, 114 F.Supp 2d 955 (C.D.Ca 2002) (recovery of $3.0 million)

*In re Irvine Sensors Securities Litigation*, 2003 U.S. Dist. LEXIS 18397 (C.D.Ca 2003) (recovery of $3.5 million)

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                            )ss.:
COUNTY OF LOS ANGELES       )

      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

      On September 11, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

      **DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF MOTION OF ADRIAN MONGELI TO BE APPOINTED LEAD PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

      The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Lionel Z. Glancy, Esq.                                    info@glancylaw.com

**Attorneys for Plaintiff**

      On September 11, 2006, I served the document(s) described as:

      **DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF MOTION OF ADRIAN MONGELI TO BE APPOINTED LEAD PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:    (504) 455-1400
Fax:   (504) 455-1498

**Attorneys for Plaintiff**

1      I served the above document(s) as follows:

2      BY MAIL. I am familiar with the firm's practice of collection and processing correspondence
       for mailing. Under that practice it would be deposited with U.S. postal service on that same day with
3      postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware
       that on motion of the party served, service is presumed invalid if postal cancellation date or postage
4      meter date is more than one day after date of deposit for mailing in an affidavit.

5      I declare declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the
       above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
6      following electronic mail address provided by the Securities Class Action Clearinghouse:

7                                    **scac@law.stanford.edu**

8      I further declare that I am employed in the office of a member of the bar of this Court at whose
       direction the service was made.
9
       I further declare under penalty of perjury under the laws of the United States that the above is
10     true and correct.

11     Executed on September 11, 2006, at Los Angeles, California 90025.

12

13
                                                    _____/S/ LEITZA MOLINAR_____
14                                                        Leitza Molinar

15

16

17

18

19

20

21

22

23

24

25

26

27

28