1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   **Proposed Liaison Counsel for Lead Plaintiff**
5  **Movant Adrian G. Mongeli and the Class**

6  Maya Saxena                                    Lewis Kahn
   Joseph E. White, III                           Michael A. Swick
7  SAXENA WHITE P.A.                              KAHN GAUTHIER SWICK, LLC
   2424 North Federal Highway, Suite 257          650 Poydras Street, Suite 2150
8  Boca Raton, FL 33431                           New Orleans, LA 70130
   Tel:   (561) 394-3399                          Tel:   (504) 455-1400
9  Fax:   (561) 394-3382                          Fax:   (504) 455-1498

10
   **Proposed Lead Counsel for Lead Plaintiff**
11 **Movant Adrian G. Mongeli and the Class**

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | I.B.I. INVESTMENTS, LTD. Individually, | CASE NO.: 3-06-CV-03936 MJJ |
   | And On Behalf Of All Others Similarly | |
17 | Situated, | **CLASS ACTION** |
   | | |
18 | Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO APPOINT LEAD |
19 | vs. | PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES |
20 | TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY | EXCHANGE ACT OF 1934 AND TO APPROVE PROPOSED LEAD |
21 | D. CHASE, MARK A. RICHMAN, and EDWARD LOPEZ, | PLAINTIFF'S CHOICE OF COUNSEL |
22 | | DATE:   October 17, 2006 |
   | Defendants. | TIME:   9:30 a.m. |
23 | | CTRM:   11, 19th Floor |

24

25

26

27

28

Having considered the motion of Adrian G. Mongeli to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's selection of counsel and the Memorandum of Law and Declaration of Michael D. Braun, in support thereof, and good cause appearing therefore:

1. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, U.S.C. §78u-4(a)(3)(B), Adrian G. Mongeli is hereby appointed Lead Plaintiff for the Class;

2. Pursuant to §21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, the law firms of Kahn Gauthier Swick LLC and Saxena White P.A. are hereby appointed Lead Counsel for plaintiff and the Class and the Braun Law Group, P.C. is hereby appointed Liaison Counsel for plaintiff and the Class.

IT IS SO ORDERED:

DATED: _____, 2006

HON. MARTIN J. JENKINS
U. S. DISTRICT COURT JUDGE

Submitted by:

Michael D. Braun
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Proposed Liaison Counsel for Lead Plaintiff Movant Adrian G. Mongeli and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn
Michael A. Swick
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Proposed Lead Counsel for Lead Plaintiff Movant Adrian G. Mongeli and the Class**

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On September 11, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**[PROPOSED] ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Lionel Z. Glancy, Esq.                                    info@glancylaw.com

**Attorneys for Plaintiff**

On September 11, 2006, I served the document(s) described as:

**[PROPOSED] ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:    (561) 394-3382

Lewis Kahn, Esq.
Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:    (504) 455-1400
Fax:    (504) 455-1498

**Attorneys for Plaintiff**

1  I served the above document(s) as follows:

2  BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

scac@law.stanford.edu

I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 11, 2006, at Los Angeles, California 90025.


　　　　　　　　　　　　　　　　　　　　　　/S/ LEITZA MOLINAR
　　　　　　　　　　　　　　　　　　　　　　Leitza Molinar