LIONEL Z. GLANCY (#134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160

Attorneys for Plaintiff I.B.L. Investments, Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B.L. INVESTMENTS, LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN and EDWARD LOPEZ,<br><br>               Defendants. | No. C 06-03936 MJJ<br>Hon. Martin J. Jenkins<br><br>**NOTICE OF CLERK'S NOTICE RE HEARING DATE FOR MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>Date:  October 24, 2006<br>Time: 9:30 a.m.<br>Dept: Crtrm 11, 19th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has scheduled the Motions to Appoint Lead Plaintiff and Lead Counsel in the above-captioned matter for October 24, 2006 at 9:30 a.m. before the Honorable Martin J. Jenkins in Courtroom 11 on the 19th Floor of the United States District Court for The Northern District of California. A copy of the Clerk's Notice is attached hereto.

1   A copy of this Notice has been sent to all paries on the attached Proof of Sevice.

2

3   Dated: September 13, 2006               **GLANCY BINKOW & GOLDBERG LLP**

4                                            By: _S/Lionel Z. Glancy_
                                                  Lionel Z. Glancy
5
                                            1801 Avenue of the Stars, Suite 311
6                                           Los Angeles, California 90067
                                            Telephone: (310) 201-9150
7                                           Facsimile: (310) 201-9160

8                                           *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

I.B.I. INVESTMENTS,

        Plaintiff(s),

v.

TERAYON COMMUNICATION,

        Defendant(s),
_____/

No. **C06-03936 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled the **Motions to Appoint Lead Plaintiff and Lead Counsel** for **Tuesday, October 24, 2006 at 9:30 am** before the Honorable Martin J. Jenkins. The hearing scheduled for October 17, 2006 is **vacated.**

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 13, 2006

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Monica Tutson*
Monica Tutson
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

OnSeptember 13, 2006, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **NOTICE OF CLERK'S NOTICE RE HEARING DATE FOR MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Zaki Rakib
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Edward Lopez
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Jerry D. Chase
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Mark A. Richman
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Executed on September 13, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_S/Kyaa D. Heller_
Kyaa D. Heller