LIONEL Z. GLANCY (#134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

Attorneys for Movant I.B.L. INVESTMENTS, LTD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B.L. INVESTMENTS LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>TERAYON COMMUNICATION SYSTEMS,  INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN and EDWARD LOPEZ,<br><br>                    Defendants. | No. 3:06-cv-03936-MJJ<br><br>**NOTICE OF WITHDRAWAL OF I.B.L. INVESTMENTS LTD.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:  October 24, 2006<br>Time:  9:30 a.m.<br>Ctrm:  11 |

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD HEREIN:

   Movant I.B.L. Investments Ltd. hereby withdraws its Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel filed on September 11, 2006.

Dated: September 22, 2006          Respectfully submitted,

                                   **GLANCY  BINKOW & GOLDBERG LLP**

                                   By:  __s/Lionel Z. Glancy____
                                         Lionel Z. Glancy

                                   1801 Avenue of the Stars, Suite 311
                                   Los Angeles, California  90067
                                   Telephone:    (310) 201-9150
                                   Facsimile:    (310) 201-9160

                                   Attorneys for Movant I.B.L. Investments, Ltd.