1 | Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
2 | 12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
3 | Tel:   (310) 442-7755
Fax:   (310) 442-7756
4
**Proposed Liaison Counsel for Lead Plaintiff**
5 | **Movant Adrian G. Mongeli and the Class**

6 | Maya Saxena                                      Lewis Kahn
Joseph E. White, III                              Michael A. Swick
7 | SAXENA WHITE P.A.                                KAHN GAUTHIER SWICK, LLC
2424 North Federal Highway, Suite 257             650 Poydras Street, Suite 2150
8 | Boca Raton, FL 33431                             New Orleans, LA  70130
Tel:   (561) 394-3399                             Tel:   (504) 455-1400
9 | Fax:   (561) 394-3382                            Fax:   (504) 455-1498

10
**Proposed Lead Counsel for Lead Plaintiff**
11 | **Movant Adrian G. Mongeli and the Class**

12

13 |                       **UNITED STATES DISTRICT COURT**

14 |                       **NORTHERN  DISTRICT OF CALIFORNIA**

15

16 | I.B.I. INVESTMENTS, LTD. Individually,    )     **CASE NO.: 3-06-CV-03936 MJJ**
And On Behalf Of All Others Similarly     )
17 | Situated,                                 )     **CLASS ACTION**
                                              )
18 |                  Plaintiff,                )    **NOTICE OF NO OPPOSITION TO**
                                              )     **MOTION OF ADRIAN G. MONGELI TO**
19 |        vs.                                )    **BE APPOINTED LEAD PLAINTIFF AND**
                                              )     **TO APPROVE CHOICE OF COUNSEL**
20 | TERAYON COMMUNICATIONS                   )
SYSTEMS, INC., ZAKI RAKIB, JERRY           )     **DATE:**     **October 24, 2006**
21 | D. CHASE, MARK A. RICHMAN, and           )     **TIME:**     **9:30 a.m.**
EDWARD LOPEZ,                              )     **CTRM:**     **11, 19th Floor**
22 |                                              )
                 Defendants.                  )
23 | _____)

24

25

26

27

28

---

**NOTICE OF NO OPPOSITION TO MX OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE CHOICE OF COUNSEL**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Notice of No Opposition.wpd

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 24, 2006, at 9:30 a.m., or as soon thereafter as the matter may be heard, the Honorable Martin J. Jenkins, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 11, 19th Floor, is scheduled to hold a hearing on the Motions to Appoint Lead Plaintiff and Lead Counsel. Adrian G. Mongeli hereby gives notice that he is the sole movant seeking appointment as lead plaintiff and approval of his choice of lead counsel. By notice filed on September 22, 2006, I.B.I Investments Ltd. has withdrawn its motion to appoint lead plaintiff and lead counsel, leaving no movant, other than Mr. Mongeli, seeking such appointment. Therefore, Mr. Mongeli should be appointed lead plaintiff in this litigation and his choice of counsel should be appointed lead counsel. Furthermore, Mr. Mongeli respectfully submits that the absence of any opposition to his motion obviates the need to hold the scheduled hearing, and respectfully requests that the same be canceled.

Dated: October 3, 2006

Michael D. Braun
BRAUN LAW GROUP, P.C.

By:        /S/
Michael D. Braun
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Proposed Liaison Counsel for Lead Plaintiff Movant Adrian G. Mongeli and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

///

///

///

1

**NOTICE OF NO OPPOSITION TO MX OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE CHOICE OF COUNSEL**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Notice of No Opposition.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lewis Kahn
Michael A. Swick
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Proposed Lead Counsel for Lead Plaintiff
Movant Adrian G. Mongeli and the Class**

2

**NOTICE OF NO OPPOSITION TO MX OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE CHOICE OF COUNSEL**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Notice of No Opposition.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On October 3, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF NO OPPOSITION TO MOTION OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE CHOICE OF COUNSEL**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Lionel Z. Glancy, Esq.                                          info@glancylaw.com

**Attorneys for Plaintiff**

On October 3, 2006, I served the document(s) described as:

**NOTICE OF NO OPPOSITION TO MOTION OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE CHOICE OF COUNSEL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Attorneys for Proposed Lead Plaintiff**
**Movant Adrian G. Mongeli and the Class**

3

**NOTICE OF NO OPPOSITION TO MX OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE CHOICE OF COUNSEL**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Notice of No Opposition.wpd

1  Terayon Communications Systems, Inc.
   4988 Great America Parkway
2  Santa Clara, CA  95054

3  Zaki Rakib
   c/o Terayon Communications Systems, Inc.
4  4988 Great America Parkway
   Santa Clara, CA  95054
5
   Jerry D. Chase
6  c/o Terayon Communications Systems, Inc.
   4988 Great America Parkway
7  Santa Clara, CA  95054

8  Mark A. Richman
   c/o Terayon Communications Systems, Inc.
9  4988 Great America Parkway
   Santa Clara, CA  95054
10
   Edward Lopez
11 c/o Terayon Communications Systems, Inc.
   4988 Great America Parkway
12 Santa Clara, CA  95054

13 **Defendants**

14     I served the above document(s) as follows:

15     BY MAIL.  I am familiar with the firm's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on
16 that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course
of business.  I am aware that on motion of the party served, service is presumed invalid if postal
17 cancellation date or postage meter date is more than one day after date of deposit for mailing in an
affidavit.
18
       I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-
19 listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
following electronic mail address provided by the Securities Class Action Clearinghouse:
20
                           **scac@law.stanford.edu**
21
       I am employed in the office of a member of the bar of this Court at whose direction the
22 service was made.

23     I declare under penalty of perjury under the laws of the United States that the above is true
and correct.
24
       Executed on October 3, 2006, at Los Angeles, California 90025.
25

26

27                                                       /S/ LEITZA MOLINAR
                                                            Leitza Molinar
28

4

**NOTICE OF NO OPPOSITION TO MX OF ADRIAN G. MONGELI TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE CHOICE OF COUNSEL**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Notice of No Opposition.wpd