```
1  LIONEL Z. GLANCY (#134180)
   GLANCY BINKOW & GOLDBERG LLP
2  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
3  Telephone:   (310) 201-9150
   Facsimile:   (310) 201-9160
4
   Attorneys for Plaintiff I.B.L. Investments, Ltd.
5
```

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| I.B.L. INVESTMENTS, LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN and EDWARD LOPEZ,<br><br>Defendants. | No. C 06-03936 MJJ<br>Hon. Martin J. Jenkins<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS WITH DECLARATION RE:DUE DILIGENCE ATTACHED ON DEFENDANT JERRY D. CHASE** |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff I.B.L. INVESTMENTS, LTD. hereby submits the attached Proofs of Service of Summons with Declaration Re:Due Diligence attached on Defendant Jerry D. Chase..

A copy of this Notice has been sent to all paries on the attached Proof of Sevice.

Dated: October 11, 2006              **GLANCY BINKOW & GOLDBERG LLP**

                                     By: _S/Lionel Z. Glancy_
                                         Lionel Z. Glancy

                                     1801 Avenue of the Stars, Suite 311
                                     Los Angeles, California 90067
                                     Telephone: (310) 201-9150
                                     Facsimile: (310) 201-9160

                                     *Attorneys for Plaintiff*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 9/25/2006 |
| NAME OF SERVER *(PRINT)*<br>Larry Tisdall | TITLE | Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   I left copies at the defendant's place of business. His coworker, Mark Richman, accepted service on behalf of Jerry Chase at: Terayon Communications Systems, Inc 2450 Walsh Ave., Santa Clara, CA

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/25/2006___     _____
              Date                  Signature of Server

                                75 Columbia Sq., San Francisco, CA 94103
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## DECLARATION RE: DUE DILIGENCE

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, San Francisco, California, 94103.

In my capacity as a process server, I have attempted to personally serve a summons and complaint on Jerry Chase. **I am unable to effect personal service.** My attempts to serve the defendant are as follows:

September 11, 2006, at 3:30 PM at 4988 Great America Parkway, Santa Clara, CA: Attempted service at the above address and discovered the company moved.

September 21, 2006 at 12:45 PM at 2450 Walsh Ave., Santa Clara, CA 95051: This is the correct address for Terayon Communications Systems, Inc., but Jerry Chase was not in the office today.

September 22, 2006 at 4:15 PM at 2450 Walsh Ave., Santa Clara, CA 95051: Jerry Chase was not available at this time.

September 25, 2006 at 10:10 AM at 2450 Walsh Ave., Santa Clara, CA 95051: Jerry Chase was not in the office. At this time I was able to sub serve Jerry Chase by leaving documents with his coworker, Mark Richman, who was authorized to accept on behalf of Jerry Chase. Also, copies of the same documents were mailed to this same address.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on September 25, 2006, at San Francisco, California.

Doris Miranda
Western Attorney Services

Larry Tisdall
Western Attorney Services

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 11, 2006, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1   **NOTICE OF FILING PROOF OF SERVICE OF SUMMONS WITH DECLARATION RE:DUE DILIGENCE ATTACHED ON DEFENDANT JERRY D. CHASE**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Zaki Rakib
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Edward Lopez
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Jerry D. Chase
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Mark A. Richman
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Executed on October 11, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*S/Kyaa D. Heller*
Kyaa D. Heller