LIONEL Z. GLANCY (#134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

Attorneys for Plaintiff I.B.L. Investments, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| I.B.L. INVESTMENTS, LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN and EDWARD LOPEZ,<br><br>　　　　　Defendants. | No. C 06-03936 MJJ<br>Hon. Martin J. Jenkins<br><br>**NOTICE OF FILING PROOFS OF SERVICE OF SUMMONS ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC., AND MARK A. RICHMAN, AND DECLARATIONS RE:DUE DILIGENCE ON DEFENDANTS ZAKI RAKIB AND EDWARD LOPEZ** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff I.B.L. INVESTMENTS, LTD. hereby submits the attached Proofs of Service of Summons on Defendants Terayon Communication Systems, Inc., and Mark A. Richman, and Declarations Re: Due Diligence on Defendants Zaki Rakib and Edward Lopez.

A copy of this Notice has been sent to all paries on the attached Proof of Sevice.

Dated: October 11, 2006　　　　　　　　**GLANCY BINKOW & GOLDBERG LLP**

　　　　　　　　　　　　　　　　　　　　By: _S/Lionel Z. Glancy_
　　　　　　　　　　　　　　　　　　　　　　Lionel Z. Glancy

　　　　　　　　　　　　　　　　　　　　1801 Avenue of the Stars, Suite 311
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 201-9150
　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 201-9160

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

NOTICE OF FILING PROOFS OF SERVICE OF SUMMONS ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC., AND MARK A. RICHMAN, AND DECLARATIONS RE:DUE DILIGENCE ON DEFENDANTS ZAKI RAKIB AND EDWARD LOPEZ

1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9/21/2006 |
| NAME OF SERVER *(PRINT)*  Larry Tisdall | TITLE  Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
   Terayon Communications Systems, Inc., 2450 Walsh Ave., Santa Clara, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Michelle Hoppe, company counsel, accepted service on behalf of Terayon Communications Systems, Inc.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/25/2006___       _____
              Date                    *Signature of Server*

75 Columbia Sq., San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/25/2006 |
| NAME OF SERVER (PRINT)<br>Larry Tisdall | TITLE<br>Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Mark Richman personally served at: Terayon Communications Systems, Inc. at
  2450 Walsh Ave., Santa Clara, CA 95051

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/25/2006
                  *Date*             *Signature of Server*

75 Columbia Sq., San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## DECLARATION RE: DUE DILIGENCE

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, San Francisco, California, 94103.

In my capacity as a process server, I have attempted to personally serve a summons and complaint on Zaki Rakib. **I am unable to effect personal service.** My attempts to serve the defendant are as follows:

September 11, 2006, at 3:30 PM at 4988 Great America Parkway, Santa Clara, CA: Attempted service at the above address and discovered the company moved.

September 21, 2006 at 12:45 PM at 2450 Walsh Ave., Santa Clara, CA 95051: This is the correct address for Terayon Communication Systems, Inc. Zaki Rakib no longer works at this company. There is no forwarding address.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on September 25, 2006, at San Francisco, California.

Doris Miranda
Western Attorney Services

Larry Tisdall
Western Attorney Services

## DECLARATION RE: DUE DILIGENCE

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, San Francisco, California, 94103.

In my capacity as a process server, I have attempted to personally serve a summons and complaint on Edward Lopez. **I am unable to effect personal service.** My attempts to serve the defendant are as follows:

September 11, 2006, at 3:30 PM at 4988 Great America Parkway, Santa Clara, CA: Attempted service at the above address and discovered the company moved.

September 21, 2006 at 12:45 PM at 2450 Walsh Ave., Santa Clara, CA 95051: This is the correct address for Terayon Communication Systems, Inc. Edward Lopez no longer works at this company. There is no forwarding address.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on September 25, 2006, at San Francisco, California.

_____
Doris Miranda
Western Attorney Services

_____
Larry Tisdall
Western Attorney Services

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 11, 2006, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1   **NOTICE OF FILING PROOFS OF SERVICE OF SUMMONS ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC., AND MARK A. RICHMAN, AND DECLARATIONS RE:DUE DILIGENCE ON DEFENDANTS ZAKI RAKIB AND EDWARD LOPEZ**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Zaki Rakib
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Edward Lopez
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Jerry D. Chase
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Mark A. Richman
c/o Terayon Communication Systems, Inc.
4988 Great America Parkway
Santa Clara, CA 95054

Executed on October 11, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*S/Kyaa D. Heller*
Kyaa D. Heller