Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756

**Proposed Liaison Counsel for Lead Plaintiff
Movant Adrian G. Mongeli and the Class**

Maya Saxena                           Lewis Kahn
Joseph E. White, III                  Michael A. Swick
SAXENA WHITE P.A.                     KAHN GAUTHIER SWICK, LLC
2424 North Federal Highway, Suite 257 650 Poydras Street, Suite 2150
Boca Raton, FL 33431                  New Orleans, LA  70130
Tel:    (561) 394-3399                Tel:    (504) 455-1400
Fax:    (561) 394-3382                Fax:    (504) 455-1498

**Proposed Lead Counsel for Lead Plaintiff
Movant Adrian G. Mongeli and the Class**

# UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B.I. INVESTMENTS, LTD. Individually, And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, and EDWARD LOPEZ,<br><br>                    Defendants.<br>_____ ) | **CASE NO.: 3-06-CV-03936 MJJ**<br><br>__CLASS ACTION__<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING AMENDED COMPLAINT AND RESPONSIVE DOCUMENTS** |

1    WHEREAS, on September 11, 2006, Adrian G. Mongeli moved the Court for an order

2    appointing him Lead Plaintiff in this action and approving his choice of lead counsel;

3    WHEREAS, no other member of the putative class is currently seeking appointment as Lead

4    Plaintiff, thereby making it likely that the Court will grant Mr. Mongeli's motion;

5    WHEREAS, proposed Lead Counsel have indicated that they intend to file an amended class

6    action complaint after the appointment of Lead Plaintiff;

7    WHEREAS, the parties have agreed to a reasonable extension of time for Lead Plaintiff to

8    prepare and file the amended complaint and for Defendants to respond to it;

9    NOW THEREFORE, it is hereby STIPULATED and AGREED that the following deadlines

10    are established for the filing of the indicated documents:

11    1.    Lead Plaintiff's amended complaint shall be filed and served within 60 days from the

12    date of the order appointing Lead Plaintiff and Lead Counsel;

13    2.    Defendants shall answer or move to dismiss the amended complaint within 60 days

14    from service of the amended complaint;

15    3.    In the event Defendants move to dismiss the amended complaint, Lead Plaintiff shall

16    file his response to that motion within 45 days from service of the motion;

17

18

19

20

21

22

23

24

25

26    ///

27    ///

28    ///

1

1      4.      Defendants may file a reply to Lead Plaintiff's opposition to the motion to dismiss

2  within 30 from service of such opposition documents.

3      IT IS SO STIPULATED:

4  Dated: October 17, 2006         Michael D. Braun
                      BRAUN LAW GROUP, P.C.

5

6               By:         /S/
                      Michael D. Braun

7                        12400 Wilshire Blvd., Suite 920
                      Los Angeles, CA 90025

8                        **Proposed Liaison Counsel for Lead Plaintiff
                      Movant Adrian G. Mongeli and the Class**

9

10                        Maya Saxena
                      Joseph E. White, III
                      SAXENA WHITE P.A.

11                        2424 North Federal Highway, Suite 257
                      Boca Raton, FL 33431

12

13                        Lewis Kahn
                      Michael A. Swick
                      KAHN GAUTHIER SWICK, LLC

14                        650 Poydras Street, Suite 2150
                      New Orleans, LA  70130

15

16                        **Proposed Lead Counsel for Lead Plaintiff
                      Movant Adrian G. Mongeli and the Class**

17  Dated: October 17, 2006         Patrick E. Gibbs
                      Amy Stein

18                        LATHAM & WATKINS LLP

19               By:         /S/
                      Patrick E. Gibbs, Esq.

20                        140 Scott Drive
                      Menlo Park, CA 94025

21

22                        **Attorneys for Terayon Communications Systems,
                      Inc.**

23

24                      **[PROPOSED] ORDER**

25      Upon the Stipulation of the parties, and for good cause appearing, IT IS SO ORDERED.

26

27  DATED: _____, 2006

28                                  _____
                      HON. MARTIN J. JENKINS
                      U. S. DISTRICT COURT JUDGE

1

**PROOF OF SERVICE**

2   STATE OF CALIFORNIA            )
                                   )ss.:
3   COUNTY OF LOS ANGELES          )

4        I am employed in the county of Los Angeles, State of California, I am over the age of 18 and
     not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los
5    Angeles, CA 90025.

6        On October 17, 2006, using the Northern District of California's Electronic Case Filing
     System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s)
7    described as:

8      **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING
              AMENDED COMPLAINT AND RESPONSIVE DOCUMENTS**
9
         The ECF System is designed to automatically generate an e-mail message to all parties in
10   the case, which constitutes service. According to the ECF/PACER system, for this case, the parties
     served are as follows:
11
     Lionel Z. Glancy, Esq.                                     info@glancylaw.com
12
     **Attorneys for Plaintiff**
13
         On October 17, 2006, I served the document(s) described as:
14
       **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING
15            AMENDED COMPLAINT AND RESPONSIVE DOCUMENTS**

16   by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

17   Maya Saxena, Esq.
     Joseph E. White, III,. Esq.
18   SAXENA WHITE P.A.
     2424 North Federal Highway, Suite 257
19   Boca Raton, FL 33431
     Tel:    (561) 394-3399
20   Fax:    (561) 394-3382

21   Lewis Kahn, Esq.
     Michael A. Swick, Esq.
22   KAHN GAUTHIER SWICK, LLC
     650 Poydras Street, Suite 2150
23   New Orleans, LA 70130
     Tel:    (504) 455-1400
24   Fax:    (504) 455-1498

25   **Attorneys for Proposed Lead Plaintiff
     Movant Adrian G. Mongeli and the Class**

26

27

28

3

1  Patrick E. Gibbs, Esq.
   Amy Stein, Esq.
2  LATHAM & WATKINS LLP
   140 Scott Drive
3  Menlo Park, CA 94025
   Tel:    (650) 463-4696
4  Fax:    (650) 463-2600

5  **Attorneys for Terayon Communications Systems, Inc.**

6  Zaki Rakib
   c/o Terayon Communications Systems, Inc.
7  4988 Great America Parkway
   Santa Clara, CA  95054
8
   Jerry D. Chase
9  c/o Terayon Communications Systems, Inc.
   4988 Great America Parkway
10 Santa Clara, CA  95054

11 Mark A. Richman
   c/o Terayon Communications Systems, Inc.
12 4988 Great America Parkway
   Santa Clara, CA  95054
13
   Edward Lopez
14 c/o Terayon Communications Systems, Inc.
   4988 Great America Parkway
15 Santa Clara, CA  95054

16 **Defendants**

17        I served the above document(s) as follows:

18        BY MAIL.  I am familiar with the firm's practice of collection and processing
   correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on
19 that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course
   of business.  I am aware that on motion of the party served, service is presumed invalid if postal
20 cancellation date or postage meter date is more than one day after date of deposit for mailing in an
   affidavit.
21
22        I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-
   listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
   following electronic mail address provided by the Securities Class Action Clearinghouse:
23
                              **scac@law.stanford.edu**
24
25        I am employed in the office of a member of the bar of this Court at whose direction the
   service was made.
26

27

28

                                        4

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING AMENDED COMPLAINT AND RESPONSIVE DOCUMENTS**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Stip re Schedule to File Amended Complaint.wpd

1

        I declare under penalty of perjury under the laws of the United States that the above is true
and correct.

2

        Executed on October 17, 2006, at Los Angeles, California 90025.

3

4

5

                                            /S/ LEITZA MOLINAR
                                            Leitza Molinar

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5