1  LATHAM & WATKINS LLP
       Patrick E. Gibbs (SBN 223823)
2  140 Scott Drive
   Menlo Park, California  94025
3  Telephone:  (650) 328-4600
   Facsimile:  (650) 463-2600
4

5  Attorneys for Defendant TERAYON
   COMMUNICATION SYSTEMS, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  I.B.L. INVESTMENTS, LTD., Individually and On Behalf of All Others Similarly Situated, | CASE NO. C 06-03936 MJJ |
| 13              Plaintiff, | **NOTICE OF APPEARANCE AS COUNSEL OF RECORD** |
| 14       v. | |
| 15  TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN and EDWARD LOPEZ, | Honorable Martin J. Jenkins |
| 17              Defendants. | |

19

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Patrick E. Gibbs of Latham & Watkins LLP hereby appears as counsel for Defendant TERAYON COMMUNICATION SYSTEMS, INC. Please serve all papers in this action on:

> Patrick E. Gibbs
> LATHAM & WATKINS LLP
> 140 Scott Drive
> Menlo Park, California 94025
> Telephone: (650) 463-3009
> Facsimile: (650) 463-2600
> E-mail: Patrick.Gibbs@lw.com

Dated: October 23, 2006                          LATHAM & WATKINS LLP


By _____/s/_____
          Patrick E. Gibbs

Attorneys for Defendant TERAYON COMMUNICATION SYSTEMS, INC.