1  LATHAM & WATKINS LLP
    Patrick E. Gibbs (SBN 223823)
2  140 Scott Drive
Menlo Park, California 94025
3  Telephone: (650) 328-4600
Facsimile: (650) 463-2600
4

5  Attorneys for Defendant TERAYON
COMMUNICATION SYSTEMS, INC.
6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  I.B.L. INVESTMENTS, LTD., Individually | CASE NO. C 06-03936 MJJ
and On Behalf of All Others Similarly
12  Situated,
                                    **NOTICE OF APPEARANCE AS COUNSEL**
13          Plaintiff,                   **OF RECORD**

14    v.

15  TERAYON COMMUNICATION               Honorable Martin J. Jenkins
SYSTEMS, INC., ZAKI RAKIB, JERRY D.
16  CHASE, MARK A. RICHMAN and
EDWARD LOPEZ,
17
         Defendants.
18

19

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

1     TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that Rees F. Morgan of Latham & Watkins LLP hereby

3 appears as counsel for Defendant TERAYON COMMUNICATION SYSTEMS, INC. Please

4 serve all papers in this action on:

> Rees F. Morgan
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-2562
> Telephone: (415) 391-0600
> Facsimile: (415) 395-8095
> E-mail: Rees.Morgan@lw.com

Dated: October 23, 2006          LATHAM & WATKINS LLP

By    /s/
       Rees F. Morgan

Attorneys for Defendant TERAYON
COMMUNICATION SYSTEMS, INC.