1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   **Proposed Liaison Counsel for Lead Plaintiff**
5  **Movant Adrian G. Mongeli and the Class**

6  Maya Saxena                              Lewis Kahn
   Joseph E. White, III                     Michael A. Swick
7  SAXENA WHITE P.A.                        KAHN GAUTHIER SWICK, LLC
   2424 North Federal Highway, Suite 257    650 Poydras Street, Suite 2150
8  Boca Raton, FL 33431                     New Orleans, LA 70130
   Tel:   (561) 394-3399                    Tel:   (504) 455-1400
9  Fax:   (561) 394-3382                    Fax:   (504) 455-1498

10
   **Proposed Lead Counsel for Lead Plaintiff**
11 **Movant Adrian G. Mongeli and the Class**

12

13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16 I.B.I. INVESTMENTS, LTD. Individually,  )  **CASE NO.: 3-06-CV-03936 MJJ**
   And On Behalf Of All Others Similarly   )
17 Situated,                               )  **CLASS ACTION**
                                           )
18                         Plaintiff,      )  **STIPULATION AND [ ]**
                                           )  **ORDER REGARDING SCHEDULE FOR**
19       vs.                               )  **FILING AMENDED COMPLAINT AND**
                                           )  **RESPONSIVE DOCUMENTS**
20 TERAYON COMMUNICATIONS                  )
   SYSTEMS, INC., ZAKI RAKIB, JERRY        )
21 D. CHASE, MARK A. RICHMAN, and          )
   EDWARD LOPEZ,                           )
22                                         )
                          Defendants.      )
23 _____ )

24

25

26

27

28

**STIPULATION AND [ ]  ORDER REGARDING SCHEDULE FOR FILING AMENDED COMPLAINT AND RESPONSIVE DOCUMENTS**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Stip re Schedule to File Amended Complaint.wpd

1    WHEREAS, on September 11, 2006, Adrian G. Mongeli moved the Court for an order

2 appointing him Lead Plaintiff in this action and approving his choice of lead counsel;

3    WHEREAS, no other member of the putative class is currently seeking appointment as Lead

4 Plaintiff, thereby making it likely that the Court will grant Mr. Mongeli's motion;

5    WHEREAS, proposed Lead Counsel have indicated that they intend to file an amended class

6 action complaint after the appointment of Lead Plaintiff;

7    WHEREAS, the parties have agreed to a reasonable extension of time for Lead Plaintiff to

8 prepare and file the amended complaint and for Defendants to respond to it;

9    NOW THEREFORE, it is hereby STIPULATED and AGREED that the following deadlines

10 are established for the filing of the indicated documents:

11    1.    Lead Plaintiff's amended complaint shall be filed and served within 60 days from the

12 date of the order appointing Lead Plaintiff and Lead Counsel;

13    2.    Defendants shall answer or move to dismiss the amended complaint within 60 days

14 from service of the amended complaint;

15    3.    In the event Defendants move to dismiss the amended complaint, Lead Plaintiff shall

16 file his response to that motion within 45 days from service of the motion;

26 ///

27 ///

28 ///

1

1   4.   Defendants may file a reply to Lead Plaintiff's opposition to the motion to dismiss
2   within 30 from service of such opposition documents.
3   IT IS SO STIPULATED:
4   Dated: October 17, 2006        Michael D. Braun
                                    BRAUN LAW GROUP, P.C.
5
                          By:       _____/S/_____
6                                   Michael D. Braun
                                    12400 Wilshire Blvd., Suite 920
7                                   Los Angeles, CA 90025
8                                   **Proposed Liaison Counsel for Lead Plaintiff
                                    Movant Adrian G. Mongeli and the Class**
9
                                    Maya Saxena
10                                  Joseph E. White, III
                                    SAXENA WHITE P.A.
11                                  2424 North Federal Highway, Suite 257
                                    Boca Raton, FL 33431
12
                                    Lewis Kahn
13                                  Michael A. Swick
                                    KAHN GAUTHIER SWICK, LLC
14                                  650 Poydras Street, Suite 2150
                                    New Orleans, LA  70130
15
                                    **Proposed Lead Counsel for Lead Plaintiff
16                                  Movant Adrian G. Mongeli and the Class**
17  Dated: October 17, 2006         Patrick E. Gibbs
                                    Amy Stein
18                                  LATHAM & WATKINS LLP
19                        By:       _____/S/_____
                                    Patrick E. Gibbs, Esq.
20                                  140 Scott Drive
                                    Menlo Park, CA 94025
21
                                    **Attorneys for Terayon Communications Systems,
22                                  Inc.**
23
24              [PROPOSED] ORDER
25      Upon the Stipulation of the parties, and for good cause appearing, IT IS SO ORDERED.
26
27  DATED: _October 24_, 2006       _____
                                    HON. MARTIN J. JENKINS
28                                  U. S. DISTRICT COURT JUDGE

2

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING AMENDED COMPLAINT AND RESPONSIVE DOCUMENTS**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Stip re Schedule to File Amended Complaint.wpd