Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Liaison Counsel for Lead Plaintiff and the Class**

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

Michael A. Swick
Kim E. Miller
KAHN GAUTHIER SWICK, LLC
114 E. 39th Street
New York, NY 10016
Tel:   (212) 920-4310
Fax:   (504) 455-1498

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

**Lead Counsel for Lead Plaintiff and the Class**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.B.L. INVESTMENTS, LTD. Individually, And On Behalf Of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, and EDWARD LOPEZ,<br><br>              Defendants. | **CASE NO.: 3-06-CV-03936 MJJ**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES** |

1  WHEREAS, on September 11, 2006, the Clerk of the Court issued a notice (D.E. 7) requiring the parties to submit a joint case management statement to the Court on or before November 27, 2006, and to attend a status conference on December 5, 2006;

WHEREAS, on October 24, 2006, this Court entered an Order Regarding Schedule for Filing Amended Complaint and Responsive Documents (the "October 24 Order") (D.E. 22);

WHEREAS, on November 8, 2006, this Court entered an Order Granting Motion for Appointment of Lead Plaintiff and Approval of Chosen Counsel (D.E. 24);

WHEREAS, pursuant to the October 24 Order, certain deadlines were established for the filing of Lead Plaintiff's amended complaint and Defendants' motions to dismiss, if any;

WHEREAS, the parties agree that because this case is governed by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3), disposition of Defendants' anticipated motions to dismiss is warranted prior to the submission of a joint report and/or related status conference;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

1. The deadlines established by the Clerk's September 11, 2006 Notice be vacated.

///
///
///

1

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Stipulation re Scheduling Issues.wpd

2. Accordingly, the case management conference is adjourned until 30 days after the Court's ruling on a motion to dismiss or a time thereafter as the Court may determine.

Dated: November 21, 2006

Michael D. Braun
BRAUN LAW GROUP, P.C.

By:       /S/
Michael D. Braun
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025

**Liaison Counsel for Lead Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

**Lead Counsel for Lead Plaintiff and the Class**

Dated: November 21, 2006

Patrick E. Gibbs
Amy Stein
LATHAM & WATKINS LLP

By:       /S/
Patrick E. Gibbs, Esq.
140 Scott Drive
Menlo Park, CA 94025

**Counsel for Terayon Communications Systems, Inc.**

### [PROPOSED] ORDER

Upon the Stipulation of the parties, and for good cause appearing,

IT IS SO ORDERED.

DATED: _____, 2006

_____
HON. MARTIN J. JENKINS
U. S. DISTRICT COURT JUDGE

2

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )ss.:
COUNTY OF LOS ANGELES   )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On November 22, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Lionel Z. Glancy, Esq.                         info@glancylaw.com

Michael M. Goldberg, Esq.                      info@glancylaw.com

**Counsel for Plaintiffs**

Patrick Edward Gibbs                           patrick.gibbs@lw.com
                                               zoila.aurora@lw.com

**Counsel for Defendant Terayon Communications Systems, Inc.**

On November 22, 2006, I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

3

1 | Michael A. Swick, Esq.
Kim E. Miller, Esq.
2 | KAHN GAUTHIER SWICK, LLC
114 E. 39th Street
3 | New York, NY 10016
Tel:    (212) 920-4310
4 | Fax:    (504) 455-1498

5 | **Counsel for Lead Plaintiff and the Class**

6 | Zaki Rakib
c/o Terayon Communications Systems, Inc.
7 | 4988 Great America Parkway
Santa Clara, CA  95054
8 |

Jerry D. Chase
9 | c/o Terayon Communications Systems, Inc.
4988 Great America Parkway
10 | Santa Clara, CA  95054

11 | Mark A. Richman
c/o Terayon Communications Systems, Inc.
12 | 4988 Great America Parkway
Santa Clara, CA  95054
13 |

Edward Lopez
14 | c/o Terayon Communications Systems, Inc.
4988 Great America Parkway
15 | Santa Clara, CA  95054

16 | **Defendants**

17 |         I served the above document(s) as follows:

18 |         BY MAIL.  I am familiar with the firm's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on
19 | that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course
of business.  I am aware that on motion of the party served, service is presumed invalid if postal
20 | cancellation date or postage meter date is more than one day after date of deposit for mailing in an
affidavit.
21 |
        I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-
22 | listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
following electronic mail address provided by the Securities Class Action Clearinghouse:
23 |
                          **scac@law.stanford.edu**
24 |

25 |

26 | ///

27 | ///

28 | ///

4

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Stipulation re Scheduling Issues.wpd

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 22, 2006, at Los Angeles, California 90025.

                                                /S/ LEITZA MOLINAR
                                                   Leitza Molinar

5

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Stipulation re Scheduling Issues.wpd