1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4

**Liaison Counsel for Lead Plaintiff and the Class**
5

Lewis Kahn                                        Michael A. Swick
6  KAHN GAUTHIER SWICK, LLC                       Kim E. Miller
   650 Poydras Street, Suite 2150                 KAHN GAUTHIER SWICK, LLC
7  New Orleans, LA 70130                          114 E. 39th Street
   Tel:   (504) 455-1400                          New York, NY 10016
8  Fax:   (504) 455-1498                          Tel:   (212) 920-4310
                                                  Fax:   (504) 455-1498
9  Maya Saxena
   Joseph E. White, III
10 SAXENA WHITE P.A.
   2424 North Federal Highway, Suite 257
11 Boca Raton, FL 33431
   Tel:   (561) 394-3399
12 Fax:   (561) 394-3382

13 **Lead Counsel for Lead Plaintiff and the Class**

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN  DISTRICT OF CALIFORNIA**

17

18 | I.B.L. INVESTMENTS, LTD. Individually, | **CASE NO.: 3-06-CV-03936 MJJ** |
   | And On Behalf Of All Others Similarly | |
19 | Situated, | **CLASS ACTION** |
   | | |
20 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
   | | **ORDER REGARDING SCHEDULING** |
21 | vs. | **ISSUES** |
   | | |
22 | TERAYON COMMUNICATIONS | |
   | SYSTEMS, INC., ZAKI RAKIB, JERRY | |
23 | D. CHASE, MARK A. RICHMAN, and | |
   | EDWARD LOPEZ, | |
24 | | |
   | Defendants. | |
25 | _____ | |

26

27

28

1       WHEREAS, on September 11, 2006, the Clerk of the Court issued a notice (D.E. 7)
2 requiring the parties to submit a joint case management statement to the Court on or before
3 November 27, 2006, and to attend a status conference on December 5, 2006;
4       WHEREAS, on October 24, 2006, this Court entered an Order Regarding Schedule for
5 Filing Amended Complaint and Responsive Documents (the "October 24 Order") (D.E. 22);
6       WHEREAS, on November 8, 2006, this Court entered an Order Granting Motion for
7 Appointment of Lead Plaintiff and Approval of Chosen Counsel (D.E. 24);
8       WHEREAS, pursuant to the October 24 Order, certain deadlines were established for the
9 filing of Lead Plaintiff's amended complaint and Defendants' motions to dismiss, if any;
10       WHEREAS, the parties agree that because this case is governed by the Private Securities
11 Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3), disposition of Defendants' anticipated
12 motions to dismiss is warranted prior to the submission of a joint report and/or related status
13 conference;
14       NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval,
15 that:
16     1.    The deadlines established by the Clerk's September 11, 2006 Notice be vacated.
17
18
19
20
21
22
23
24
25
26 ///
27 ///
28 ///

1

1  2.  Accordingly, the case management conference is ~~adjourned until 30 days after the Court's ruling on a motion to dismiss or notice thereof from the Court, whichever is sooner~~ continued to Tuesday, February 20, 2007, at 2:00 pm. Joint Case Management Statement due February 12, 2007.

Dated: November 21, 2006                Michael D. Braun
                                        BRAUN LAW GROUP, P.C.

                                By:     _____/S/_____
                                        Michael D. Braun
                                        12400 Wilshire Blvd., Suite 920
                                        Los Angeles, CA 90025

                                        **Liaison Counsel for Lead Plaintiff and the Class**

                                        Maya Saxena
                                        Joseph E. White, III
                                        SAXENA WHITE P.A.
                                        2424 North Federal Highway, Suite 257
                                        Boca Raton, FL 33431

                                        Lewis Kahn
                                        KAHN GAUTHIER SWICK, LLC
                                        650 Poydras Street, Suite 2150
                                        New Orleans, LA 70130

                                        **Lead Counsel for Lead Plaintiff and the Class**

Dated: November 21, 2006                Patrick E. Gibbs
                                        Amy Stein
                                        LATHAM & WATKINS LLP

                                By:     _____/S/_____
                                        Patrick E. Gibbs, Esq.
                                        140 Scott Drive
                                        Menlo Park, CA 94025

                                        **Counsel for Terayon Communications Systems, Inc.**

## [~~PROPOSED~~] ORDER

Upon the Stipulation of the parties, and for good cause appearing,

IT IS SO ORDERED.

DATED: November 29, 2006                _____
                                        HON. MARTIN J. JENKINS
                                        U. S. DISTRICT COURT JUDGE

2

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING ISSUES**
**CASE NO.: 3-06-CV-03936 MJJ**
\\Fileserver\shareddocs\BLG\TERAYON\PLD-WPD\Stipulation re Scheduling Issues.wpd