1  LATHAM & WATKINS LLP
      Patrick E. Gibbs (SBN 223823)
2  140 Scott Drive
   Menlo Park, California  94025
3  Telephone:  (650) 328-4600
   Facsimile:  (650) 463-2600
4

5  Attorneys for Defendants Terayon Communication
   Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A.
6  Richman, Edward Lopez, Ray Fritz, Carol
   Lustenader, Matthew Miller, Shlomo Rakib, Doug
7  Sabella, Christopher Schaepe, Mark Slaven, Lewis
   Solomon, Howard W. Speaks, Arthur T. Taylor, and
8  David Woodrow

9
               UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11

12

| ADRIAN MONGELI, Individually, and on Behalf of All Others Similarly Situated, | CASE NO.: 3-06-CV-03936 MJJ |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION REGARDING SERVICE OF PROCESS ISSUES** |
| TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP, | Honorable Martin J. Jenkins |
| Defendants. | |

1    WHEREAS, on January 8, 2007, Plaintiffs filed an Amended Class Action Complaint for Violations of Federal Securities Laws in this Court ("Amended Complaint");

    WHEREAS, Defendants Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow (the "individual defendants") are being represented in this action by Latham & Watkins LLP ("Latham");

    NOW THEREFORE, it is hereby STIPULATED and AGREED, that:

    1.   Latham will accept service of process of the Amended Complaint on behalf of the individual defendants;

    2.   Latham's acceptance of service does not waive any personal jurisdiction defense that may be available to any of the individual defendants.

Dated: February 12, 2007                LATHAM & WATKINS LLP

                                        By     /s/
                                            Patrick E. Gibbs

                                        Attorneys for Defendant TERAYON
                                        COMMUNICATION SYSTEMS, INC.

Dated: February 12, 2007                Michael D. Braun
                                        BRAUN LAW GROUP, P.C.

                                        By     /s/
                                            Michael D. Braun
                                        12400 Wilshire Boulevard, Suite 920
                                        Los Angeles, CA  90025

                                        Liaison Counsel for Plaintiff and the Class

                                        Maya Saxena
                                        Joseph E. White III
                                        SAXENA WHITE P.A.
                                        2424 North Federal Highway, Suite 257
                                        Boca Raton, FL  33431

| | |
|---|---|
| 1 | Lewis Kahn |
| 2 | KAHN GAUTHIER SWICK, LLC |
|   | 650 Poydras Street, Suite 2150 |
| 3 | New Orleans, LA  70130 |
| 4 | Michael A. Swick |
|   | Kim E. Miller |
| 5 | KAHN GAUTHIER SWICK, LLC |
|   | 114 E. 39th Street |
| 6 | New York, NY  10016 |
| 7 | Lead Counsel for Plaintiff and the Class |