LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 223823)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP,<br><br>Defendants. | CASE NO.: 3-06-CV-03936 MJJ<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Honorable Martin J. Jenkins |

1     WHEREAS, on November 29, 2006, this Court entered an Order Regarding Scheduling

2 Issues requiring the parties to attend a Case Management Conference on February 20, 2007;

3     WHEREAS, the parties agree the Case Management Conference may be adjourned from

4 February 20, 2007, because counsel for Terayon and the Individual Defendants have a conflict

5 on that date;

6     WHEREAS, the parties agree they are available to attend a Case Management

7 Conference on April 3, 2007 at 2:00 p.m.;

8     NOW THEREFORE, it is hereby STIPULATED and AGREED that:

9     1.    The Case Management Conference date established by the Court's November 29,

10 2006 Order be vacated;

11     2.    Accordingly, the Case Management Conference is continued to Tuesday, April 3,

12 2007 at 2:00 p.m.

13

14 Dated: February 16, 2007                        Michael D. Braun
15                                                         BRAUN LAW GROUP, P.C.

16

17                                                 By           /s/
                                                          Michael D. Braun
18                                                           12400 Wilshire Boulevard, Suite 920
                                                          Los Angeles, CA 90025

19                                                           Liaison Counsel for Plaintiff and the Class

20                                                           Maya Saxena
                                                          Joseph E. White III
21                                                           SAXENA WHITE P.A.
                                                          2424 North Federal Highway, Suite 257
22                                                           Boca Raton, FL 33431
                                                          Lewis Kahn
23                                                           KAHN GAUTHIER SWICK, LLC
                                                          650 Poydras Street, Suite 2150
24                                                           New Orleans, LA 70130

25                                                           Michael A. Swick
                                                          Kim E. Miller
26                                                           KAHN GAUTHIER SWICK, LLC
                                                          114 E. 39th Street
27                                                           New York, NY 10016

28                                                           Lead Counsel for Plaintiff and the Class

| | |
|---|---|
| Dated: February 16, 2007 | LATHAM & WATKINS LLP |
| | By _____/s/_____<br>Patrick E. Gibbs<br>140 Scott Drive<br>Menlo Park, CA 94025 |
| | Attorneys for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow |
| Dated: February 16, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| | By _____/s/_____<br>Michael Lawson<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105 |
| | Attorneys for Defendant Ernst & Young LLP |

## [PROPOSED] ORDER

Upon the Stipulation of the parties, and for good cause appearing,

IT IS SO ORDERED.

DATED: _____, 2007          _____
                                      HON. MARTIN J. JENKINS
                                      U.S. DISTRICT JUDGE