| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |     Patrick E. Gibbs (SBN 223823) |
| 2 | 140 Scott Drive |
|   | Menlo Park, California 94025 |
| 3 | Telephone: (650) 328-4600 |
|   | Facsimile: (650) 463-2600 |
| 4 | |
| 5 | Attorneys for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP,<br><br>Defendants. | CASE NO.: 3-06-CV-03936 MJJ<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Honorable Martin J. Jenkins |

1    WHEREAS, on November 29, 2006, this Court entered an Order Regarding Scheduling Issues requiring the parties to attend a Case Management Conference on February 20, 2007;

WHEREAS, the parties agree the Case Management Conference may be adjourned from February 20, 2007, because counsel for Terayon and the Individual Defendants have a conflict on that date;

WHEREAS, the parties agree they are available to attend a Case Management Conference on April 3, 2007 at 2:00 p.m.;

NOW THEREFORE, it is hereby STIPULATED and AGREED that:

1. The Case Management Conference date established by the Court's November 29, 2006 Order be vacated;

2. Accordingly, the Case Management Conference is continued to Tuesday, April 3, 2007 at 2:00 p.m.

Dated:  February 16, 2007

Michael D. Braun
BRAUN LAW GROUP, P.C.

By _____/s/_____
Michael D. Braun
12400 Wilshire Boulevard, Suite 920
Los Angeles, CA  90025

Liaison Counsel for Plaintiff and the Class

Maya Saxena
Joseph E. White III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL  33431
Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130

Michael A. Swick
Kim E. Miller
KAHN GAUTHIER SWICK, LLC
114 E. 39th Street
New York, NY  10016

Lead Counsel for Plaintiff and the Class

| | |
|---|---|
| Dated: February 16, 2007 | LATHAM & WATKINS LLP |
| | |
| | By  /s/  <br> Patrick E. Gibbs <br> 140 Scott Drive <br> Menlo Park, CA  94025 |
| | |
| | Attorneys for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow |
| Dated: February 16, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  /s/  <br> Michael Lawson <br> One Market <br> Spear Street Tower <br> San Francisco, CA  94105 |
| | Attorneys for Defendant Ernst & Young LLP |

### [PROPOSED] ORDER

Upon the Stipulation of the parties, and for good cause appearing,

IT IS SO ORDERED.

DATED:  02/20 , 2007  
HON. MARTIN J. JENKINS  
U.S. DISTRICT JUDGE

*[Signature and seal: Judge Martin J. Jenkins, United States District Court, Northern District of California]*