Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Michael A. Swick
Kim E. Miller
KAHN GAUTHIER SWICK, LLC
114 E. 39th Street
New York, NY 10016
Tel:   (212) 920-4310
Fax:   (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, <br><br>Plaintiff, <br><br>vs. <br><br>TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP <br><br>Defendants. | CASE NO.: 3-06-CV-03936 MJJ <br><br>**CLASS ACTION** <br><br>**PROOF OF SERVICE OF AMENDED SUMMONS AND AMENDED COMPLAINT ON DEFENDANT ERNST & YOUNG, LLP** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRAUN LAW GROUP, P.C. <br> 12400 Willshire Blvd., Suite 920   Los Angeles, CA 90025 <br> TELEPHONE NO.: (310) 442-7755    FAX NO.(Optional): (310) 442-7756 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF/PETITIONER: ADRIAN MONGELI

DEFENDANT/RESPONDENT: TERAYON COMMUNICATIONS SYSTEMS, INC.

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER:
3-06-CV-03936 MJJ

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   **ERNST & YOUNG LLP**

   b. Person served: [ ] party in item 3a.   [X] other *(specify name and relationship to the party named in item 3a)*:
   **Donna Frazer Office Manager**

4. Address where the party was served: **1001 PAGE MILL RD. BLDG 1, SUITE 200
   PALO ALTO, CA 94304**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **01/22/2007**   (2) at *(time)*: **04:00 pm**

   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS-010/P136002

| PLAINTIFF/PETITIONER: **ADRIAN MONGELI** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **TERAYON COMMUNICATIONS SYSTEMS, INC.** | 3-06-CV-03936 MJJ |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:             (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ on behalf of *(specify)*: **Ernest & Young, LLP**
       under the following Code of Civil Procedure section:

       ☐ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                      ☒ other: **Limited Liability Partnership**

7. Person who served papers
   a. Name: **Richard W. Barrett**
   b. Address: **55 Santa Clara Ave., Suite 120  Oakland, CA 94610**
   c. Telephone number: **(510) 419-3940**
   d. The fee for service was: $ **75.00**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner    ☐ employee    ☒ independent contractor.
          (ii) Registration No.: **949**
          (iii) County: **Santa Clara**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **02/01/2007**

**INTERCEPTOR, Legal Support Service, Inc.**
**55 Santa Clara Ave., Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

**Richard W. Barrett**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

      ▶ *Richard W. Barrett* (SIGNATURE)

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On February 23, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**PROOF OF SERVICE OF AMENDED SUMMONS AND AMENDED COMPLAINT ON DEFENDANT ERNST & YOUNG, LLP**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |

**Attorneys for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Attorneys for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

On February 23, 2007, I served the document(s) described as:

**PROOF OF SERVICE OF AMENDED SUMMONS AND AMENDED COMPLAINT ON DEFENDANT ERNST & YOUNG, LLP**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

1

1  Michael A. Swick, Esq.
   Kim E. Miller, Esq.
2  KAHN GAUTHIER SWICK, LLC
   114 E. 39th Street
3  New York, NY 10016
   Tel:   (212) 920-4310
4  Fax:   (504) 455-1498

5  **Attorneys for Proposed Lead Plaintiff**
   **Movant Adrian G. Mongeli and the Class**
6
   Ernst & Young LLP
7  1001 Page Mill Road, Bldg. 1
   Suite 200
8  Palo Alto, CA 94304

9  **Defendant**

10      I served the above document(s) as follows:

11      BY MAIL. I am familiar with the firm's practice of collection and processing
   correspondence for mailing. Under that practice it would be deposited with U.S. postal service on
12 that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of
   business. I am aware that on motion of the party served, service is presumed invalid if postal
13 cancellation date or postage meter date is more than one day after date of deposit for mailing in an
   affidavit.
14
        I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-
15 listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
   following electronic mail address provided by the Securities Class Action Clearinghouse:
16
                              scac@law.stanford.edu
17
        I am employed in the office of a member of the bar of this Court at whose direction the
18 service was made.

19      I declare under penalty of perjury under the laws of the United States that the above is true
   and correct.
20
        Executed on February 23, 2007, at Los Angeles, California 90025.
21

22

23                                              /S/ LEITZA MOLINAR
                                                  Leitza Molinar
24

25

26

27

28
                                        2