1  LATHAM & WATKINS LLP
       Patrick E. Gibbs (SBN 183174)
2      Jennie Foote Feldman (SBN 248375)
   140 Scott Drive
3  Menlo Park, California  94025
   Telephone:  (650) 328-4600
4  Facsimile:  (650) 463-2600

5

   Attorneys for Defendants Terayon Communication
6  Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A.
   Richman, Edward Lopez, Ray Fritz, Carol
7  Lustenader, Matthew Miller, Shlomo Rakib, Doug
   Sabella, Christopher Schaepe, Mark Slaven, Lewis
8  Solomon, Howard W. Speaks, Arthur T. Taylor, and
   David Woodrow

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  ADRIAN MONGELI, Individually, And On      CASE NO.: 3-06-CV-03936 MJJ
    Behalf Of All Others Similarly Situated,
14                                            **CLASS ACTION**
                   Plaintiffs,
15                                            **[PROPOSED] ORDER GRANTING**
        v.                                    **MOTION TO DISMISS THE AMENDED**
16                                            **CLASS ACTION COMPLAINT FOR**
    TERAYON COMMUNICATION                     **VIOLATIONS OF FEDERAL SECURITIES**
17  SYSTEMS, INC., ZAKI RAKIB, JERRY D.       **LAWS BY TERAYON COMMUNICATION**
    CHASE, MARK A. RICHMAN, EDWARD            **SYSTEMS, INC. AND THE INDIVIDUAL**
18  LOPEZ, RAY FRITZ, CAROL                   **DEFENDANTS**
    LUSTENADER, MATTHEW MILLER,
19  SHLOMO RAKIB, DOUG SABELLA,
    CHRISTOPHER SCHAEPE, MARK
20  SLAVEN, LEWIS SOLOMON, HOWARD    Judge:      Honorable Martin J. Jenkins
    W. SPEAKS, ARTHUR T. TAYLOR,     Date:       June 5, 2007
21  DAVID WOODROW, and ERNST &       Time:       9:30 a.m.
    YOUNG, LLP,                      Courtroom:  11, 19th Floor
22
                   Defendants.
23

24        The motion to dismiss Plaintiffs' Amended Class Action Complaint For

25  Violations of Federal Securities Laws (the "Amended Complaint") brought by Terayon

26  Communication Systems, Inc., along with Zaki Rakib, Jerry D. Chase, Mark A. Richman,

27  Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella,

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING TERAYON. AND THE INDIVIDUAL
DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF SECURITIES LAWS
CASE NO.: 3-06-CV-03936 MJJ

1  Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and

2  David Woodrow (the "Individual Defendants") for failure to state a claim pursuant to Rule

3  12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act

4  of 1995, 15 U.S.C. 78u-4(b)(3)(A), came on regularly before this Court for hearing on June 5,

5  2007.

6         The Court, having considered the papers in support of and in opposition to the

7  motion, and having heard the arguments of counsel, and good cause appearing therefore,

8  HEREBY ORDERS:

9         Defendants' motion to dismiss is GRANTED.  Accordingly, the Amended

10  Complaint against Terayon Communication Systems, Inc. and the Individual Defendants is

11  DISMISSED WITH PREJUDICE.

12         IT IS SO ORDERED.

13

14

15  DATED: _____, 2007

16

17

18  By _____
      Honorable Martin J. Jenkins
      United States District Judge

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

[PROPOSED] ORDER GRANTING TERAYON. AND THE INDIVIDUAL
DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF SECURITIES LAWS
CASE NO.: 3-06-CV-03936 MJJ