MORGAN, LEWIS & BOCKIUS LLP
   John H. Hemann (Bar No. 165823)
   Michael J. Lawson (Bar No. 66547)
   Sheila A. Jambekar (Bar No. 239101)
One Market
Spear Street Tower
San Francisco, CA 94105
Tel:  (415) 442-1000
Fax:  (415) 442-1001

ERNST & YOUNG LLP
   Bruce M. Cormier
   Joel E. Bonner (Bar No. 105492)
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:  (202) 327-7603
Fax:  (202) 327-7601

Attorneys for Defendant
ERNST & YOUNG LLP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG LLP, <br><br> Defendants. | Case No.  3-06-CV-03936 MJJ <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** <br><br> Hearing Date:  June 26, 2007 <br> Time:  9:30 a.m. <br> Dept.:  Courtroom 11 <br> Judge:  Hon. Martin J. Jenkins <br> Action Filed:  June 23, 2006 |

1       Upon consideration of Defendant Ernst & Young LLP's Motion to Dismiss Plaintiffs'

2  Amended Class Action Complaint for Violations of Federal Securities Laws (the "Complaint"),

3  and the Court, having reviewed the record, and for good cause shown, finds that the Motion

4  should be granted in all respects.  It is, therefore,

5       ORDERED that Defendant Ernst & Young LLP's Motion to Dismiss is GRANTED and

6  the Complaint is hereby dismissed in its entirety as to Ernst & Young LLP.

7

8       SIGNED this _____ day of _____, 2007.

9

10

11               _____

                     The Honorable Martin J. Jenkins

12                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number:  3-06-CV-03936 MJJ
[PROPOSED] ORDER GRANTING MOTION TO DISMISS
AMENDED CLASS ACTION COMPLAINT