1  MORGAN, LEWIS & BOCKIUS LLP
   John H. Hemann (Bar No. 165823)
2     Michael J. Lawson (Bar No. 66547)
   Sheila A. Jambekar (Bar No. 239101)
3  One Market
Spear Street Tower
4  San Francisco, CA 94105
Tel: (415) 442-1000
5  Fax: (415) 442-1001

6  ERNST & YOUNG LLP
   Bruce M. Cormier
7     Joel E. Bonner (Bar. No. 105492)
1225 Connecticut Avenue, NW
8  Washington, D.C. 20036
Tel: (202) 327-7603
9  Fax: (202) 327-7601

10 Attorneys for Defendant
ERNST & YOUNG LLP
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG LLP,<br><br>              Defendants. | Case No. 3-06-CV-03936 MJJ<br><br>**CLASS ACTION**<br><br>**DEFENDANT ERNST & YOUNG LLP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Hearing Date: June 26, 2007<br>Time: 9:30 a.m.<br>Dept.: Courtroom 11<br>Judge: Hon. Martin J. Jenkins<br>Action Filed: June 23, 2006 |

Defendant Ernst & Young LLP ("Ernst & Young") respectfully requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of certain documents in the public record and information regarding the stock price of Terayon Communication Systems, Inc. ("Terayon") on certain dates.

In a securities litigation, a district court may take judicial notice of facts or documents within the public record, such as Securities and Exchange Commission ("SEC") filings and historical stock prices. *Dreiling v. American Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (courts "may consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings"); *In re Copper Mountain Secs. Litig.*, 311 F. Supp. 2d 857, 863-64 (N.D. Cal. 2004) ("Information about the stock price of publicly traded companies is the proper subject of judicial notice.").

Pursuant to these authorities, Ernst & Young requests that the Court take judicial notice of the following documents:

1.      Exhibit A to the Declaration of Sheila A. Jambekar in Support of Defendant Ernst & Young LLP's Motion to Dismiss and Request for Judicial Notice ("Jambekar Declaration"), which is a true and correct copy of the cover page, table of contents, and pages 35 through 73 of Terayon's 10-K for the year ending December 31, 2001, as retrieved from LIVEDGAR through the website www.gsionline.com.

2.      Exhibit B to the Jambekar Declaration, which is a true and correct copy of the cover page, table of contents, and pages 54 through 103 of Terayon's 10-K for the year ending December 31, 2002, as retrieved from LIVEDGAR through the website www.gsionline.com.

3.      Exhibit C to the Jambekar Declaration, which is a true and correct copy of the cover page, index, and pages 53 through 89 of Terayon's 10-K for the year ending December 31, 2003, as retrieved from LIVEDGAR through the website www.gsionline.com.

4.      Exhibit D to the Jambekar Declaration, which is a true and correct copy of the cover page, index, and pages 56 through 92 of Terayon's 10-K for the year ending December 31, 2004, as retrieved from LIVEDGAR through the website www.gsionline.com.

5.      Exhibit E to the Jambekar Declaration, which is a true and correct copy of the

cover page, index, and pages 48 and 49 of Terayon's 10-K for the year ending December 31, 2005, as retrieved from LIVEDGAR through the website www.gsionline.com.

    Ernst & Young further requests that the Court take judicial notice of information regarding the stock market price of Terayon Communication Systems, Inc., a publicly-traded company, from the time period from June 1, 2001 to March 31, 2006, inclusive, as shown in Exhibit F to the Jambekar Declaration.

Dated: March 23, 2007                            MORGAN, LEWIS & BOCKIUS LLP

By     /S/
    John Hemann
    Attorneys for Defendant
    ERNST & YOUNG LLP

DEFENDANT ERNST & YOUNG LLP'S
REQUEST FOR JUDICIAL NOTICE