IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**I.B.I INVESTMENTS LTD., et al., ,**

   Plaintiff(s),

 v.

**TERAYON COMMUNICATIONS SYSTEMS, INC., et al.,**

   Defendant(s),
_____/

No. C06-3936 **MJJ**

**CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT a **Case Management Conference** previously set for April 3, 2007 has been VACATED and RESET for **July 24, 2007** at **2:00 p.m.** before the Honorable Martin J. Jenkins; the **Motion to Dismiss** currently set for 6/5/07 at 9:30 a.m. remains on the Court's calendar.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  3/27/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
   Edward Butler
   Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.