1  MORGAN, LEWIS & BOCKIUS LLP
2     John H. Hemann (Bar No. 165823)
   Michael J. Lawson (Bar No. 66547)
   Sheila A. Jambekar (Bar No. 239101)
3  One Market
Spear Street Tower
4  San Francisco, CA 94105
Tel: (415) 442-1000
5  Fax: (415) 442-1001

6  ERNST & YOUNG LLP
   Bruce M. Cormier
7     Joel E. Bonner (Bar No. 105492)
1225 Connecticut Avenue, NW
8  Washington, D.C. 20036
Tel: (202) 327-7603
9  Fax: (202) 327-7601

10  Attorneys for Defendant
ERNST & YOUNG LLP

11

12  UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA

14  SAN FRANCISCO DIVISION

| | |
|---|---|
| 15 ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, | Case No. 3-06-CV-03936 MJJ |
| 16 | **CLASS ACTION** |
| Plaintiff, | |
| 17 | **NOTICE CONTINUING HEARING ON DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| 18 | |
| 19 TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG LLP, | [Local Rule 7-7(a)] |
| | Hearing Date: July 24, 2007
Time: 9:30 a.m.
Dept.: Courtroom 11
Judge: Hon. Martin J. Jenkins
Action Filed: June 23, 2006 |
| Defendants. | |

26
27
28

-SF/7522132.1

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that the hearing on Defendant Ernst & Young LLP's
3  Motion to Dismiss Amended Class Action Complaint, originally set for Tuesday, June 26, 2007
4  at 9:30 a.m., will now be heard on **Tuesday, July 24, 2007, at 9:30 a.m**., or as soon thereafter as
5  may be heard, in the courtroom of the Honorable Martin J. Jenkins, United States District Court
6  for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue,
7  Courtroom 11, 19th Floor.

8      Defendant Ernst & Young LLP's Motion to Dismiss Amended Class Action Complaint is
9  based on this Notice Continuing Hearing on Defendant Ernst & Young LLP's Motion to Dismiss
10 Amended Class Action Complaint, and the Motion and the Memorandum of Points and
11 Authorities in Support filed on March 23, 2006, along with the Request for Judicial Notice and
12 Declaration of Sheila A. Jambekar filed therewith, the pleadings and papers on file and such
13 further written submissions or oral argument as may be presented at or before the hearing on this
14 Motion.

15 Dated: March 30, 2007

16           MORGAN, LEWIS & BOCKIUS LLP
            John H. Hemann
17             Michael J. Lawson
            Sheila A. Jambekar
18
          ERNST & YOUNG LLP
19             Bruce M. Cormier
            Joel E. Bonner
20

21
          By     /S/
22             John H. Hemann
            Attorneys for Defendant
23             ERNST & YOUNG LLP

24

25

26

27

28