1  Michael D. Braun (CA Bar #167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   **Liaison Counsel for Plaintiff and the Class**
5
   Maya Saxena                                     Michael A. Swick
6  Joseph E. White, III                            Kim E. Miller (CA Bar #178370)
   SAXENA WHITE P.A.                               KAHN GAUTHIER SWICK, LLC
7  2424 North Federal Highway, Suite 257           12 East 41st St., 12th Floor
   Boca Raton, FL 33431                            New York, NY 10017
8  Tel:   (561) 394-3399                           Tel:   (212) 696-3730
   Fax:   (561) 394-3382                           Fax:   (504) 455-1498
9
   Lewis Kahn
10 KAHN GAUTHIER SWICK, LLC
   650 Poydras Street, Suite 2150
11 New Orleans, LA 70130
   Tel:   (504) 455-1400
12 Fax:   (504) 455-1498

13 **Lead Counsel for Plaintiff and the Class**

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 ADRIAN MONGELI, Individually, And    )    CASE NO.: 3-06-CV-03936 MJJ
   On Behalf Of All Others Similarly Situated, )
19                                      )    **CLASS ACTION**
                                        )
20              Plaintiff,              )    PROOF OF SERVICE OF CLERK'S
                                        )    NOTICE
21      vs.                             )
                                        )
22 TERAYON COMMUNICATIONS               )
   SYSTEMS, INC., ZAKI RAKIB, JERRY     )
23 D. CHASE, MARK A. RICHMAN,           )
   EDWARD LOPEZ, RAY FRITZ, CAROL       )
24 LUSTENADER, MATTHEW MILLER,          )
   SHLOMO RAKIB, DOUG SABELLA,          )
25 CHRISTOPHER SCHAEPE, MARK            )
   SLAVEN, LEWIS SOLOMON, HOWARD        )
26 W. SPEAKS, ARTHUR T. TAYLOR,         )
   DAVID WOODROW, and ERNST &           )
27 YOUNG, LLP                           )
                                        )
28              Defendants.             )
   _____)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Adrian Mongeli,**

        Plaintiff(s),

v.

**Terayon Communications Systems, Inc., et al.,**

        Defendant(s),
_____/

No. C 06-3936 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the Case Management Conference to **August 28, 2007 at 2:00 p.m.** before the Honorable Martin J. Jenkins. The previously set date of **July 24, 2007 at 2:00 p.m.** is hereby **VACATED**. The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 2, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
Lashanda Scott
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

<div style="text-align:center">**PROOF OF SERVICE**</div>

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On April 2, 2007, I served the document(s) described as **CLERK'S NOTICE** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

<div style="text-align:center">**SEE ATTACHED SERVICE LIST**</div>

I served the above document(s) as follows:

xx    BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

xx    BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

      Executed on April 2, 2007, at Los Angeles, California 90025.

    LEITZA MOLINAR
    Type or Print Name                           Signature

## SERVICE LIST

| | |
|---|---|
| Maya Saxena, Esq.<br>Joseph E. White, III,. Esq.<br>SAXENA WHITE P.A.<br>2424 North Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Tel:    (561) 394-3399<br>Fax:   (561) 394-3382<br><br>Lewis Kahn, Esq.<br>KAHN GAUTHIER SWICK, LLC<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel:    (504) 455-1400<br>Fax:   (504) 455-1498<br><br>Kim E. Miller, Esq.<br>KAHN GAUTHIER SWICK, LLC<br>114 E. 39th Street<br>New York, NY 10016<br>Tel:    (212) 920-4310<br>Fax:   (504) 455-1498<br><br>**Counsel for Lead Plaintiff**<br>**Adrian G. Mongeli and the Class** | Patrick E. Gibbs, Esq.<br>Jennie Foote Feldman, Esq.<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel:    (650) 328-4600<br>Fax:   (650) 463-2600<br><br>**Counsel for Defendant**<br>**Terayon Communications Systems, Inc.**<br>**and Individual Defendants**<br><br>Michael J. Lawson, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel:    (415) 442-1000<br>Fax:   (415) 442-1001<br><br>Bruce M. Cormier, Esq.<br>Joel E. Bonner, Esq.<br>ERNST & YOUNG LLP<br>1225 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Tel:    (202) 327-7603<br>Fax:   (202) 327-7601<br><br>**Counsel for Defendant**<br>**Ernst & Young LLP** |



**Braun Law Group, P.C.**

12400 WILSHIRE BLVD., STE. 920
LOS ANGELES, CA 90025
TEL: (310) 442-7755
FAX: (310) 442-7756

# FAX COVER SHEET

**FAX TRANSMITTED TO:**    SEE ATTACHED SERVICE LIST

**FROM:**    Leitza Molinar, Legal Assistant
**CLIENT/MATTER:**    Mongeli v. Terayon Communications Systems, Inc., et al.
**DATE:**    April 2, 2007

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Clerk's Notice. | 5 |
|  |  |
|  |  |

**COMMENTS:**

*This transmission and the attached documents are intended only for the use of the individual to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please notify us immediately by telephone so we may arrange to retrieve this transmission at no cost to you. Thank you.*

NOTICE RE SERVICE: Sender's use of facsimile for the transmission of the above document shall NOT be construed as constituting Sender's consent to service of court papers by facsimile transmission under Rule 2009(d) of the California Rules of Court.

* INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (310) 442-7755.


## SERVICE LIST

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

Kim E. Miller, Esq.
KAHN GAUTHIER SWICK, LLC
114 E. 39th Street
New York, NY 10016
Tel:   (212) 920-4310
Fax:   (504) 455-1498

**Attorneys for Lead Plaintiff**
**Adrian G. Mongeli and the Class**

Patrick E. Gibbs, Esq.
Jennie Foote Feldman, Esq.
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel:   (650) 328-4600
Fax:   (650) 463-2600

**Attorneys for Defendant**
**Terayon Communications Systems, Inc.**
**and Individual Defendants**

Michael J. Lawson, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel:   (415) 442-1000
Fax:   (415) 442-1001

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:   (202) 327-7603
Fax:   (202) 327-7601

**Attorneys for Defendant**
**Ernst & Young LLP**

BROADCAST REPORT

```
TIME    : 04/02/2007 11:28
NAME    : BRAUN LAW GROUP
FAX     : 3104427756
TEL     : 3104427755
SER.#   : BROB4J287798
```

| PAGE(S) | 05 |
|---------|-----|

| DATE  | TIME  | FAX NO./NAME  | DURATION | PAGE(S) | RESULT | COMMENT |
|-------|-------|---------------|----------|---------|--------|---------|
| 04/02 | 11:20 | 915613943382  | 01:29    | 05      | OK     |         |
| 04/02 | 11:22 | 915044551498  | 54       | 05      | OK     | ECM     |
| 04/02 | 11:23 | 916504632600  | 01:33    | 05      | OK     | ECM     |
| 04/02 | 11:25 | 914154421001  | 01:32    | 05      | OK     | ECM     |
| 04/02 | 11:28 | 912023277601  | 48       | 05      | OK     | ECM     |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )ss.:
COUNTY OF LOS ANGELES     )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On April 2, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

## PROOF OF SERVICE OF CLERK'S NOTICE

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant**
**Terayon Communications Systems, Inc.**
**and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John H. Hemann, Esq. | jhemann@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On April 2, 2007, I served the document(s) described as:

## PROOF OF SERVICE OF CLERK'S NOTICE

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

1

1  Lewis Kahn, Esq.
   KAHN GAUTHIER SWICK, LLC
2  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
3  Tel:   (504) 455-1400
   Fax:   (504) 455-1498
4
   Michael A. Swick, Esq.
5  Kim E. Miller, Esq.
   KAHN GAUTHIER SWICK, LLC
6  12 East 41st St., 12th Floor
   New York, NY 10017
7  Tel:   (212) 696-3730
   Fax:   (504) 455-1498
8
   **Lead Counsel for Plaintiff**
9  **Adrian G. Mongeli and the Class**

10 Michael J. Lawson, Esq.
   MORGAN, LEWIS & BOCKIUS LLP
11 One Market
   Spear Street Tower
12 San Francisco, CA 94105
   Tel:   (415) 442-1000
13 Fax:   (415) 442-1001

14 Bruce M. Cormier, Esq.
   Joel E. Bonner, Esq.
15 ERNST & YOUNG LLP
   1225 Connecticut Avenue, NW
16 Washington, D.C. 20036
   Tel:   (202) 327-7603
17 Fax:   (202) 327-7601

18 **Counsel for Defendant**
   **Ernst & Young LLP**
19
           I served the above document(s) as follows:
20
           BY MAIL. I am familiar with the firm's practice of collection and processing
21 correspondence for mailing. Under that practice it would be deposited with U.S. postal service on
   that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of
22 business. I am aware that on motion of the party served, service is presumed invalid if postal
   cancellation date or postage meter date is more than one day after date of deposit for mailing in an
23 affidavit.

24         I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-
   listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
25 following electronic mail address provided by the Securities Class Action Clearinghouse:

26                          scac@law.stanford.edu

27

28

                                            2

PROOF OF SERVICE OF CLERK'S NOTICE
CASE NO.: 3-06-CV-03936 MJJ

1   I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2   I declare under penalty of perjury under the laws of the United States that the above is true and correct.

3   Executed on April 2, 2007, at Los Angeles, California 90025.

/S/ LEITZA MOLINAR
Leitza Molinar

3