1 | Michael D. Braun (CA Bar #167416)
BRAUN LAW GROUP, P.C.
2 | 12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
3 | Tel:  (310) 442-7755
Fax:  (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

| | |
|---|---|
| Maya Saxena | Michael A. Swick |
| Joseph E. White, III | Kim E. Miller (CA Bar #178370) |
| SAXENA WHITE P.A. | KAHN GAUTHIER SWICK, LLC |
| 2424 North Federal Highway, Suite 257 | 12 East 41st St., 12th Floor |
| Boca Raton, FL 33431 | New York, NY 10017 |
| Tel:  (561) 394-3399 | Tel:  (212) 696-3730 |
| Fax:  (561) 394-3382 | Fax:  (504) 455-1498 |

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:  (504) 455-1400
Fax:  (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, | **CASE NO.: 3-06-CV-03936 MJJ** |
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |
| TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP | DATE:  July 24, 2007<br>TIME:  9:30 A.M.<br>CTRM:  11, 9th Floor |

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**
**CASE NO.: 3-06-CV-03936 MJJ**

1       WHEREAS, on January 8, 2007, Lead Plaintiff, Adrian G. Mongeli filed Amended Complaint for Violations of Federal Securities Laws ("Complaint") naming as defendants Terayon Communication Systems, Inc. ("Terayon"), Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow ("Individual Defendants"), and Ernst & Young LLP ("Ernst &Young");

      WHEREAS, on March 9, 2007, Terayon and Individual Defendants filed a Motion to Dismiss the Complaint ("Terayon Motion");

      WHEREAS, the Terayon Motion is currently scheduled for hearing on June 5, 2007 at 9:30 a.m.;

      WHEREAS, on March 23, 2007, Defendant Ernst & Young separately filed a Motion to Dismiss the Complaint ("Ernst & Young Motion");

      WHEREAS, the Ernst &Young Motion was scheduled for hearing on June 26, 2007 at 9:30 a.m.;

      WHEREAS, on March 30, 2007, Ernst & Young filed a Notice Continuing Hearing on Motion to Dismiss Amended Class Action Complaint to July 24, 2007 at 9:30 a.m.;

      WHEREAS, the parties hereto agree that it would be most efficient and convenient to have both the Terayon and Ernst & Young Motions adjudicated on the same date;

      NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

      1.     The hearing on the Terayon Motion, originally set for June 5, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins, United States District Court, Northern District of California, San Francisco Division, Courtroom 11, 19th Floor, is hereby continued to July 24, 2007 at 9:30 a.m.

///
///
///

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**
**CASE NO.: 3-06-CV-03936 MJJ**

2. The due dates for Plaintiff's opposition brief and Defendants' reply briefs will remain unaltered.

IT IS SO STIPULATED:

Dated: April 3, 2007

Michael D. Braun
BRAUN LAW GROUP, P.C.

By: /S/ MICHAEL D. BRAUN
Michael D. Braun
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Dated: April 3, 2007

Patrick E. Gibbs
Jennie Foote Feldman
LATHAM & WATKINS LLP

By: /S/ PATRICK E. GIBBS
Patrick E. Gibbs
140 Scott Drive
Menlo Park, CA 94025
Tel:   (650) 328-4600
Fax:   (650) 463-2600

**Counsel for Defendant Terayon Communication Systems, Inc. and Individual Defendants**

Dated: April 4, 2007

John H. Hemann
Michael J. Lawson
Sheila A. Jambekar
MORGAN, LEWIS & BOCKIUS LLP

By: /S/ JOHN H. HEMANN
John H. Hemann
One Market
Spear Street Tower
San Francisco, CA 94105
Tel:   (415) 442-1000
Fax:   (415) 442-1001

**Counsel for Defendant Ernst & Young LLP**

2

**[PROPOSED] ORDER**

Upon the Stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1.   The hearing on the Terayon Motion, originally set for June 5, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins, United States District Court, Northern District of California, San Francisco Division, Courtroom 11, 19th Floor, is hereby continued to July 24, 2007 at 9:30 a.m. at the above referenced Court.

2.   The due dates for Plaintiff's opposition brief and Defendants' reply briefs will remain unaltered.

DATED: _____, 2007         _____
                                  HON. MARTIN J. JENKINS
                                  U. S. DISTRICT COURT JUDGE

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**
**CASE NO.: 3-06-CV-03936 MJJ**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On April 5, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communication Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John H. Hemann, Esq. | jhemann@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On April 5, 2007, I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382

4

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT
CASE NO.: 3-06-CV-03936 MJJ**

1  Lewis Kahn, Esq.
   KAHN GAUTHIER SWICK, LLC
2  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
3  Tel:    (504) 455-1400
   Fax:    (504) 455-1498
4
   Michael A. Swick, Esq.
5  Kim E. Miller, Esq.
   KAHN GAUTHIER SWICK, LLC
6  12 East 41st St., 12th Floor
   New York, NY 10017
7  Tel:    (212) 696-3730
   Fax:    (504) 455-1498
8
   **Lead Counsel for Plaintiff**
9  **Adrian G. Mongeli and the Class**

10 Michael J. Lawson, Esq.
   MORGAN, LEWIS & BOCKIUS LLP
11 One Market
   Spear Street Tower
12 San Francisco, CA 94105
   Tel:    (415) 442-1000
13 Fax:    (415) 442-1001

14 Bruce M. Cormier, Esq.
   Joel E. Bonner, Esq.
15 ERNST & YOUNG LLP
   1225 Connecticut Avenue, NW
16 Washington, D.C. 20036
   Tel:    (202) 327-7603
17 Fax:    (202) 327-7601

18 **Counsel for Defendant**
   **Ernst & Young LLP**
19
         I served the above document(s) as follows:
20
         BY MAIL. I am familiar with the firm's practice of collection and processing
21 correspondence for mailing. Under that practice it would be deposited with U.S. postal service on
   that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course
22 of business. I am aware that on motion of the party served, service is presumed invalid if postal
   cancellation date or postage meter date is more than one day after date of deposit for mailing in an
23 affidavit.

24       I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-
   listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
25 following electronic mail address provided by the Securities Class Action Clearinghouse:

26                              **scac@law.stanford.edu**

27

28

                                        5

1     I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2

3     I declare under penalty of perjury under the laws of the United States that the above is true and correct.

4     Executed on April 5, 2007, at Los Angeles, California 90025.

 

                                                                               /S/ LEITZA MOLINAR
                                                                                Leitza Molinar

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**
**CASE NO.: 3-06-CV-03936 MJJ**