Michael D. Braun (CA Bar #167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:    (561) 394-3382

Michael A. Swick
Kim E. Miller (CA Bar #178370)
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:    (212) 696-3730
Fax:    (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:    (504) 455-1400
Fax:    (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP ) | **CASE NO.: 3-06-CV-03936 MJJ**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>**DATE:    July 24, 2007**<br>**TIME:    9:30 A.M.**<br>**CTRM:    11, 9th Floor** |

1    WHEREAS, on January 8, 2007, Lead Plaintiff, Adrian G. Mongeli filed Amended

2    Complaint for Violations of Federal Securities Laws ("Complaint") naming as defendants Terayon

3    Communication Systems, Inc. ("Terayon"), Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward

4    Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher

5    Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow

6    ("Individual Defendants"), and Ernst & Young LLP ("Ernst &Young");

7    WHEREAS, on March 9, 2007, Terayon and Individual Defendants filed a Motion to

8    Dismiss the Complaint ("Terayon Motion");

9    WHEREAS, the Terayon Motion is currently scheduled for hearing on June 5, 2007 at 9:30

10   a.m.;

11   WHEREAS, on March 23, 2007, Defendant Ernst & Young separately filed a Motion to

12   Dismiss the Complaint ("Ernst & Young Motion");

13   WHEREAS, the Ernst &Young Motion was scheduled for hearing on June 26, 2007 at 9:30

14   a.m.;

15   WHEREAS, on March 30, 2007, Ernst & Young filed a Notice Continuing Hearing on

16   Motion to Dismiss Amended Class Action Complaint to July 24, 2007 at 9:30 a.m.;

17   WHEREAS, the parties hereto agree that it would be most efficient and convenient to have

18   both the Terayon and Ernst & Young Motions adjudicated on the same date;

19   NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval,

20   that:

21       1.    The hearing on the Terayon Motion, originally set for June 5, 2007 at 9:30 a.m.

22   before the Honorable Martin J. Jenkins, United States District Court, Northern District of

23   California, San Francisco Division, Courtroom 11, 19th Floor, is hereby continued to July 24, 2007

24   at 9:30 a.m.

25

26   ///

27   ///

28   ///

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND
INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT
CASE NO.: 3-06-CV-03936 MJJ

1        2.    The due dates for Plaintiff's opposition brief and Defendants' reply briefs will

2    remain unaltered.

3        IT IS SO STIPULATED:

4

5    Dated: April 3, 2007                Michael D. Braun
                                      BRAUN LAW GROUP, P.C.

6

7                                      By:    /S/ MICHAEL D. BRAUN
                                        Michael D. Braun

8                                            12400 Wilshire Blvd., Suite 920
                                        Los Angeles, CA 90025

9                                            Tel:   (310) 442-7755
                                        Fax:  (310) 442-7756

10

                                        **Liaison Counsel for Plaintiff and the Class**

11

12   Dated: April 3, 2007                Patrick E. Gibbs
                                        Jennie Foote Feldman

13                                           LATHAM & WATKINS LLP

14                                     By:    /S/ PATRICK E. GIBBS
                                        Patrick E. Gibbs

15                                           140 Scott Drive
                                        Menlo Park, CA 94025

16                                           Tel:   (650) 328-4600
                                        Fax:  (650) 463-2600

17

18                                             **Counsel for Defendant Terayon Communication Systems, Inc. and Individual Defendants**

19   Dated: April 4, 2007                John H. Hemann
                                        Michael J. Lawson

20                                           Sheila A. Jambekar
                                        MORGAN, LEWIS & BOCKIUS LLP

21

22                                     By:    /S/ JOHN H. HEMANN
                                        John H. Hemann

23                                           One Market
                                        Spear Street Tower

24                                           San Francisco, CA 94105
                                        Tel:   (415) 442-1000

25                                           Fax:  (415) 442-1001

26                                             **Counsel for Defendant Ernst & Young LLP**

27

28

                                    2

1    [~~PROPOSED~~] ORDER

2        Upon the Stipulation of the parties, and for good cause appearing,

3        IT IS HEREBY ORDERED THAT:

4

5        1.      The hearing on the Terayon Motion, originally set for June 5, 2007 at 9:30 a.m.

6    before the Honorable Martin J. Jenkins, United States District Court, Northern District of

7    California, San Francisco Division, Courtroom 11, 19th Floor, is hereby continued to July 24, 2007

8    at 9:30 a.m. at the above referenced Court.

9        2.      The due dates for Plaintiff's opposition brief and Defendants' reply briefs will

10   remain unaltered.

11

12   DATED: _____April 9_____, 2007

                                          _____
13                                        HON. MARTIN J. JENKINS
                                          U. S. DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )ss.:
COUNTY OF LOS ANGELES        )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA  90025.

On April 5, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.  According to the ECF/PACER system, for this case, the parties served are as follows:

Lionel Z. Glancy, Esq.                          info@glancylaw.com

Michael M. Goldberg, Esq.                       info@glancylaw.com

**Counsel for Plaintiffs**

Patrick Edward Gibbs, Esq.                      patrick.gibbs@lw.com
                                                zoila.aurora@lw.com

**Counsel for Defendant**
**Terayon Communication Systems, Inc.**
**and Individual Defendants**

Sheila Anil Jambekar, Esq.                      sjambekar@morganlewis.com

John H. Hemann, Esq.                            jhemann@morganlewis.com

**Counsel for Defendant Ernst & Young LLP**

On April 5, 2007, I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS TERAYON COMMUNICATION SYSTEMS, INC.'S AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:    (561) 394-3382

4

1 | Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
2 | 650 Poydras Street, Suite 2150
New Orleans, LA  70130
3 | Tel:    (504) 455-1400
Fax:    (504) 455-1498
4 |
Michael A. Swick, Esq.
5 | Kim E. Miller, Esq.
KAHN GAUTHIER SWICK, LLC
6 | 12 East 41st St., 12th Floor
New York, NY10017
7 | Tel:    (212) 696-3730
Fax:    (504) 455-1498
8 |
**Lead Counsel for Plaintiff**
9 | **Adrian G. Mongeli and the Class**

10 | Michael J. Lawson, Esq.
MORGAN, LEWIS & BOCKIUS LLP
11 | One Market
Spear Street Tower
12 | San Francisco, CA 94105
Tel:    (415) 442-1000
13 | Fax:    (415) 442-1001

14 | Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
15 | ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
16 | Washington, D.C. 20036
Tel:    (202) 327-7603
17 | Fax:    (202) 327-7601

18 | **Counsel for Defendant**
**Ernst & Young LLP**
19 |

20 |         I served the above document(s) as follows:

21 |         BY MAIL.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course
22 | of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an
23 | affidavit.

24 |         I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
25 | following electronic mail address provided by the Securities Class Action Clearinghouse:

26 |                              **scac@law.stanford.edu**

27 |

28 |

5

1

        I am employed in the office of a member of the bar of this Court at whose direction the
service was made.

2

        I declare under penalty of perjury under the laws of the United States that the above is true
and correct.

3

4

        Executed on April 5, 2007, at Los Angeles, California 90025.

5

6

                                                        /S/ LEITZA MOLINAR

7                                                       Leitza Molinar

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6