1

**BRAUN LAW GROUP, P.C.**       **KAHN GAUTHIER SWICK, LLC**

2   Michael D. Braun (167413)        Lewis S. Kahn

    12400 Wilshire Blvd., Ste. 920      650 Poydras Street, Ste 2150

3   Los Angeles, CA  90025         New Orleans, LA  70130

    Tel: 310.422.7755              Tel: 504.455.1400

4   Fax: 310.442.7756             Fax: 504.455.1498

5   **Liaison Counsel**              **Lead Counsel**

6   **KAHN GAUTHIER SWICK, LLC**    **SAXENA WHITE, P.A.**

    Michael A. Swick            Maya Saxena

7   Kim E. Miller (178370)         Joe White

8   12 E. 41st St., Ste. 1200        2424 N. Federal Highway

    New York, New York  10017     Ste. 2150

9   Tel: 212.696.3730            Boca Raton, FL 33431

    Fax: 504.455.1498            Tel: 561.394.3399

10  **Lead Counsel for Lead Plaintiff and the Class**  **Lead Counsel**

11

12               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

13

14  Adrian G. Mongeli, Individually And On  )  Civil Docket  No. 3-06-CV-3936 MJJ

    Behalf of All Others Similarly Situated,   )

15                        )  NOTICE OF CHANGE OF FIRM ADDRESS

16            Lead Plaintiff,  )

                        )

17       vs.              )

                        )

18  TERAYON COMMUNICATION SYSTEMS, )

19  INC., JERRY D. CHASE, RAY FRITZ,   )

    EDWARD LOPEZ, CAROL LUSTENADER, )

20  MATTHEW MILLER, ZAKI RAKIB,    )

    SHLOMO RAKIB, MARK A. RICHMAN,  )

21  CHRISTOPHER SCHAEPE, MARK     )

    SLAVEN, LEWIS SOLOMON, HOWARD  )

22  W. SPEAKS, ARTHUR T. TAYLOR, DAVID)

23  WOODROW, DOUG SABELLA and ERNST )

    & YOUNG, LLP             )

24                        )

               Defendants.   )

25  _____)

26

27

28

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

## <u>NOTICE OF CHANGE OF FIRM ADDRESS</u>

PLEASE TAKE NOTICE that the firm of Kahn Gauthier Swick, LLC has changed its New York office address and telephone number from 114 East 39th Street, New York, NY 10016;  Telephone: (212) 920-4310, to:

12 East 41st Street, 12th Floor

New York, New York  10017

Telephone:  (212) 696-3730

The facsimile number will remain the same.

Dated: May 22, 2007                                    KAHN GAUTHIER SWICK, LLC

/s/  Kim E. Miller
Kim E. Miller (KM-6996)
Michael A. Swick (MS-9970)
12 East 41st Street, 12th Floor
New York, New York  10017
Telephone:  (212) 696-3730
Fax:  (504) 455-1498

*Attorneys for Plaintiffs*

**BRAUN LAW GROUP, P.C.**
Michael D. Braun (167413)
12400 Wilshire Blvd., Ste. 920
Los Angeles, CA  90025
Tel: 310.422.7755
Fax: 310.442.7756

*Liaison Counsel for Plaintiffs*

**PROOF OF SERVICE**

STATE OF NEW YORK            )
                            )ss.:
COUNTY OF NEW YORK          )

I am employed in the county of New York, State of New York, I am over the age of 18 and not a party to the within action; my business address is 12 East 41st Street, 12th Floor  New York, New York, 10017.

On May 23, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Kim E. Miller, I filed and served the document(s) described as:

**NOTICE OF CHANGE OF FIRM ADDRESS**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.  According to the ECF/PACER system, for this case, the parties served are as follows:

Michael D. Braun, Esq.                     service@braunlawgroup.com

Lionel Z. Glancy, Esq.                     info@glancylaw.com

Michael M. Goldberg, Esq.                  info@glancylaw.com

**Counsel for Plaintiffs**

Patrick Edward Gibbs, Esq.                 patrick.gibbs@lw.com
                                           zoila.aurora@lw.com

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

Sheila Anil Jambekar, Esq.                 sjambekar@morganlewis.com

**Counsel for Defendant Ernst & Young LLP**

On May 23, 2007, I served the document(s) described as:

**NOTICE OF CHANGE OF FIRM ADDRESS**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:     (561) 394-3399
Fax:     (561) 394-3382

Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor

New York, NY 10017
Tel:    (212) 696-3730
Fax:    (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:    (202) 327-7603
Fax:    (202) 327-7601

**Counsel for Defendant**
**Ernst & Young LLP**

  I served the above document(s) as follows:

  BY MAIL.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

  I am a member of the bar of this Court.

  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

  Executed on May 23, 2007, at New York, New York 10017.

           /S/ KIM E. MILLER
           Kim E. Miller