1   LATHAM & WATKINS LLP
        Patrick E. Gibbs (SBN 183174)
2       Jennie Foote Feldman (SBN 248375)
    140 Scott Drive
3   Menlo Park, California  94025
    Telephone:  (650) 328-4600
4   Facsimile:  (650) 463-2600

5

    Attorneys for Defendants Terayon Communication
6   Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A.
    Richman, Edward Lopez, Ray Fritz, Carol
7   Lustenader, Matthew Miller, Shlomo Rakib, Doug
    Sabella, Christopher Schaepe, Mark Slaven, Lewis
8   Solomon, Howard W. Speaks, Arthur T. Taylor, and
    David Woodrow

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  ADRIAN MONGELI, Individually, And On        CASE NO.: 3-06-CV-03936 MJJ
    Behalf Of All Others Similarly Situated,
14                                              **CLASS ACTION**
                    Plaintiffs,
15                                              _____
            v.
16                                              **REQUEST FOR JUDICIAL NOTICE IN
    TERAYON COMMUNICATION                       SUPPORT OF REPLY IN SUPPORT OF
17  SYSTEMS, INC., ZAKI RAKIB, JERRY D.         MOTION TO DISMISS AMENDED CLASS
    CHASE, MARK A. RICHMAN, EDWARD              ACTION COMPLAINT FOR VIOLATIONS
18  LOPEZ, RAY FRITZ, CAROL                     OF FEDERAL SECURITIES LAWS BY
    LUSTENADER, MATTHEW MILLER,                 TERAYON AND THE INDIVIDUAL
19  SHLOMO RAKIB, DOUG SABELLA,                 DEFENDANTS ("REPLY RJN")**
    CHRISTOPHER SCHAEPE, MARK
20  SLAVEN, LEWIS SOLOMON, HOWARD
    W. SPEAKS, ARTHUR T. TAYLOR,                Judge:      Honorable Martin J. Jenkins
21  DAVID WOODROW, and ERNST &                  Date:       July 24, 2007
    YOUNG, LLP,                                 Time:       9:30 a.m.
22                                              Courtroom:  11, 19th Floor
                    Defendants.
23

24

25

26

27

28

1    Pursuant to Federal Rule of Evidence 201, Defendant Terayon Communication Systems,

2    Inc., and Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol

3    Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven,

4    Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow (the "Individual

5    Defendants") hereby request the Court to take judicial notice of the content of the following

6    document in support of the Reply Brief in Support of their Motion to Dismiss Plaintiffs'

7    Amended Class Action Complaint For Violations Of Federal Securities Laws (the "Amended

8    Complaint"):

9

| **Reply RJN Ex. A**: | Terayon's April 3, 2007 Form 8-K, filed pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Attached hereto is a true and correct copy of the relevant portions. |
|---|---|

13

14    **I.    ARGUMENT**

15    Judicial notice of the document listed above is appropriate because it was directly

16    referenced or relied upon in the Amended Complaint, was required to be filed with the SEC,

17    and/or its validity is not subject to honest dispute.

18    **A.    Judicial Notice of Documents Required to be Filed with the SEC is Proper.**

19    Reply Request for Judicial Notice ("RJN") Exhibit A is a document that Terayon was

20    required to file with the SEC. On a motion to dismiss, the Court may take judicial notice of the

21    contents of required public disclosures. *See In re Turnstone Sys. Sec. Litig.*, No. C 01-1256

22    SBA, 2003 U.S. Dist. LEXIS 26709, at *106 (N.D. Cal. Feb. 4, 2003); *In re Calpine Corp. Sec.

23    Litig.*, 288 F. Supp. 2d 1054, 1076 (N.D. Cal. 2003); *In re Silicon Graphics Sec. Litig.*, 970 F.

24    Supp. 746, 758 (N.D. Cal. 1997) ("[A] district court may take judicial notice of the contents of

25    relevant public disclosure documents required to be filed with the SEC as facts capable of

26    accurate and ready determination by resort to sources whose accuracy cannot reasonably be

27

28

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SILICON VALLEY

2

TERAYON AND THE INDIVIDUAL DEFENDANTS' REPLY RJN
ISO MOTION TO DISMISS AMENDED COMPLAINT
CASE NO.: 3- 06 CV-03936 MJJ

1    questioned.").  Therefore, the Court should take judicial notice of the contents of Reply RJN

2    Exhibit A.

3    Dated:  May 23, 2007                    LATHAM & WATKINS LLP

4

5                                            By _____/s/_____

6                                                         Patrick E. Gibbs

7                                            Attorneys for Terayon Communication Systems,
                                             Inc. and the Individual Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

TERAYON AND THE INDIVIDUAL DEFENDANTS' REPLY RJN
ISO MOTION TO DISMISS AMENDED COMPLAINT
CASE NO.: 3- 06 CV-03936 MJJ

# Exhibit A

UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

# FORM 8−K

### CURRENT REPORT
Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest event reported):  April 2, 2007

# TERAYON COMMUNICATION SYSTEMS, INC.

(Exact Name of Registrant as Specified in its Charter)

| Delaware | 000−24647 | 77−0328533 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

2450 Walsh Avenue
Santa Clara, California 95051
(Address of Principal Executive Offices and Zip Code)

Registrant's telephone number, including area code: (408) 235−5500

Not Applicable
(Former Name or Former Address, if Changed Since Last Report.)

Check the appropriate box below if the Form 8−K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a−12 under the Exchange Act (17 CFR 240.14a−12)

☐ Pre−commencement communications pursuant to Rule 14d−2(b) under the Exchange Act (17 CFR 240.14d−2(b))

☐ Pre−commencement communications pursuant to Rule 13e−4(c) under the Exchange Act (17 CFR 240.13e−4(c))

**Item 7.01. Regulation FD Disclosure.**

On April 2, 2007, Terayon Communication Systems, Inc. (Terayon) received written notification from the staff of the Securities and Exchange Commission (SEC) that the SEC's investigation in connection with Terayon's accounting review of a series of contractual arrangements with a certain customer has been terminated and no enforcement action has been recommended at this time. The decision of the SEC to terminate the investigation is not a finding or judgment regarding the matters investigated, and should not be construed that the parties have been exonerated or that no action may ultimately result from the SEC's investigation of the matter.

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: April 3, 2007

**Terayon Communication Systems, Inc.**

By: /s/ Mark Richman
      Name:  Mark Richman
      Title:    Chief Financial Officer

Created by 10KWizard    www.10KWizard.com