IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Edward Butler**

DATE: **June 5, 2007**          Court reporter: **Not Reported**

Case Number:     **C06-3186 MJJ**          Time in Court: **3:46–3:54 p.m.**

Case Name:     **WILLIAM P. WILLIAMS** v. **SMITH KLINE BEECHAM CORPORATION**

COUNSEL FOR PLAINTIFF:          COUNSEL FOR DEFENSE:
**Robert Brava-Partain (appearing by phone)**     **Sarah Sloan, Sam Griffin (appearing by phone)**

TYPE OF PROCEEDINGS:
(X) Telephonic Further Status Conference     ( )P/T Conference     ( )Case Management Conference

ORDERED AFTER HEARING:
- Regarding the scheduling of expert depositions, it is the Court's ruling that there is no priority as to which party's experts are scheduled first.
- The parties are expected to arrange and schedule the deposition of an expert on a Sunday if the expert is only available on that day.
- Regarding the request for scheduling a mental examination of plaintiff Williams [docket no. 51]. The request is denied. The Court has ordered that plaintiff is to afford defendant discovery of the information learned during the course of Dr. Glenn Mullen's interview of Kevin Williams and his father.

ORDER TO BE PREPARED BY:     Plntf ()  Deft ()  Joint ()  Court ()

Referred to Magistrate Judge     For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:          for

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:          Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :          at 9:30 a.m.

Trial Date:     at 8:30 a.m.     Set for  days
               Type of Trial: ()Jury   ( )Court

Notes:

cc: