# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| I.B.I. Investments LTD, | 06-03936 MJJ |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Terayon Communication Systems, Inc, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
06-03936 MJJ                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4  It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 11, 2007

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
06-03936 MJJ                                             -2-

PROOF OF SERVICE

Case Name:     I.B.I. Investments LTD v. Terayon Communication Systems, Inc

Case Number:     06-03936 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>    ADR Program
>    United States District Court
>    Norther District of California
>    450 Golden Gate Avenue Floor 16
>    San Francisco, CA 94102

On July 11, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>    Lionel Z. Glancy
>    Glancy  Binkow & Goldberg LLP
>    1801 Avenue of The Stars
>    Suite 311
>    Los Angeles, CA 90067
>    info@glancylaw.com
>
>    Michael M. Goldberg
>    Glancy & Binkow LLP
>    1801 Avenue of the Stars, Suite 311
>    Los Angeles, CA 90067
>    info@glancylaw.com
>
>    Patrick Edward Gibbs
>    Latham & Watkins LLP
>    140 Scott Drive
>    Menlo Park, CA 94025
>    patrick.gibbs@lw.com

Michael David Braun
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
service@braunlawgroup.com

Kim Elaine Miller
Kahn Gauthier Swick LLC
12 East 41st St.
12th Floor
New York, NY 10017
kim.miller@kgscounsel.com

Sheila Anil Jambekar
Morgan, Lewis, & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
sjambekar@morganlewis.com

John Henry Hemann
Morgan Lewis & Bockius
One Market
Spear Street Tower
San Francisco, CA 94115
jhemann@morganlewis.com

Michael John Lawson
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
michael.lawson@morganlewis.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2007 in San Francisco, California.

                                          RICHARD W. WIEKING
                                        Clerk
                                        by:    Timothy J. Smagacz

                                        */s/ Timothy Smagacz*
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov