IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ADRIAN G. MONGELI, et al., ,**

        Plaintiff(s),

v.

**TERAYON COMMUNICATIONS SYSTEMS, INC., et al.,**

        Defendant(s),
_____/

No. C06-3936 MJJ

**CLERK'S NOTICE VACATING MOTIONS HEARING**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the Notice of Electronic Filing)

YOU ARE NOTIFIED THAT the hearing regarding defendants' Motions to Dismiss, previously set for July 24, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins is **VACATED**. The hearing will be reset for a new date, to be determined at a later time. The parties will be notified by the Court as to the new date.

Dated: 7/20/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
      Edward Butler
      Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.