Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Michael A. Swick
Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:   (212) 696-3730
Fax:   (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP <br><br> Defendants. | CASE NO.: 3-06-CV-03936 MJJ <br><br> <u>CLASS ACTION</u> <br><br> **PROOF OF SERVICE OF CLERK'S NOTICE VACATING MOTIONS HEARING** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIAN G. MONGELI, et al., ,

        Plaintiff(s),

v.

TERAYON COMMUNICATIONS SYSTEMS, INC., et al.,

        Defendant(s),
        _____/

No. C06-3936 MJJ

**CLERK'S NOTICE VACATING MOTIONS HEARING**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the Notice of Electronic Filing)

YOU ARE NOTIFIED THAT the hearing regarding defendants' Motions to Dismiss, previously set for July 24, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins is **VACATED and RESET for Wednesday, October 10, 2007 at 2:30 p.m.**

Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 7/27/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Edward Butler
    Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On July 27, 2007, I served the document(s) described as **CLERK'S NOTICE VACATING MOTIONS HEARING** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

xx   BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

xx   BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 27, 2007, at Los Angeles, California 90025.

__LEITZA MOLINAR__
Type or Print Name                                      Signature

**SERVICE LIST**

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Counsel for Lead Plaintiff**
**Adrian G. Mongeli and the Class**

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:   (202) 327-7603
Fax:   (202) 327-7601

**Counsel for Defendant**
**Ernst & Young LLP**



**Braun Law Group, P.C.**

12400 WILSHIRE BLVD., STE. 920
LOS ANGELES, CA 90025
TEL: (310) 442-7755
FAX: (310) 442-7756

# FAX COVER SHEET

**FAX TRANSMITTED TO:**     SEE ATTACHED SERVICE LIST

**FROM:**             Leitza Molinar, Legal Assistant
**CLIENT/MATTER:**    Mongeli v. Terayon Communication Systems, Inc., et al.
**DATE:**             July 28, 2007

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Clerk's Notice Vacating Motions Hearing. | 5 |
|  |  |
|  |  |
|  |  |

**COMMENTS:**

*This transmission and the attached documents are intended only for the use of the individual to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please notify us immediately by telephone so we may arrange to retrieve this transmission at no cost to you. Thank you.*

NOTICE RE SERVICE: Sender's use of facsimile for the transmission of the above document shall NOT be construed as constituting Sender's consent to service of court papers by facsimile transmission under Rule 2009(d) of the California Rules of Court.

* INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (310) 442-7755.

**SERVICE LIST**

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn, Esq.
Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:    (504) 455-1400
Fax:   (504) 455-1498

**Counsel for Lead Plaintiff
Adrian G. Mongeli and the Class**

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:    (202) 327-7603
Fax:   (202) 327-7601

**Counsel for Defendant
Ernst & Young LLP**

BROADCAST REPORT

```
TIME   : 07/27/2007 14:01
NAME   : BRAUN LAW GROUP
FAX    : 3104427756
TEL    : 3104427755
SER.#  : BROB4J287798
```

| PAGE(S) | 05 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 07/27 | 13:56 | 915613943382 | 01:33 | 05 | OK | |
| 07/27 | 13:58 | 915044551498 | 48 | 05 | OK | ECM |
| 07/27 | 14:00 | 912023277601 | 58 | 05 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On July 27, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**PROOF OF SERVICE OF CLERK'S NOTICE VACATING MOTIONS HEARING**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant**
**Terayon Communications Systems, Inc.**
**and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On July 27, 2007, I served the document(s) described as:

**PROOF OF SERVICE OF CLERK'S NOTICE VACATING MOTIONS HEARING**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

///

///

///

1

|   |   |
|---|---|
| 1 | Lewis Kahn, Esq. |
|   | Michael A. Swick, Esq. |
| 2 | KAHN GAUTHIER SWICK, LLC |
|   | 650 Poydras Street, Suite 2150 |
| 3 | New Orleans, LA 70130 |
|   | Tel:   (504) 455-1400 |
| 4 | Fax:   (504) 455-1498 |

**Lead Counsel for Plaintiff**
**Adrian G. Mongeli and the Class**

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:   (202) 327-7603
Fax:   (202) 327-7601

**Counsel for Defendant**
**Ernst & Young LLP**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

scac@law.stanford.edu

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 27, 2007, at Los Angeles, California 90025.

　　　　　　　　　　　　　　　　　　　　　　　　/S/ LEITZA MOLINAR
　　　　　　　　　　　　　　　　　　　　　　　　Leitza Molinar