UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
E-filing
JUL 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADRIAN MONGELI, et al.

Plaintiff(s),

v.

TERAYON COMMUNICATIONS SYSTEMS, INC., et al.

Defendant(s).

CASE NO. 3-06-CV-03936 MJJ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Maya Saxena, an active member in good standing of the bar of Please see Attachment "A" (particular court to which applicant is admitted) whose business address and telephone number is SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, Florida, 33431
Tel. (561) 394-3399; Fax.(561) 394-3382
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Adrian Mongeli.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 2 7 2007

MARTIN J. JENKINS
United States District Judge

FILE BY FAX

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B.I. INVESTMENTS,<br><br>   Plaintiff,<br><br>v.<br><br>TERAYON COMMUNICATION et al,<br><br>   Defendant.<br>_____/ | Case Number: CV06-03936 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maya Saxena
Saxena White, P.A.
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431

Dated: July 29, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk