UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Adrian Mongeli,

             Plaintiff(s),

    v.

Terayon Communications Systems, Inc., et al.

             Defendant(s).

Case No. 3-06-CV-03936 MJJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/7/07

             [Party] Plaintiff

Dated: 8/7/07

             [Counsel] Lewis Kahn

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On August 7, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On August 7, 2007, I served the document(s) described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

2

ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO.: 3-06-CV-03936 MJJ

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:  (504) 455-1498

Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:   (212) 696-3730
Fax:  (504) 455-1498

**Lead Counsel for Plaintiff**
**Adrian G. Mongeli and the Class**

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:   (202) 327-7603
Fax:  (202) 327-7601

**Counsel for Defendant**
**Ernst & Young LLP**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

scac@law.stanford.edu

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 7, 2007, at Los Angeles, California 90025.

/S/ LEITZA MOLINAR
Leitza Molinar

3