1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   **Liaison Counsel for Plaintiff and the Class**
5
   Maya Saxena                                Michael A. Swick
6  Joseph E. White, III                       Kim E. Miller
   SAXENA WHITE P.A.                          KAHN GAUTHIER SWICK, LLC
7  2424 North Federal Highway, Suite 257      12 East 41st St., 12th Floor
   Boca Raton, FL 33431                       New York, NY 10017
8  Tel:   (561) 394-3399                      Tel:   (212) 696-3730
   Fax:   (561) 394-3382                      Fax:   (504) 455-1498
9
   Lewis Kahn
10 KAHN GAUTHIER SWICK, LLC
   650 Poydras Street, Suite 2150
11 New Orleans, LA 70130
   Tel:   (504) 455-1400
12 Fax:   (504) 455-1498

13 **Lead Counsel for Plaintiff and the Class**

14

15                      **UNITED STATES DISTRICT COURT**

16                      **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  ADRIAN MONGELI, Individually, And ) On Behalf Of All Others Similarly Situated,) | **CASE NO.: 3-06-CV-03936 MJJ** |
| 19                                            ) | **CLASS ACTION** |
|                                               ) | |
| 20              Plaintiff,                    ) | **STIPULATION AND [PROPOSED]** |
|                                               ) | **ORDER SELECTING ADR PROCESS** |
| 21       vs.                                  ) | |
|                                               ) | **CASE MANAGEMENT CONFERENCE:** |
| 22  TERAYON COMMUNICATIONS                    ) | |
|     SYSTEMS, INC., ZAKI RAKIB, JERRY          ) | DATE:   August 28, 2007 |
| 23  D. CHASE, MARK A. RICHMAN,                ) | TIME:   2:00 P.M. |
|     EDWARD LOPEZ, RAY FRITZ, CAROL            ) | CTRM:   11, 19th Floor, San Francisco |
| 24  LUSTENADER, MATTHEW MILLER,               ) | |
|     SHLOMO RAKIB, DOUG SABELLA,               ) | |
| 25  CHRISTOPHER SCHAEPE, MARK                 ) | |
|     SLAVEN, LEWIS SOLOMON, HOWARD             ) | |
| 26  W. SPEAKS, ARTHUR T. TAYLOR,              ) | |
|     DAVID WOODROW, and ERNST &                ) | |
| 27  YOUNG, LLP                                ) | |
|                                               ) | |
| 28              Defendants.                   ) | |
|     _____    ) | |

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**CASE NO.: 3-06-CV-03936 MJJ**

1 | Counsel report that they have met and conferred regarding ADR and have reached the
2 | following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3 | 1. WHEREAS, parties believe that selection of an ADR process is premature until the
4 | resolution of Defendants' Motions to Dismiss;

5 | 2. WHEREAS, if the Court denies Defendants' Motions to Dismiss in whole or in part,
6 | parties will, within fourteen (14) days, meet and confer and submit a Stipulation and [Proposed]
7 | Order selecting an appropriate ADR process.

8 | IT IS SO STIPULATED:

9 | Dated: August 7, 2007                                Michael D. Braun
                                                         BRAUN LAW GROUP, P.C.
10
                                                By:     _____/S/_____
11                                                       Michael D. Braun
                                                         12400 Wilshire Blvd., Suite 920
12                                                       Los Angeles, CA 90025

13 | **Liaison Counsel for Plaintiff and the Class**

14 | Dated: August 7, 2007                                Patrick E. Gibbs
                                                         Jennie Foote Feldman
15                                                       LATHAM & WATKINS LLP

16                                              By:     _____/S/_____
                                                         Jennie Foote Feldman
17                                                       140 Scott Drive
                                                         Menlo Park, CA 94025
18
   | **Counsel for Defendant Terayon Communications
19 | Systems, Inc. and Individual Defendants**

20 | Dated: August 7, 2007                                Sheila A. Jambekar
                                                         MORGAN, LEWIS & BOCKIUS LLP
21
                                                By:     _____/S/_____
22                                                       One Market
                                                         Spear Street Tower
23                                                       San Francisco, CA 94105

24 | **Counsel for Defendant Ernst & Young LLP**

25 | **[PROPOSED] ORDER**

26 | IT IS SO ORDERED:

27 | DATED: _____, 2007                             _____
                                                          HON. MARTIN J. JENKINS
28                                                        U. S. DISTRICT COURT JUDGE

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )ss.:
COUNTY OF LOS ANGELES      )

     I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

     On August 7, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

     **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

     The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.  According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com<br>zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

     On August 7, 2007, I served the document(s) described as:

     **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

2

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.: 3-06-CV-03936 MJJ**

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:  (504) 455-1498

Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY10017
Tel:   (212) 696-3730
Fax:  (504) 455-1498

**Lead Counsel for Plaintiff**
**Adrian G. Mongeli and the Class**

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:   (202) 327-7603
Fax:  (202) 327-7601

**Counsel for Defendant**
**Ernst & Young LLP**

I served the above document(s) as follows:

BY MAIL.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 7, 2007, at Los Angeles, California 90025.

/S/ LEITZA MOLINAR
Leitza Molinar

3

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**CASE NO.: 3-06-CV-03936 MJJ**