Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:    (561) 394-3382

Michael A. Swick
Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:    (212) 696-3730
Fax:    (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:    (504) 455-1400
Fax:    (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) TERAYON COMMUNICATIONS ) SYSTEMS, INC., ZAKI RAKIB, JERRY ) D. CHASE, MARK A. RICHMAN, ) EDWARD LOPEZ, RAY FRITZ, CAROL ) LUSTENADER, MATTHEW MILLER, ) SHLOMO RAKIB, DOUG SABELLA, ) CHRISTOPHER SCHAEPE, MARK ) SLAVEN, LEWIS SOLOMON, HOWARD ) W. SPEAKS, ARTHUR T. TAYLOR, ) DAVID WOODROW, and ERNST & ) YOUNG, LLP ) ) Defendants. ) _____ ) | **CASE NO.: 3-06-CV-03936 MJJ**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**CASE MANAGEMENT CONFERENCE:**<br><br>DATE:     August 28, 2007<br>TIME:     2:00 P.M.<br>CTRM:   11, 19th Floor, San Francisco |

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  1. WHEREAS, parties believe that selection of an ADR process is premature until the
4  resolution of Defendants' Motions to Dismiss;
5  2. WHEREAS, if the Court denies Defendants' Motions to Dismiss in whole or in part,
6  parties will, within fourteen (14) days, meet and confer and submit a Stipulation and [Proposed]
7  Order selecting an appropriate ADR process.

IT IS SO STIPULATED:

Dated: August 7, 2007

Michael D. Braun
BRAUN LAW GROUP, P.C.

By: _____/S/_____
Michael D. Braun
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025

**Liaison Counsel for Plaintiff and the Class**

Dated: August 7, 2007

Patrick E. Gibbs
Jennie Foote Feldman
LATHAM & WATKINS LLP

By: _____/S/_____
Jennie Foote Feldman
140 Scott Drive
Menlo Park, CA 94025

**Counsel for Defendant Terayon Communications Systems, Inc. and Individual Defendants**

Dated: August 7, 2007

Sheila A. Jambekar
MORGAN, LEWIS & BOCKIUS LLP

By: _____/S/_____
One Market
Spear Street Tower
San Francisco, CA 94105

**Counsel for Defendant Ernst & Young LLP**

**[PROPOSED] ORDER**

IT IS SO ORDERED:

DATED: _____8/13___, 2007

_____
HON. MARTIN J. JENKINS
U. S. DISTRICT COURT JUDGE

1

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On August 7, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On August 7, 2007, I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

2

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.: 3-06-CV-03936 MJJ**

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498

Michael A. Swick, Esq.
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel: (212) 696-3730
Fax: (504) 455-1498

**Lead Counsel for Plaintiff**
**Adrian G. Mongeli and the Class**

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel: (202) 327-7603
Fax: (202) 327-7601

**Counsel for Defendant**
**Ernst & Young LLP**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 7, 2007, at Los Angeles, California 90025.

/S/ LEITZA MOLINAR
Leitza Molinar

3

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**CASE NO.: 3-06-CV-03936 MJJ**