IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B.I. INVESTMENTS,<br><br>      Plaintiff,<br><br>  v.<br><br>TERAYON COMMUNICATION,<br><br>      Defendant.<br>_____/ | No. C 06-03936 MJJ<br><br>**Clerk's Notice<br>Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Motion Hearing* previously calendared for 10/10/07 at 2:30 PM has been specially set for **Thursday, 10/25/07** at **9:30 AM**, before the Honorable Martin J. Jenkins. The *case management conference* previously set for 11/16/07 at 2:00 PM has also been rescheduled for **Tuesday, 11/27/07** at **2:00 PM.**

Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  October 3, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    R. B. Espinosa
    Deputy Clerk