1 | Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
2 | 12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
3 | Tel:   (310) 442-7755
Fax:  (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena                              Michael A. Swick
Joseph E. White, III                     Kim E. Miller
SAXENA WHITE P.A.                        KAHN GAUTHIER SWICK, LLC
2424 North Federal Highway, Suite 257    12 East 41st St., 12th Floor
Boca Raton, FL 33431                     New York, NY 10017
Tel:   (561) 394-3399                    Tel:   (212) 696-3730
Fax:   (561) 394-3382                    Fax:   (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff,<br><br>vs.<br><br>TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP<br><br>Defendants. | **CASE NO.: 3-06-CV-03936 MJJ**<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

1 | **TO:   THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 |     **PLEASE TAKE NOTICE THAT**, the Braun Law Group, P.C. has changed its address

3 | from: 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025 to:

4 | **12304 Santa Monica Boulevard, Suite 109**

5 | **Los Angeles, CA 90025**

6 |     **PLEASE TAKE FURTHER NOTICE THAT**, the telephone and facsimile numbers, as

7 | well as the e-mail addresses, will remain the same.  Please update your records accordingly.

Dated: October 3, 2007

    Michael D. Braun
    BRAUN LAW GROUP, P.C.

By:   /S/ MICHAEL D. BRAUN
    Michael D. Braun
    12304 Santa Monica Boulevard
    Suite 109
    Los Angeles, CA 90025
    Tel:   (310) 442-7755
    Fax:   (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:   (561) 394-3382

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

Michael A. Swick
Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:   (212) 696-3730
Fax:   (504) 455-1498

**Lead Counsel for Plaintiff and the Class**

2

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

STATE OF CALIFORNIA         )
                            )ss.:
COUNTY OF LOS ANGELES       )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

On October 3, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF CHANGE OF FIRM ADDRESS**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | |
| | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1

**NOTICE OF CHANGE OF FIRM ADDRESS**
**CASE NO.: 3-06-CV-03936 MJJ**

1  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

2

3  Executed on October 3, 2007, at Los Angeles, California 90025.

4

5                                              /S/ LEITZA MOLINAR
                                                    Leitza Molinar
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2