| | |
|---|---|
| LATHAM & WATKINS LLP<br>　　Patrick E. Gibbs (SBN 183174)<br>　　Jennie Foote Feldman (SBN 248375)<br>140 Scott Drive<br>Menlo Park, California  94025<br>Telephone:  (650) 328-4600<br>Facsimile:  (650) 463-2600<br><br>Attorneys for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP,<br><br>　　　　　　Defendants. | CASE NO.: 3-06-CV-03936 MJJ<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE MOTION TO DISMISS OFF-CALENDAR**<br><br>Judge: Honorable Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF SETTLEMENT AGREEMENT IN PRINCIPLE
AND JOINT REQUEST TO TAKE MOTION TO DISMISS OFF-CALENDAR
CASE NO.: 3-06-CV-03936 MJJ

## NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE MOTION TO DISMISS OFF-CALENDAR

PLEASE TAKE NOTICE that Terayon Communication Systems, Inc. ("Terayon" or the "Company") and the "Individual Defendants" (as defined below) have reached an agreement in principle with Lead Plaintiff Adrian Mongeli, acting on behalf of the putative class, to settle the above-captioned matter. The "Individual Defendants" are Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow.

In light of this agreement in principle, and in order to preserve party and judicial resources, Terayon, the Individual Defendants and Lead Plaintiff Adrian Mongeli hereby request that the Court take off-calendar the motion to dismiss filed by Terayon and the Individual Defendants, which is currently scheduled for hearing on October 25, 2007 at 9:30 AM. This request does not apply to the motion to dismiss separately filed by Defendant Ernst & Young LLP, which is also scheduled for hearing on October 25, 2007 at 9:30 AM.

Dated: October 4, 2007

Jennie Foote Feldman
Patrick E. Gibbs
LATHAM & WATKINS LLP

By  /s/
      Patrick E. Gibbs

**Attorneys for Terayon Communication Systems, Inc. and the Individual Defendants**

Dated: October 4, 2007

Joseph E. White, III
SAXENA WHITE, P.A.

By  /s/
      Joseph E. White, III

**Lead Counsel for Lead Plaintiff and the Class**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

NOTICE OF SETTLEMENT AGREEMENT IN PRINCIPLE
AND JOINT REQUEST TO TAKE MOTION TO DISMISS OFF-CALENDAR
CASE NO.: 3-06-CV-03936 MJJ