MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lawson (Bar No. 66547)
   John H. Hemann (Bar No. 165823)
   Sheila A. Jambekar (Bar No. 239101)
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

ERNST & YOUNG LLP
   Bruce M. Cormier
   Joel E. Bonner (Bar No. 105492)
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel: (202) 327-7603
Fax: (202) 327-7601

Attorneys for Defendant
ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG LLP,<br><br>Defendants. | Case No. 3-06-CV-03936 MJJ<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS**<br><br>Dept.: Courtroom 11<br>Judge: Hon. Martin J. Jenkins<br>Action Filed: June 23, 2006 |

1-SF/7613574.1

Case Number: 3-06-CV-03936 MJJ
STIPULATION AND [PROPOSED] ORDER REGARDING
HEARING DATE FOR MOTIONS TO DISMISS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, on October 3, 2007, the Clerk of the Court issued a notice continuing the hearing for Defendants' Motions to Dismiss Lead Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws;

4  WHEREAS, lead trial counsel for Defendant Ernst & Young LLP will be unavoidably out of the country on October 25, 2007, and therefore, unable to attend the hearing on October 25, 2007;

7  WHEREAS, the Lead Plaintiff, Defendant Terayon Communication Systems, Inc., and the Individual Defendants wish to accommodate the schedule of lead trial counsel for Defendant Ernst & Young LLP;

10  WHEREAS, Defendant Terayon Communication Systems, Inc. and the Individual Defendants have requested that its Motion to Dismiss be taken off calendar, but the Court has not yet acted upon that request;

13  WHEREAS, counsel for all parties are available for the hearing on Defendants' Motions to Dismiss on November 20, 2007, at 9:30 a.m.;

15  WHEREAS, the parties agree to continue the hearing for Defendants' Motions to Dismiss to November 20, 2007, at 9:30 a.m., with the understanding that Defendant Terayon Communication Systems, Inc.'s and the Individual Defendants' Motion to Dismiss may be taken off calendar before that date;

19  NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

26  ///
27  ///
28  ///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7613574.1     1     Case Number: 3-06-CV-03936 MJJ
STIPULATION AND [PROPOSED] ORDER REGARDING
HEARING DATE FOR MOTIONS TO DISMISS

1. The hearing for Defendants' Motions to Dismiss Lead Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws currently scheduled for October 25, 2007, at 9:30 a.m. before the Honorable Martin J. Jenkins, United States District Court, Northern District of California, San Francisco Division, Courtroom 11, 19th Floor, is hereby continued to November 20, 2007, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: October 5, 2007                MORGAN, LEWIS & BOCKIUS LLP

                                      By _____/S/_____
                                         John H. Hemann
                                         **Counsel for Defendant Ernst & Young LLP**

Dated: October 5, 2007                LATHAM & WATKINS LLP

                                      By _____/S/_____
                                         Patrick E. Gibbs
                                         140 Scott Drive
                                         Menlo Park, CA 94025
                                         Tel: (650) 328-4600
                                         Fax: (650) 463-2600
                                         **Counsel for Defendant Terayon Communication Systems, Inc. and Individual Defendants**

Dated: October 5, 2007                BRAUN LAW GROUP, P.C.

                                      By _____/S/_____
                                         Michael D. Braun
                                         12400 Wilshire Blvd., Suite 920
                                         Los Angeles, CA 90025
                                         Tel: (310) 442-7755
                                         Fax: (310) 442-7756
                                         **Liaison Counsel for Plaintiff and the Class**

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7613574.1                        2        Case Number: 3-06-CV-03936 MJJ
                                               STIPULATION AND [PROPOSED] ORDER REGARDING
                                               HEARING DATE FOR MOTIONS TO DISMISS

### ~~[PROPOSED]~~ ORDER

Upon the Stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The hearing for ~~Defendants' Motions~~ Defendant Ernst & Young LLP's Motion to Dismiss Lead Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws currently scheduled for October 25, 2007, at 9:30 a.m. before the Honorable Martin J. Jenkins, United States District Court, Northern District of California, San Francisco Division, Courtroom 11, 19th Floor, is hereby continued to November 20, 2007, at 9:30 a.m.

Dated: 10/16, 2007



HON. MARTIN J. JENKINS
U.S. DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7613574.1

3

Case Number: 3-06-CV-03936 MJJ
STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR MOTIONS TO DISMISS