IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian G. Mongeli, et al., | No. **C-06-3936 MJJ** |
| Plaintiff(s), | **Clerk's Notice** |
| v. | |
| Terayon Communication Systems, Inc et al. | |
| Defendant(s), | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has vacated the **Hearing on Defendant Ernst & Young's Motion to Dismiss** scheduled for **November 20, 2007** before the Honorable Martin J. Jenkins.

Dated: November 14, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
          Courtroom Deputy