1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
   Jennie Foote Feldman (SBN 248375)
140 Scott Drive
Menlo Park, California  94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP,<br><br>    Defendants. | CASE NO.: 3-06-CV-03936 MJJ<br><br>**CLASS ACTION**<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:        November 27, 2007<br>Time:       2:00 p.m.<br>Courtroom:  11<br>Judge:      Hon. Martin J. Jenkins |

Pursuant to Civil L. R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

## I. DESCRIPTION OF SUBSEQUENT EVENTS

The following progress or changes have occurred since the last case management statement filed by the parties:

- The parties have reached a settlement of this matter.
- The parties filed a Notice of Settlement in Principle and Joint Request to Take Motion to Dismiss Off-Calendar.

## II. ADR

The parties believe that ADR is unnecessary at this stage of the litigation as a settlement has been reached in this case.

## III. SETTLEMENT APPROVAL CONFERENCE

The parties jointly request the Court to make the following Supplemental Case Management Order:

- A preliminary approval conference for the settlement shall be set for a date in January, 2008, subject to the Court's schedule.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2007 | SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE III |

/s/<br>JOSEPH E. WHITE, III

2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382

Counsel for Lead Plaintiff and the Class

Dated: November 21, 2007

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN

/s/<br>MICHAEL D. BRAUN

12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel: 310/442-7755
Fax: 310/442-7756

Liaison Counsel for Plaintiff and the Class

Dated: November 21, 2007

LATHAM & WATKINS LLP
PATRICK E. GIBBS
JENNIE FOOTE FELDMAN

/s/<br>PATRICK E. GIBBS

140 Scott Drive
Menlo Park, CA 94025
Tel: 650/328-4600
Fax: 650/463-2600

Counsel for Defendants

| | |
|---|---|
| Dated: November 21, 2007 | MORGAN, LEWIS & BOCKIUS LLP<br>MICHAEL J. LAWSON<br>SHEILA A. JAMBEKAR |
| | /s/ |
| | SHEILA A. JAMBEKAR |
| | One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415/442-1000<br>Fax: 415/442-1001 |
| | Counsel for Defendant Ernst & Young LLP |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained.*

## [PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order.

DATED: _____

_____
The Honorable Martin J. Jenkins

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER – 3-06-CV-03936 MJJ   - 3 -