UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN G. MONGELI, Individually And
On Behalf of All Others Similarly Situated

Plaintiff(s),

v.

TERAYON COMMUNICATION
SYSTEMS, INC., et al.

Defendant(s).

CASE NO. 3-06-CV-3936 MJJ

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Lewis S. Kahn , an active member in good standing of the bar of the Supreme Court of Louisiana (particular court to which applicant is admitted) whose business address and telephone number is Kahn Gauthier Swick, LLC
650 Poydras Street, Ste. 2150
New Orleans, Louisiana 70130
Phone: (504) 455-1400 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 12/21/07

Martin J. Jenkins
United States District Judge