1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   **Liaison Counsel for Plaintiff and the Class**
5
   Maya Saxena                                          Michael A. Swick
6  Joseph E. White, III                                 Kim E. Miller
   SAXENA WHITE P.A.                                    KAHN GAUTHIER SWICK, LLC
7  2424 North Federal Highway, Suite 257                12 East 41st St., 12th Floor
   Boca Raton, FL 33431                                 New York, NY 10017
8  Tel:   (561) 394-3399                                Tel:   (212) 696-3730
   Fax:   (561) 394-3382                                Fax:   (504) 455-1498
9
   Lewis Kahn
10 KAHN GAUTHIER SWICK, LLC
   650 Poydras Street, Suite 2150
11 New Orleans, LA 70130
   Tel:   (504) 455-1400
12 Fax:   (504) 455-1498

13 **Lead Counsel for Plaintiff and the Class**

14

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17

18 | ADRIAN MONGELI, Individually, And              ) | CASE NO.: 3-06-CV-03936 CW
   | On Behalf Of All Others Similarly Situated,   ) |
19 |                                                ) | <u>CLASS ACTION</u>
   |                                                ) |
20 |                    Plaintiff,                  ) | PROOF OF SERVICE OF CASE
   |                                                ) | MANAGEMENT SCHEDULING ORDER
21 |           vs.                                  ) | FOR REASSIGNED CIVIL CASE
   |                                                ) |
22 | TERAYON COMMUNICATIONS                         ) |
   | SYSTEMS, INC., et al.,                         ) |
23 |                                                ) |
   |                    Defendants.                 ) |
24 |_____) |

25

26

27

28

1  TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     Plaintiff Adrian G. Mongeli hereby submits, as Exhibit A, Proof of Service of the Case
3  Management Scheduling Order for Reassigned Civil Case.

4

5  Dated: February 20, 2008                 Michael D. Braun
                                            BRAUN LAW GROUP, P.C.
6

7                          By:    /S/ MICHAEL D. BRAUN
                                  Michael D. Braun
8                                 12304 Santa Monica Boulevard
                                  Suite 109
9                                 Los Angeles, CA 90025
                                  Tel:   (310) 442-7755
10                                Fax:   (310) 442-7756

11                                **Liaison Counsel for Plaintiff and the Class**

12                                Maya Saxena
                                  Joseph E. White, III
13                                SAXENA WHITE P.A.
                                  2424 North Federal Highway, Suite 257
14                                Boca Raton, FL 33431
                                  Tel:   (561) 394-3399
15                                Fax:   (561) 394-3382

16                                Lewis Kahn
                                  KAHN GAUTHIER SWICK, LLC
17                                650 Poydras Street, Suite 2150
                                  New Orleans, LA  70130
18                                Tel:   (504) 455-1400
                                  Fax:   (504) 455-1498
19
                                  Michael A. Swick
20                                Kim E. Miller
                                  KAHN GAUTHIER SWICK, LLC
21                                12 East 41st St., 12th Floor
                                  New York, NY 10017
22                                Tel:   (212) 696-3730
                                  Fax:   (504) 455-1498
23
                                  **Lead Counsel for Plaintiff and the Class**
24

25

26

27

28

1

PROOF OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE
CASE NO.: 3-06-CV-03936 CW

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIAN G. MONGELI,

    Plaintiff,

v.

TERAYON COMMUNICATION SYSTEMS, INC., et al.,

    Defendants.
_____/

No. C 06-03936 CW

CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE

    This action having been reassigned to the undersigned judge and parties having filed a Joint Supplemental Case Management Statement wherein the parties requested a hearing on preliminary approval of settlement,

    IT IS HEREBY ORDERED that a motion for preliminary approval of settlement shall be filed on or before February 28, 2008. A hearing on the motion will be held on **April 3, 2008, at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

    Plaintiff is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure. Following service, the party causing the service shall file a certificate of service with the

1 | Clerk of Court.
2 | This case has been designated for the Court's Electronic Case
3 | Filing (ECF) Program.  Pursuant to General Order 45, each attorney of
4 | record is obligated to become an ECF user and be assigned a user ID
5 | and password for access to the system.  All documents required to be
6 | filed with the Clerk shall be filed electronically on the ECF website,
7 | except as provided otherwise in section VII of General Order 45 or
8 | authorized otherwise by the court.
9 | IT IS SO ORDERED.

Dated:   February 20, 2008

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

(Rev. 10/10/07)

<u>NOTICE</u>

**Case Management Conferences and Pretrial Conferences** are conducted on **Tuesdays** at 2:00 p.m. **Criminal Law and Motion** calendar is conducted on **Wednesdays** at 2:00 p.m. for defendants in custody and 2:30 p.m. for defendants not in custody. **Civil Law and Motion** calendar is conducted on **Thursdays** at 2:00 p.m. Order of call is determined by the Court. Counsel need not reserve a hearing date for civil motions; however, counsel are advised to check the legal newspapers or the Court's website at www.cand.uscourts.gov for unavailable dates.

Motions for Summary Judgment: All issues shall be contained within one motion of 25 pages or less, made on 35 days notice. (<u>See</u> Civil L.R. 7-2). Separate statements of undisputed facts in support of or in opposition to motions for summary judgment will not be considered by the Court. (<u>See</u> Civil Local Rule 56-2(a)). The motion and opposition should include a statement of facts supported by citations to the declarations filed with respect to the motion. Evidentiary and procedural objections shall be contained within the motion, opposition or reply; separate motions to strike will not be considered by the Court. Any cross-motion shall be contained within the opposition to any motion for summary judgment, shall contain 25 pages or less, and shall be filed 21 days before the hearing. The reply to a motion may contain up to 15 pages, shall include the opposition to any cross-motion, and shall be filed 14 days before the hearing. (<u>See</u> Civil Local Rule 7-3). The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a reply to any cross-motion.

