1   LATHAM & WATKINS LLP
        Patrick E. Gibbs (SBN 183174)
2       Jennie Foote Feldman (SBN 248375)
    140 Scott Drive
3   Menlo Park, California  94025
    Telephone:  (650) 328-4600
4   Facsimile:  (650) 463-2600

5

    Attorneys for Defendants Terayon Communication
6   Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A.
    Richman, Edward Lopez, Ray Fritz, Carol
7   Lustenader, Matthew Miller, Shlomo Rakib, Doug
    Sabella, Christopher Schaepe, Mark Slaven, Lewis
8   Solomon, Howard W. Speaks, Arthur T. Taylor, and
    David Woodrow

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13   ADRIAN MONGELI, Individually, And On      )   CASE NO.:  C 06-03936 CW
     Behalf Of All Others Similarly Situated,  )
14                                             )
                     Plaintiffs,               )   **CLASS ACTION**
15                                             )
           v.                                  )
16                                             )   **[PROPOSED] ORDER
     TERAYON COMMUNICATION SYSTEMS,            )   PRELIMINARILY APPROVING
17   INC., ZAKI RAKIB, JERRY D. CHASE,         )   SETTLEMENT AND PROVIDING FOR
     MARK A. RICHMAN, EDWARD LOPEZ,            )   NOTICE**
18   RAY FRITZ, CAROL LUSTENADER,              )
     MATTHEW MILLER, SHLOMO RAKIB,             )
19   DOUG SABELLA, CHRISTOPHER                 )   Date:       April 3, 2008
     SCHAEPE, MARK SLAVEN, LEWIS               )   Time:       2:00 p.m.
20   SOLOMON, HOWARD W. SPEAKS,                )   Courtroom:  2, 4th Floor
     ARTHUR T. TAYLOR, DAVID                   )   Judge:      Hon. Claudia Wilken
21   WOODROW, and ERNST & YOUNG, LLP,          )
                                               )
22                   Defendants.               )
                                               )
23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

                                    [PROPOSED] ORDER PRELIMINARILY APPROVING
                                    SETTLEMENT AND PROVIDING FOR NOTICE
                                    CASE NO.:  C 06-03936 CW

1    WHEREAS, a class action is pending before the Court entitled *Mongeli v. Terayon*

2  *Communication Systems, Inc.*, No. 3-06-CV-03936 CW (the "Litigation");

3    WHEREAS, the Court has received the Stipulation of Settlement dated as of February 28,

4  2008 (the "Stipulation"), that has been entered into by the Lead Plaintiff and Defendants, and the

5  Court has reviewed the Stipulation and its attached Exhibits;

6    WHEREAS, the parties having made application, pursuant to Federal Rule of Civil

7  Procedure 23(e), for an order preliminarily approving the settlement of this Litigation, in

8  accordance with the Stipulation which, together with the Exhibits annexed thereto sets forth the

9  terms and conditions for a proposed settlement of the Litigation and for dismissal of the

10  Litigation with prejudice upon the terms and conditions set forth therein; and the Court having

11  read and considered the Stipulation and the Exhibits annexed thereto; and

12    WHEREAS, all defined terms contained herein shall have the same meanings as set forth

13  in the Stipulation;

14    NOW, THEREFORE, IT IS HEREBY ORDERED:

15    1.    The Court does hereby preliminarily approve the Stipulation and the settlement

16  set forth therein, subject to further consideration at the Settlement Hearing described below.

17    2.    A hearing (the "Settlement Hearing") shall be held before this Court on _____,

18  2008, at __:__ __.m., at the United States Courthouse, 1301 Clay Street, Oakland, California, to

19  determine whether the proposed settlement of the Litigation on the terms and conditions

20  provided for in the Stipulation is fair, reasonable and adequate to the Class and should be

21  approved by the Court; whether a Judgment as provided in ¶1.14 of the Stipulation should be

22  entered herein; whether the proposed Plan of Allocation should be approved; and to determine

23  the amount of fees and expenses that should be awarded to Lead Counsel.  The Court may

24  adjourn the Settlement Hearing without further notice to Members of the Class.

25    3.    The Court approves, as to form and content, the Notice of Pendency and Proposed

26  Settlement of Class Action (the "Notice"), the Proof of Claim and Release form (the "Proof of

27  Claim"), and Summary Notice for publication annexed as Exhibits A-1, A-2 and A-3 hereto, and

28  finds that the mailing and distribution of the Notice and publishing of the Summary Notice

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

1

[PROPOSED] ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
CASE NO.:  C 06-03936 CW

1   substantially in the manner and form set forth in ¶¶4-5 of this Order meet the requirements of

2   Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the

3   circumstances and shall constitute due and sufficient notice to all Persons entitled thereto.

