1  LATHAM & WATKINS LLP
       Patrick E. Gibbs (SBN 183174)
2      Jennie Foote Feldman (SBN 248375)
   140 Scott Drive
3  Menlo Park, California  94025
   Telephone:  (650) 328-4600
4  Facsimile:  (650) 463-2600

5  Attorneys for Defendants Terayon Communication
   Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A.
6  Richman, Edward Lopez, Ray Fritz, Carol
   Lustenader, Matthew Miller, Shlomo Rakib, Doug
7  Sabella, Christopher Schaepe, Mark Slaven, Lewis
   Solomon, Howard W. Speaks, Arthur T. Taylor, and
8  David Woodrow

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | ADRIAN MONGELI, Individually, And On      ) | CASE NO.:  C 06-03936 CW
   | Behalf Of All Others Similarly Situated,  )
14 |                                           ) | **CLASS ACTION**
   |                 Plaintiffs,               )
15 |                                           ) | **NOTICE OF COMPLIANCE WITH 28**
   |           v.                              ) | **U.S.C. § 1715** *et seq.*
16 |                                           )
   | TERAYON COMMUNICATION SYSTEMS,            )
17 | INC., ZAKI RAKIB, JERRY D. CHASE,          )
   | MARK A. RICHMAN, EDWARD LOPEZ,            )
18 | RAY FRITZ, CAROL LUSTENADER,              )
   | MATTHEW MILLER, SHLOMO RAKIB,             )
19 | DOUG SABELLA, CHRISTOPHER                 )
   | SCHAEPE, MARK SLAVEN, LEWIS               )
20 | SOLOMON, HOWARD W. SPEAKS,                )
   | ARTHUR T. TAYLOR, DAVID                   )
21 | WOODROW, and ERNST & YOUNG, LLP,          )
   |                                           )
22 |                 Defendants.               )
   |                                           )

1  Terayon Communication Systems, Inc., Ernst & Young LLP and Zaki Rakib, Jerry D.
2  Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo
3  Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks,
4  Arthur T. Taylor, David Woodrow (collectively "Defendants") submit this Notice of Compliance
5  with 28 U.S.C. § 1715 *et seq.* ("Class Action Fairness Act of 2005") and state:
6      1.  In compliance with 28 U.S.C. § 1715(b) Defendants caused a notification letter to
7  be sent to the United States Attorney General and to the Attorney General of each state in which
8  a purported class member was known to reside as of May 2006. *See* Notification Letter, attached
9  as Exhibit 1; *see, also*, Proof of Service, attached as Exhibit 2. The letter was served within ten
10 days of the filing of the Stipulated Proposed Settlement in this Court as required by 28 U.S.C. §
11 1715(b).
12     2.  The letter enclosed a compact disc containing electronic copies of the following
13 documents: (1) a copy of the complaint and amended complaint; (2) estimates of the number of
14 class members who reside in each state and their estimated proportionate share of the proposed
15 settlement; (3) notice of the preliminary fairness hearing scheduled in this Court for April 3,
16 2008; (4) the Joint Motion for Preliminary Approval of Class Action Settlement and Proposed
17 Order Preliminarily Approving Class Action Settlement with the following attachments:
18 Stipulation of Settlement, Notice of Pendency and Proposed Settlement of Class Action, Proof of
19 Claim and Release, Summary Notice and Proposed Final Judgment and Order of Dismissal with
20 Prejudice. These documents detail class members' rights to request to be excluded from the
21 class action.
22     3.  Pursuant to 28 U.S.C. § 1715(d), an order giving final approval of the proposed
23 settlement may not be issued earlier than ninety days after the date on which the appropriate state
24 and federal officials have been notified of the proposed settlement.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | Respectfully submitted, |
| 3 | Dated: March 25, 2008 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS |
| 4 |   | JENNIE FOOTE FELDMAN |
| 5 |   |   |
| 6 |   | By: _____/s/_____<br>     PATRICK GIBBS |
| 7 |   | *Attorneys for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor, and David Woodrow* |
| 13 | Dated: March 25, 2008 | MORGAN, LEWIS & BOCKIUS LLP<br>JOHN HEMANN<br>MICHAEL J. LAWSON<br>SHEILA A. JAMBEKAR |
| 17 |   | By: _____/s/_____<br>     JOHN HEMANN |
| 19 |   | One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415-442-1000<br>Fax: 415-442-1001 |
| 22 |   | *Attorneys for Defendant Ernst & Young LLP* |

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B), Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained.

