| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

Joseph E. White III; SAXENA WHITE P.A.;
2424 N. Federal Highway; Suite 257
Boca Raton, FL 33431
(561) 394-3399

FILED
2008 APR -1 PM 2:04
RICH...
CLERK...
NORTHERN D...
...COURT
...CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Adrian Mongeli

        Plaintiff(s),

v.

Terayon Communication Systems, Inc., et al.

        Defendant(s).

CASE NO. 4:06-CV-03936 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

**FILE BY FAX**

Pursuant to Civil L.R. 11-3, Joseph E. White III, an active member in good standing of the bar of See Attachment, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Adrian Mongeli in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael D. Braun; BRAUN LAW GROUP, P.C.; 12304 Santa Monica Blvd.; Suite 109; Los Angeles, CA 90025; (310) 442-7755

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/01/2008      _[signature]_

# Attachment to Pro Hac Vice Motion for Joseph E. White III

### Courts to which Joseph E. White III Has Been Admitted

| |
|---|
| United States Court of Appeals for the Eleventh Circuit |
| United States Court of Appeals for the First Circuit |
| United States District Court for the Northern District of Florida |
| United States District Court for the Middle District of Florida |
| United States District Court for the Southern District of Florida |
| Florida Supreme Court |
| Supreme Judicial Court for the Commonwealth of Massachusetts |

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                                              )ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, CA 90025.

On April 1, 2008, I served the document(s) described as **APPLICATION FOR ADMISSION OF ATTORNEY JOSEPH E. WHITE III *PRO HAC VICE*** as follows:

**xx**   **BY ELECTRONIC MAIL ONLY.** By transmitting via e-mail on this date the document(s) listed above to the e-mail address(es) set forth below. The transmission was completed and was reported complete and without error.

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |
| Lewis S. Kahn, Esq. | lewis.kahn@kgscounsel.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant Terayon Communications Systems, Inc. and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

///

///

///

1  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 1, 2008, at Los Angeles, California 90025.

LEITZA MOLINAR
Type or Print Name

_[Signature]_
Signature