RECEIVED
APR - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
Northern District of California

Adrian Mongeli

Plaintiff(s),

v.

Terayon Communication Systems, Inc., et al.

Defendant(s).

CASE NO. 4:06-CV-03936 CW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

FILE BY FAX

Joseph E. White III

See Attachment

, an active member in good standing of the bar of

whose business address and telephone number

(particular court to which applicant is admitted)

is

SAXENA WHITE P.A.; 2424 N. Federal Highway; Suite 257; Boca Raton, FL 33431; (561) 394-3399

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Adrian Mongeli

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

The Honorable Claudia Wilken
United States District Judge