UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADRIAN G. MONGELI, ET AL.,

    Plaintiff,

v.

TERAYON COMMUNICATION SYSTEMS, INC ET AL,

    Defendant.

NO. C 06-03936 CW

**MINUTE ORDER**
Date: 4/3/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Joseph White by phone; Michael D.Braun

**Appearances for Defendant:**
Patrick E. Gibbs; John H. Hemann

### Motions:

| | | |
|---|---|---|
| Joint | Mo. for preliminary approval of class action settlement | Granted |

Further briefing due:
Order to be prepared by: revised order to be submitted by counsel

Notes: Motion granted; counsel to submit revised order (final and red-lined set) within 2 days. **Fairness hearing set for 9/18/08 at 2:00 p.m.**

Copies to:  Chambers