IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>TERAYON COMMUNICATIONS SYSTEMS, INC.; ZKI RAKIB; JERRY D. CHASE; MARK A. RICHMAN; EDWARD LOPEZ; RAY FRITZ; CAROL LUSTENADER; MATTHEW MILLER; SHLOMO RAKIB; DOUG SABELLA; CHRISTOPHER SCHAEPE; MARK SLAVEN; LEWIS SOLOMON; HOWARD W. SPEAKS; ARTHUR T. TAYLOR; DAVID WOODROW; and ERNST & YOUNG, LLP,<br><br>          Defendants.<br>                                        / | No. C 06-3936 CW<br><br>ORDER RE: DOCUMENTS RELATED TO CLASS ACTION SETTLEMENT |

    On April 3, 2008, the parties appeared for a hearing on their joint motion for preliminary approval of the settlement they have reached in this class action.  At the hearing, the Court identified several errors and areas needing clarification in the parties' notice documents and proposed order preliminarily approving the settlement and providing notice.  The parties have submitted revised versions of those documents correcting some of the errors. The parties are hereby ordered to make the following corrections

1  and to file the corrected documents within two days of the date of
2  this order.
3  (1) Change the citation in the footer of all three documents from
4      "03936 MJJ" to "03936 CW."
5  (2) Fill in the blanks at page 11, line 13 of the notice of
6      pendency of and proposed settlement of class action (class
7      notice), page 1, line 6 of the summary notice and page 1, line
8      18 of the proposed order with "2:00 pm."
9  (3) Change the text at page 2, line 4 of the class notice from
10     "the average cost per share of common stock will be $0.20" to
11     "the estimated average recovery per share of common stock will
12     be $0.34."
13 (4) Change the text at page 5, line 26 from "The payment you will
14     receive will reflect your pro rata share of the Net Settlement
15     Fund" to "The payment you will receive will be based on (1)
16     the number and type of shares you bought during the class
17     period and when you sold them, (2) the number of class members
18     who file claims, and (3) the number and type of shares the
19     participating class members bought during the class period and
20     when they sold them."
21 (5) Fill in the blank at page 2, line 2 of the summary notice with
22     "July 25"

    IT IS SO ORDERED.

Dated: 4/9/08

_____
CLAUDIA WILKEN
United States District Judge

2