1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA 90025
3  Tel:  (310) 442-7755
   Fax:  (310) 442-7756
4
   **Liaison Counsel for Plaintiff and the Class**
5
   Maya Saxena                              Michael A. Swick
6  Joseph E. White, III                     Kim E. Miller
   SAXENA WHITE P.A.                        KAHN GAUTHIER SWICK, LLC
7  2424 North Federal Highway, Suite 257    12 East 41st St., 12th Floor
   Boca Raton, FL 33431                     New York, NY 10017
8  Tel:  (561) 394-3399                     Tel:  (212) 696-3730
   Fax:  (561) 394-3382                     Fax:  (504) 455-1498
9
   Lewis Kahn
10 KAHN GAUTHIER SWICK, LLC
   650 Poydras Street, Suite 2150
11 New Orleans, LA 70130
   Tel:  (504) 455-1400
12 Fax:  (504) 455-1498

13 **Lead Counsel for Plaintiff and the Class**

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      OAKLAND DIVISION

18 ADRIAN MONGELI, Individually, And       ) CASE NO.: C-06-03936 CW
   On Behalf Of All Others Similarly Situated,)
19                                         ) <u>CLASS ACTION</u>
                                           )
20            Plaintiff,                   ) PROOF OF SERVICE OF NOTICE OF
                                           ) FILING OF DOCUMENTS PURSUANT
21       vs.                               ) TO COURT'S ORDER DATED APRIL 9,
                                           ) 2008
22 TERAYON COMMUNICATIONS                  )
   SYSTEMS, INC., ZAKI RAKIB, JERRY        )
23 D. CHASE, MARK A. RICHMAN,              )
   EDWARD LOPEZ, RAY FRITZ, CAROL          )
24 LUSTENADER, MATTHEW MILLER,             )
   SHLOMO RAKIB, DOUG SABELLA,             )
25 CHRISTOPHER SCHAEPE, MARK               )
   SLAVEN, LEWIS SOLOMON, HOWARD           )
26 W. SPEAKS, ARTHUR T. TAYLOR,            )
   DAVID WOODROW, and ERNST &              )
27 YOUNG, LLP                              )
                                           )
28            Defendants.                  )
   _____ )

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

On April 10, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF FILING OF DOCUMENTS PURSUANT TO COURT'S ORDER DATED APRIL 9, 2008**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

scac@law.stanford.edu

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

2  Executed on April 10, 2008, at Los Angeles, California 90025.

                                                      /S/ LEITZA MOLINAR
                                                      Leitza Molinar