| | |
|---|---|
| **BRAUN LAW GROUP, P.C.**<br>Michael D. Braun (S.B.N. 167416)<br>12304 Santa Monica Blvd., Ste. 109<br>Los Angeles, CA 90025<br>Tel: (310) 442-7755<br>Fax: (310) 442-7756<br>**Liaison Counsel<br>Class** | **KAHN GAUTHIER SWICK, LLC**<br>Michael A. Swick<br>Kim E. Miller (S.B.N. 178370)<br>114 E. 39th St.<br>New York, NY 10016<br>Tel: (212) 920-4310<br>**Lead Counsel for Lead Plaintiff and** |
| **KAHN GAUTHIER SWICK, LLC**<br>Lewis S. Kahn<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel: (504) 455-1400<br>Fax: (504) 455-1498<br>**Lead Counsel for Lead Plaintiff and Class<br>Class** | **SAXENA WHITE P.A.**<br>Maya Saxena<br>Joseph E. White, III<br>2424 N. Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Tel: (561) 394-3399<br>**Lead Counsel for Lead Plaintiff and** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP,<br><br>　　　　　　Defendants. | CASE NO.: 3-06-CV-03936 CW<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE AS COUNSEL OF RECORD**<br><br>Honorable Claudia Wilken |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lester R. Hooker of Saxena White P.A. hereby appears as counsel for Lead Plaintiffs.

Please serve all papers in this action on:

>Lester R. Hooker
>SAXENA WHITE P.A.
>2424 N. Federal Highway
>Suite 257
>Boca Raton, FL 33431
>Tel: (561) 394-3399
>Fax: (561) 394-3382

Dated: May 12, 2008

SAXENA WHITE P.A.

By: */s/ Lester R. Hooker*
Lester R. Hooker

**Attorneys for Lead Plaintiff and the Class**

**PROOF OF SERVICE**

STATE OF FLORIDA        )
                        )ss.:
COUNTY OF PALM BEACH    )

I am employed in the county of Palm Beach, State of Florida, I am over the age of 18 and not a party to the within action, my business address is 2424 N. Federal Highway, Suite 257, Boca Raton, FL 33431.

On May 12, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Lester R. Hooker, I filed and served the document described as:

**NOTICE OF APPEARANCE AS COUNSEL OF RECORD**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Kim E. Miller | kim.miller@kgscounsel.com |
| Michael D. Braun | mdb@braunlawgroup.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant Terayon Communication System, Inc. And Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John H. Herman, Esq. | jhermann@morganlewis.com |
| Michael John Lawson, Esq. | Michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On May 12, 2008, I served the document described as:

**NOTICE OF APPEARANCE AS COUNSEL OF RECORD**

1  by placing a true copy(ies) thereof in a sealed envelope(s) addressed as follows:

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel: (202) 327-7603
Fax: (202) 327-7601

**Counsel for Defendant Ernst & Young LLP**

    I served the above document(s) as follows:

    BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Boca Raton, Florida in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

    I declare, pursuant to Civil L.R. 23.2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

    I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on May 12, 2008, at Boca Raton, Florida 33431.

                           *s/Austin McCook*
                             Austin McCook