Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:    (561) 394-3399
Fax:    (561) 394-3382

Kim E. Miller (178370)
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:    (212) 696-3730
Fax:    (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:    (504) 455-1400
Fax:    (504) 455-1498

**Co-Lead Counsel for Plaintiff and the Class**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, JERRY D. CHASE, MARK A. RICHMAN, EDWARD LOPEZ, RAY FRITZ, CAROL LUSTENADER, MATTHEW MILLER, SHLOMO RAKIB, DOUG SABELLA, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, and ERNST & YOUNG, LLP <br><br> Defendants. | CASE NO.: 3-06-CV-03936 CW <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT SET FORTH BY L.R. 7-2 and 7-4** |

1      Lead Plaintiff Adrian Mongeli moves the Court for permission to file a brief of up to 50
2  pages, which exceeds the Civil L.R. 7-2(b) and 7-4(b) limit of 25 pages.
3      On September 4, 2008, Lead Plaintiff will move for final approval of settlement of this case
4  and for the award of attorneys' fees and reimbursement of expenses. A Final Fairness hearing for
5  settlement (scheduled for September 18, 2008) was set by the Court on April 14, 2008. As has been
6  the practice in class action securities settlements, and in light of the Local Rules limit of 25 pages
7  for briefs, Lead Counsel often submitted two different sets of 25-page briefs (one for final approval
8  of the settlement and plan of allocation and another applying for an award of attorney's fees and
9  reimbursement of litigation expenses), as well as a Declaration from Lead Counsel that often
10 consists of an additional 20 pages. This format for the submissions often created undue
11 repetitiveness.
12     Lead Plaintiff requests that he be allowed to submit only one omnibus brief at a maximum of
13 45 pages supporting the two motions (for final approval of settlement and for an award of attorneys'
14 fees and expenses). Submission of only one brief with Declaration addressing all issues related to
15 the final approval of the settlement and plan of allocation and attorneys' fee application will be more
16 efficient for the Court and facilitate the review process.

Respectfully submitted,

Dated: October 28, 2007

Michael D. Braun
BRAUN LAW GROUP, P.C.

By: /S/ MICHAEL D. BRAUN
Michael D. Braun
12304 Santa Monica Boulevard, Suite 109
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:  (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   (561) 394-3399
Fax:  (561) 394-3382

2

PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT SET FORTH BY L.R. 7-2 and 7-4
CASE NO.: 3-06-CV-03936 CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:   (504) 455-1400
Fax:   (504) 455-1498

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:   (212) 696-3730
Fax:   (504) 455-1498

**Co-Lead Counsel for Plaintiff and the Class**

3

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

On August 28, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT SET FORTH BY L.R. 7-2**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant**
**Terayon Communications Systems, Inc.**
**and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | |
| | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On August 27, 2008, I served the document described as:

**PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT SET FORTH BY L.R. 7-2**

by placing a true copy(ies) thereof in a sealed envelope(s) addressed as follows:

4

Bruce M. Cormier, Esq.
Joel E. Bonner, Esq.
ERNST & YOUNG LLP
1225 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:    (202) 327-7603
Fax:    (202) 327-7601

**Counsel for Defendant Ernst & Young LLP**

I served the document(s):

BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 28, 2008, at Los Angeles, California 90025.

/S/ LEITZA MOLINAR
Leitza Molinar

PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT SET FORTH BY L.R. 7-2 and 7-4
CASE NO.: 3-06-CV-03936 CW