ORIGINAL
FILED

AUG 2 8 2008

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

fee pd.

C

1  Lewis Kahn
   KAHN GAUTHIER SWICK, LLC
2  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
3  Tel:   (504) 455-1400
   Fax:   (504) 455-1498
4

5  Kim E. Miller (178370)
   KAHN GAUTHIER SWICK, LLC
   12 East 41st St., 12th Floor
6  New York, NY 10017
   Tel:   (212) 696-3730
7  Fax:   (504) 455-1498

   Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
   12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA 90025
   Tel:   (310) 442-7755
   Fax:   (310) 442-7756

8  *Co-Lead Counsel for Plaintiff and the Class*       *Liaison Counsel*

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     OAKLAND DIVISION

14  ADRIAN MONGELI, Individually, And          )   CASE NO.: C-06-03936 CW
    On Behalf Of All Others Similarly Situated,)
15                                             )   **CLASS ACTION**
                                               )
16              Plaintiff,                     )   **APPLICATION OF PAUL S. BALANON
                                               )   FOR ADMISSION OF ATTORNEY *PRO
17     vs.                                     )   HAC VICE***
                                               )
18  TERAYON COMMUNICATION              )
    SYSTEMS, INC., JERRY D. CHASE,    )
19  RAY FRITZ, EDWARD LOPEZ, CAROL )
    LUSTENADER, ZAKI RAKIB,                    )
20  SHLOMO RAKIB, MARK A. RICHMAN, )
    CHRISTOPHER SCHAEPE, MARK       )
21  SLAVEN, LEWIS SOLOMON, HOWARD)
    W. SPEAKS, ARTHUR T. TAYLOR,     )
22  DAVID WOODROW, DOUG SABELLA )
    and ERNST & YOUNG, LLP                     )
23                                             )
                Defendants.                    )
24  _____)

25

26

27

28

Pursuant to Civil L.R. 11-3, Paul S. Balanon, an active member in good standing of the bars of the District of Columbia, Maryland, and Louisiana, hereby applies for admission to the Northern District of California on a *pro hac vice* basis representing Lead Plaintiff and the Class in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as liaison counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Michael D. Braun (167413)
> BRAUN LAW GROUP, P.C.
> 12304 Santa Monica Boulevard, Suite 109
> Los Angeles, California 90025
> Tel: 310.422.7755
> Fax: 310.442.7756

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of August, 2008 at New Orleans, Louisiana.

Dated: 8/27/08

_____
Paul S. Balanon

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

On August 27, 2008, I served the document(s) described as:

**APPLICATION OF PAUL S. BALANON FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I served the above listed document(s) as follows:

**BY ELECTRONIC MAIL ONLY.** By transmitting via e-mail on this date the document(s) listed above to the e-mail address(es) set forth below. The transmission was completed and was reported complete and without error and in accordance with counsel's approval.

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |

**Counsel for Plaintiffs**

| | |
|---|---|
| Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| | zoila.aurora@lw.com |

**Counsel for Defendant
Terayon Communications Systems, Inc.
and Individual Defendants**

| | |
|---|---|
| Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| John Henry Hemann, Esq. | jhemann@morganlewis.com |
| Michael John Lawson, Esq. | |
| | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

On August 27, 2008, I served the document described as:

**APPLICATION OF PAUL S. BALANON FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

by placing a true copy(ies) thereof in a sealed envelope(s) addressed as follows:

PROOF OF SERVICE
CASE NO.: 3-06-CV-03936 CW

1  Bruce M. Cormier, Esq.
   Joel E. Bonner, Esq.
2  ERNST & YOUNG LLP
   1225 Connecticut Avenue, NW
3  Washington, D.C. 20036
   Tel:   (202) 327-7603
4  Fax:   (202) 327-7601

5  **Counsel for Defendant Ernst & Young LLP**

6       I am employed in the office of a member of the bar of this Court at whose direction the
7  service was made.

        I declare under penalty of perjury under the laws of the United States that the above is true
8  and correct.

9       Executed on August 27, 2008, at Los Angeles, California 90025.

                                                               _____
                                                               Leitza Molinar

1