All discovery motions are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar. All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

Pursuant to General Order 45,§ VI.G, "In all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers **no later than noon on the business day following the day that the papers are filed electronically,** one paper copy of each document that is filed electronically."

(rev. 10/10/07)

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

    I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

On February 20, 2008, I served the document(s) described as **PROOF OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

    I served the above document(s) as follows:

__xx__    BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

__xx__    BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on February 20, 2008, at Los Angeles, California 90025.

__LEITZA MOLINAR__
Type or Print Name                          Signature

# SERVICE LIST

| | |
|---|---|
| Maya Saxena, Esq.<br>Joseph E. White, III,. Esq.<br>SAXENA WHITE P.A.<br>2424 North Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Tel:    (561) 394-3399<br>Fax:   (561) 394-3382<br><br>Lewis Kahn, Esq.<br>Michael A. Swick, Esq.<br>Kim E. Miller, Esq.<br>KAHN GAUTHIER SWICK, LLC<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel:    (504) 455-1400<br>Fax:   (504) 455-1498<br><br>**Counsel for Plaintiff and the Class**<br><br>Lionel Z. Glancy, Esq.<br>Peter A. Binkow, Esq.<br>Michael Goldberg, Esq.<br>GLANCY BINKOW<br>& GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Tel:    (310) 201-9150<br>Fax:   (310) 201-9160<br><br>**Counsel for Plaintiffs** | Patrick E. Gibbs, Esq.<br>Jennie Foote Feldman, Esq.<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel:    (650) 328-4600<br>Fax:   (650) 463-2600<br><br>**Counsel for Defendant**<br>**Terayon Communications Systems, Inc.**<br>**and Individual Defendants**<br><br>Michael J. Lawson, Esq.<br>John Henry Hemann, Esq.<br>Sheila Anil Jambekar, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel:    (415) 442-1000<br>Fax:   (415) 442-1001<br><br>Bruce M. Cormier, Esq.<br>Joel E. Bonner, Esq.<br>ERNST & YOUNG LLP<br>1225 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Tel:    (202) 327-7603<br>Fax:   (202) 327-7601<br><br>**Counsel for Defendant**<br>**Ernst & Young LLP** |



**Braun Law Group, P.C.**

12304 SANTA MONICA BLVD., STE. 109
LOS ANGELES, CA 90025
TEL: (310) 442-7755
FAX: (310) 442-7756

# FAX COVER SHEET

**FAX TRANSMITTED TO:**   SEE ATTACHED SERVICE LIST

**FROM:**   Leitza Molinar, Legal Assistant
**CLIENT/MATTER:**   <u>Mongeli v. Terayon Communication Systems, Inc., et al.</u>
**DATE:**   February 20, 2008

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Case Management Scheduling Order for Reassigned Civil Case. | 7 |
|  |  |
|  |  |

**COMMENTS:**

*This transmission and the attached documents are intended only for the use of the individual to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please notify us immediately by telephone so we may arrange to retrieve this transmission at no cost to you. Thank you.*

NOTICE RE SERVICE: Sender's use of facsimile for the transmission of the above document shall NOT be construed as constituting Sender's consent to service of court papers by facsimile transmission under Rule 2009(d) of the California Rules of Court.

* INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE <u>ALL</u> PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (310) 442-7755.

# SERVICE LIST

Maya Saxena, Esq.
Joseph E. White, III,. Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:    (561) 394-3382

Lewis Kahn, Esq.
Michael A. Swick, Esq.
Kim E. Miller, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:    (504) 455-1400
Fax:    (504) 455-1498

**Counsel for Plaintiff and the Class**

Lionel Z. Glancy, Esq.
Peter A. Binkow, Esq.
Michael Goldberg, Esq.
GLANCY BINKOW
& GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel:    (310) 201-9150
Fax:    (310) 201-9160

**Counsel for Plaintiffs**

Patrick E. Gibbs, Esq.
Jennie Foote Feldman, Esq.
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel:    (650) 328-4600
Fax:    (650) 463-2600

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

Michael J. Lawson, Esq.
John Henry Hemann, Esq.
Sheila Anil Jambekar, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel:    (415) 442-1000
Fax:    (415) 442-1001

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:    (202) 327-7603
Fax:    (202) 327-7601

**Counsel for Defendant
Ernst & Young LLP**

BROADCAST REPORT

```
TIME  : 02/20/2008 16:07
NAME  : BRAUN LAW GROUP
FAX   : 3104427756
TEL   : 3104427755
SER.# : BROB4J287798
```

| PAGE(S) | 07 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 02/20 | 15:54 | 915613943382 | 02:09 | 07 | OK |  |
| 02/20 | 15:57 | 915044551498 | 01:21 | 07 | OK | ECM |
| 02/20 | 15:58 | 913102019160 | 53 | 07 | OK | ECM |
| 02/20 | 16:00 | 916504632600 | 02:05 | 07 | OK | ECM |
| 02/20 | 16:02 | 914154421001 | 02:06 | 07 | OK | ECM |
| 02/20 | 16:05 | 912023277601 | 01:41 | 07 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```

<h1 style="text-align:center">PROOF OF SERVICE</h1>

STATE OF CALIFORNIA        )
                           )ss.:
COUNTY OF LOS ANGELES      )

      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

      On February 20, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

<b>PROOF OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE</b>

      The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |
| Lewis S. Kahn, Esq. | lewis.kahn@kgscounsel.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

///

///

///

1

1   I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 20, 2008, at Los Angeles, California 90025.

                                                  /S/ LEITZA MOLINAR
                                                Leitza Molinar