4          4.      Pursuant to Rule 53(c) of the Federal Rules of Civil Procedure, the Court appoints

5   The Garden City Group, Inc. ("Claims Administrator") to supervise and administer the notice

6   procedure as well as the processing of claims as more fully set forth below:

7          (a)     Not later than _____, 2008 (the "Notice Date"), Lead Counsel shall

8   cause a copy of the Notice and the Proof of Claim, substantially in the forms annexed as Exhibits

9   A-1 and A-2 hereto, to be mailed by first class mail to all Class Members who can be identified

10  with reasonable effort;

11         (b)     Not later than _____, 2008, Lead Counsel shall cause the Summary

12  Notice to be published once in *Investor's Business Daily*; and

13         (c)     At least seven (7) calendar days prior to the Settlement Hearing, Lead

14  Counsel shall cause to be served on Defendants' counsel and filed with the Court proof, by

15  affidavit or declaration, of such mailing and publishing.

16         5.      Nominees who purchased Terayon publicly-traded securities between June 28,

17  2001 and March 1, 2006, shall send the Notice and the Proof of Claim to all beneficial owners of

18  such Terayon securities within ten (10) days after receipt thereof, or send a list of the names and

19  addresses of such beneficial owners to the Claims Administrator within ten (10) days of receipt

20  thereof, in which event the Claims Administrator shall promptly mail the Notice and the Proof of

21  Claim to such beneficial owners.  Lead Counsel shall, if requested, reimburse banks, brokerage

22  houses or other nominees solely for their reasonable out-of-pocket expenses incurred in

23  providing notice to beneficial owners who are Class Members out of the Class Notice and

24  Administration Fund, which expenses would not have been incurred except for the sending of

25  such notice, subject to further order of this Court with respect to any dispute concerning such

26  compensation.

27         6.      All Members of the Class shall be bound by all determinations and judgments in

28  the Litigation concerning the settlement, whether favorable or unfavorable to the Class.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

[PROPOSED] ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
CASE NO.:  C 06-03936 CW

7.      Class Members who wish to participate in the settlement shall complete and submit Proof of Claim forms in accordance with the instructions contained therein.  Unless the Court orders otherwise, all Proof of Claim forms must be postmarked no later than ninety (90) days from the Notice Date.  Any Class Member who does not timely submit a Proof of Claim within the time provided for shall be barred from sharing in the distribution of the proceeds of the Net Settlement Fund, unless otherwise ordered by the Court.

8.      Any Person who desires to request exclusion from the Class shall do so within the time set forth and in the manner described in the Notice.  All Persons who submit valid and timely requests for exclusion in the manner set forth in the Notice shall have no rights under the Stipulation, shall not share in the distribution of the Net Settlement Fund, and shall not be bound by the Stipulation or the Judgment entered in the Litigation.

9.      Any Member of the Class may enter an appearance in the Litigation, at their own expense, individually or through counsel of their own choice.  If they do not enter an appearance, they will be represented by Lead Counsel.

10.     Any Member of the Class may appear and show cause, if he, she or it has any reason, why the proposed settlement of the Litigation should or should not be approved as fair, reasonable and adequate, why a judgment should or should not be entered thereon, why the Plan of Allocation should or should not be approved, or why attorneys' fees and expenses should or should not be awarded to Lead Counsel; provided, however, that no Class Member or any other Person shall be heard or entitled to contest the approval of the terms and conditions of the proposed settlement, or, if approved, the Judgment to be entered thereon approving the same, or the order approving the Plan of Allocation, or the attorneys' fees and expenses to be awarded to Lead Counsel, unless that Person has delivered by first class mail written objections and copies of any papers and briefs such that they are received on or before _____, 2008, by: Saxena White, P.A., c/o Joseph E. White III, 2424 North Federal Highway, Suite 257, Boca Raton, FL 33431, Kahn Gauthier Swick, c/o Lewis S. Kahn, 650 Poydras St., Suite 2150, New Orleans, LA 70130, Morgan, Lewis & Bockius LLP, c/o John Hemann One Market Spear Street Tower, San Francisco, CA 94105, and Latham & Watkins LLP, c/o Patrick E. Gibbs, 140 Scott Drive, Menlo

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

[PROPOSED] ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
CASE NO.:  C 06-03936 CW

1  Park, CA 94025, and filed these objections, papers and briefs with the Clerk of the United States

2  District Court for the Northern District of California, 1301 Clay Street, Oakland, California, on

3  or before _____, 2008.  Any Member of the Class who does not make his, her or its objection

4  in the manner provided shall be deemed to have waived such objection and shall forever be

5  foreclosed from making any objection to the fairness or adequacy of the proposed settlement as

6  set forth in the Stipulation, to the Plan of Allocation, or to the award of attorneys' fees and

7  expenses to Lead Counsel, unless otherwise ordered by the Court.