# EXHIBIT

# 1

**Patrick E. Gibbs**
Direct Dial: (650) 463-4696
patrick.gibbs@lw.com

# LATHAM&WATKINS LLP

140 Scott Drive
Menlo Park, California 94025
Tel: +1.650.328.4600  Fax: +1.650.463.2600
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

File No. 042179-0009

March 6, 2008

Troy King, Attorney General
State House
11 S. Union Street
Montgomery, AL  36130

Re:  *Adrian Mongeli, et al. v. Terayon Communication Systems, Inc.*
Case No. C 06-03936 CW
Notice of Class Action Settlement Pursuant to 28 U.S.C. §1715 *et seq.*

Dear Mr. King:

Pursuant to 28 U.S.C. §1715 *et seq.*, enclosed is a CD containing the following information in PDF format:

1. Joint Motion for Preliminary Approval of Class Action Settlement and Proposed Order Preliminarily Approving Class Action Settlement, including the following attachments: Stipulation of Settlement, Notice of Pendency and Proposed Settlement of Class Action, Proof of Claim and Release, Summary Notice and Proposed Final Judgment and Order of Dismissal with Prejudice. These documents detail class members' rights to request to be excluded from the class action.

2. Complaint originally filed June 23, 2006 and styled *I.B.I. Investments Ltd, et al. v. Terayon Communication Systems, Inc.* Case No. C 06-03936 MJJ (N.D. Cal.); Amended Complaint filed January 8, 2007 and styled *Adrian Mongeli, et al. v. Terayon Communication Systems, Inc.*, Case No. C 06-03936 CW (N.D. Cal.), pending in the United States District Court for the Northern District of California.

Pursuant to 28 U.S.C. §1715(b)(7)(B), Defendants are required to provide estimates of the number of class members and estimated proportionate share of the claims. This information is based on the most accurate data available to Defendants, which was gathered from May 2006. Based upon that data, Defendant reasonably estimates the number of class members residing in each affected State and the estimated proportionate share of the claims of such members to the entire settlement as follows:

LATHAM&WATKINS LLP

| STATE | ESTIMATED CLASS MEMBERS | ESTIMATED SETTLEMENT SHARE |
|---|---|---|
| Alabama | 1 | Less than 1% |
| Arizona | 5 | Less than 1% |
| Arkansas | 3 | Less than 1% |
| California | 210 | 8% |
| Colorado | 5 | Less than 1% |
| Connecticut | 8 | Less than 1% |
| District of Columbia | 2 | Less than 1% |
| Florida | 14 | Less than 1% |
| Georgia | 6 | Less than 1% |
| Hawaii | 1 | Less than 1% |
| Illinois | 14 | Less than 1% |
| Indiana | 4 | Less than 1% |
| Kansas | 4 | Less than 1% |
| Kentucky | 1 | Less than 1% |
| Louisiana | 2 | Less than 1% |
| Maryland | 4 | Less than 1% |
| Massachusetts | 8 | Less than 1% |
| Michigan | 11 | Less than 1% |
| Minnesota | 2 | Less than 1% |
| Missouri | 7 | Less than 1% |
| North Carolina | 3 | Less than 1% |

LATHAM&WATKINS LLP

| STATE | ESTIMATED CLASS MEMBERS | ESTIMATED SETTLEMENT SHARE |
|---|---|---|
| Nevada | 2 | Less than 1% |
| New Jersey | 13 | Less than 1% |
| New Mexico | 1 | Less than 1% |
| New York | 19 | 91% |
| North Carolina | 3 | Less than 1% |
| Ohio | 17 | Less than 1% |
| Oklahoma | 3 | Less than 1% |
| Oregon | 2 | Less than 1% |
| Pennsylvania | 12 | Less than 1% |
| South Carolina | 1 | Less than 1% |
| Tennessee | 2 | Less than 1% |
| Texas | 9 | Less than 1% |
| Utah | 4 | Less than 1% |
| Vermont | 2 | Less than 1% |
| Virginia | 8 | Less than 1% |
| Washington | 7 | Less than 1% |
| West Virginia | 2 | Less than 1% |
| Wisconsin | 3 | Less than 1% |
| Wyoming | 2 | Less than 1% |

3. The judicial hearing for preliminary approval is scheduled for April 3, 2008, however, at this point no judicial opinions regarding the materials described in paragraph one have been issued.

**LATHAM & WATKINS** LLP

      Please contact Patrick E. Gibbs at 650-328-4600 or Plaintiffs' Counsel Joseph E. White at 561-394-3399, if you have any questions regarding this Notice or the settlement.

      Sincerely,

*[signature]*

Patrick E. Gibbs
of LATHAM & WATKINS LLP
*Counsel for Defendants Terayon Communication Systems, Inc., Zaki Rakib, Jerry D. Chase, Mark A. Richman, Edward Lopez, Ray Fritz, Carol Lustenader, Matthew Miller, Shlomo Rakib, Doug Sabella, Christopher Schaepe, Mark Slaven, Lewis Solomon, Howard W. Speaks, Arthur T. Taylor and David Woodrow*

*[signature]*

John Hemann
of MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
*Counsel for Defendant Ernst & Young LLP*

# EXHIBIT

# 2

**PROOF OF SERVICE**

       I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.