8       11.   All funds held by the Escrow Agent shall be deemed and considered to be in

9  *custodia legis* of the Court, and shall remain subject to the jurisdiction of the Court, until such

10  time as such funds shall be distributed pursuant to the Stipulation and/or further order(s) of the

11  Court.

12       12.   All papers in support of the settlement, the Plan of Allocation, and the application

13  by Lead Counsel for attorneys' fees or reimbursement of expenses shall be filed and served

14  seven (7) calendar days before the Settlement Hearing.

15       13.   Neither the Defendants nor their Related Parties shall have any responsibility for

16  or liability with respect to the Plan of Allocation or any application for attorneys' fees or

17  reimbursement of expenses submitted by Lead Counsel, and such matters will be considered

18  separately from the fairness, reasonableness and adequacy of the settlement.

19       14.   At or after the Settlement Hearing, the Court shall determine whether the Plan of

20  Allocation proposed by Lead Counsel, and any application for attorneys' fees or reimbursement

21  of expenses shall be approved.

22       15.   All reasonable expenses incurred in identifying and notifying Class Members, as

23  well as administering the Settlement Fund, shall be paid as set forth in the Stipulation.  In the

24  event the settlement is not approved by the Court, or otherwise fails to become effective, neither

25  the Lead Plaintiff nor Lead Counsel shall have any obligation to repay any amounts actually and

26  properly disbursed from the Class Notice and Administration Fund.

27       16.   Neither the Stipulation, nor any of its terms or provisions, nor any of the

28  negotiations or proceedings connected with it, shall be construed as an admission or concession

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

[PROPOSED] ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
CASE NO.:  C 06-03936 CW

1  by Defendants or their Related Parties of the truth of any of the allegations in the Litigation, or of

2  any liability, fault, or wrongdoing of any kind and shall not be construed as, or deemed to be

3  evidence of or an admission or concession that Lead Plaintiff or any Class Members have

4  suffered any damages, harm, or loss.

5         17.     In the event that the settlement does not become effective in accordance with the

6  terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement

7  Fund, or any portion thereof, is returned to the Defendants, then this Order shall be rendered null

8  and void to the extent provided by and in accordance with the Stipulation and shall be vacated

9  and, in such event, all orders entered and releases delivered in connection herewith shall be null

10  and void to the extent provided by and in accordance with the Stipulation.

11         18.     The Court reserves the right to adjourn the date of the Settlement Hearing without

12  further notice to the Members of the Class, and retains jurisdiction to consider all further

13  applications arising out of or connected with the proposed settlement.  The Court may approve

14  the settlement, with such modifications as may be agreed to by the Settling Parties, if

15  appropriate, without further notice to the Class.

16

17  Dated:  _____          _____

18                                            THE HONORABLE CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

[PROPOSED] ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
CASE NO.:  C 06-03936 CW

1

2

3   Dated:  February 28, 2008

4

5

6

7

8

9

10

11  Dated:  February 28, 2008

12

13

14

15

16

17

18  Dated:  February 28, 2008

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE III

By: _____ /s/ _____
JOSEPH E. WHITE, III

2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:  (561) 394-3399
Fax:  (561) 394-3382

Counsel for Lead Plaintiff and the Class

KAHN GAUTHIER SWICK, LLC
LEWIS S. KAHN

By: _____ /s/ _____
LEWIS S. KAHN

12 E 41st St, 12th Floor
New York, NY 10017
Tel:  212/696-3730
Fax:  504/455-1498

Counsel for Plaintiff and the Class

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN

By: _____ /s/ _____
MICHAEL D. BRAUN

12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:  310/442-7755
Fax:  310/442-7756

Liaison Counsel for Plaintiff and the Class

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

6

[PROPOSED] ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
CASE NO.:  C 06-03936 CW

1    Dated:  February 28, 2008          LATHAM & WATKINS LLP
                                                   PATRICK E. GIBBS

2                                                    JENNIE FOOTE FELDMAN

3

                                                   By:  _____ /s/ _____

4                                                    PATRICK E. GIBBS

5                                                    140 Scott Drive
                                                   Menlo Park, CA 94025

6                                                    Tel: 650/328-4600
                                                   Fax: 650/463-2600

7

                                                   Counsel for Defendants

8

9    Dated:  February 28, 2008          MORGAN, LEWIS & BOCKIUS LLP
                                                   MICHAEL J. LAWSON

10                                                    SHEILA A. JAMBEKAR

11

                                                   By:  _____ /s/ _____

12                                                    JOHN HEMANN

13                                                    One Market
                                                   Spear Street Tower

14                                                    San Francisco, CA 94105
                                                   Tel: 415/442-1000

15                                                    Fax: 415/442-1001

16                                                    Counsel for Defendant Ernst & Young LLP

17

18    *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Patrick E. Gibbs hereby*

19    *attests that concurrence in the filing of this document has been obtained.*

20

21

22

23

24

25

26

27

28

7

[PROPOSED] ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
CASE NO.:  C 06-03936 CW