       On **March 6, 2008**, I served the following document described as:

NOTICE OF CLASS ACTION SETTLEMENT<br>PURSUANT TO 28 U.S.C. §1715 ET SEQ.

by serving a true copy of the above-described document in the following manner:

**BY U.S. EXPRESS MAIL DELIVERY**

---

       I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

| | |
|---|---|
| James D. "Buddy" Caldwell, Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Roy Cooper, Attorney General<br>Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| Gary King, Attorney General<br>P.O. Drawer 1508<br>Sante Fe, NM 87504-1508 | Henry McMaster, Attorney General<br>Rembert C. Dennis Office Bldg.,<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |
| Greg Abbott, Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | |

**BY FEDERAL EXPRESS DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

| | |
|---|---|
| Troy King, Attorney General<br>State House<br>11 S. Union Street<br>Montgomery, AL  36130 | Dustin McDaniel, Attorney General<br>200 Tower Building<br>323 Center Street<br>Little Rock, AR  72201-2610 |
| Edmund G. Brown Jr., Attorney General<br>1300 I Street<br>Suite. 1740<br>Sacramento, CA  95814 | John Suthers, Attorney General<br>1525 Sherman Street<br>Denver, CO  80203 |
| Richard Blumenthal, Attorney General<br>55 Elm Street<br>Hartford, CT  06141-0120 | Peter Nickles, Attorney General<br>John A. Wilson Building<br>1350 PA Avenue NW<br>Suite 409<br>Washington, DC  20009 |
| Bill McCollum, Attorney General<br>The Capitol PL 01,<br>Tallahassee, FL 32399-1050 | Thurbert E. Baker, Attorney General<br>40 Capitol Square SW<br>Atlanta, GA  30334-1300 |
| Mark J. Bennett, Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Lisa Madigan, Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 |
| Steve Carter, Attorney General<br>Indiana Government Center South<br>5th Floor<br>402 West Washington Street<br>Indianapolis, IN 46204 | Stephen Six, Attorney General<br>120 S.W. 10th Avenue<br>2nd Floor<br>Topeka, KS  66612-1597 |
| Jack Conway, Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 | Douglas F. Gansler, Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202-2202 |

| | | |
|---|---|---|
| 1 | Martha Coakley, Attorney General<br>1 Ashburton Place<br>Boston, MA  02108-1698 | Mike Cox, Attorney General<br>525 W. Ottawa St.,<br>Lansing, MI 48909-0212 |
| 2 | | |
| 3 | | |
| 4 | Lori Swanson, Attorney General<br>State Capitol<br>Suite 102<br>St. Paul, MN  55155 | Jeremiah W. Nixon, Attorney General<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO  65101 |
| 5 | | |
| 6 | | |
| 7 | Catherine Cortez Masto, Attorney General<br>Old Supreme Ct. Bldg.<br>100 N. Carson Street<br>Carson City, NV 89701 | Anne Milgram, Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, CN 080,<br>Trenton, NJ  08625 |
| 8 | | |
| 9 | | |
| 10 | Andrew Cuomo, Attorney General<br>Dept. of Law<br>The Capitol<br>2nd Floor<br>Albany, NY 12224 | Marc Dann, Attorney General<br>State Office Tower<br>30 E. Broad Street<br>Columbus, OH 43266-0410 |
| 11 | | |
| 12 | | |
| 13 | W.A. Drew Edmondson, Attorney General<br>State Capitol - Rm. 112<br>2300 N. Lincoln Blvd.<br>Oklahoma City, OK  73105 | Hardy Myers, Attorney General<br>Justice Building<br>1162 Court Street NE<br>Salem, OR 97301 |
| 14 | | |
| 15 | | |
| 16 | Tom Corbett, Attorney General<br>1600 Strawberry Square<br>Harrisburg, PA  17120 | Robert E. Cooper, Jr., Attorney General<br>500 Charlotte Avenue<br>Nashville, TN 37243 |
| 17 | | |
| 18 | Mark Shurtleff, Attorney General<br>State Capitol<br>Room: 236<br>Salt Lake City, UT  84114-0810 | William H. Sorrell, Attorney General<br>109 State Street<br>Montpelier, VT  05609-1001 |
| 19 | | |
| 20 | | |
| 21 | Bob McDonnell, Attorney General<br>900 E. Main Street<br>Richmond, VA  23219 | Rob McKenna, Attorney General<br>1125 Washington Street SE<br>Olympia, WA 98504-0100 |
| 22 | | |
| 23 | Darrell V. McGraw Jr., Attorney General<br>State Capitol<br>1900 Kanawha Blvd.<br>E. Charleston, WV 25305 | J.B. Van Hollen, Attorney General<br>State Capitol<br>Suite 114 E.<br>Madison, WI  53707-7857 |
| 24 | | |
| 25 | | |
| 26 | Bruce A. Salzburg, Attorney General<br>State Capitol Building<br>Cheyenne, WY  82002 | Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 |
| 27 | | |
| 28 | | |

1 | Terry Goddard, Attorney General
2 | 1275 W. Washington Street
  | Phoenix, AZ 85007
3
4       I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5

6       Executed on **March 6, 2008**, at Menlo Park, California.

7

8                                    Bonnie B. Sickinger

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

PROOF OF SERVICE
CASE NO. C 06-03936 CW