1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA 90025
3  Tel:    (310) 442-7755
   Fax:    (310) 442-7756
4

**Liaison Counsel for Plaintiff and the Class**

5

6  Maya Saxena                              Kim E. Miller (178370)
   Joseph E. White, III                     KAHN GAUTHIER SWICK, LLC
   SAXENA WHITE P.A.                        12 East 41st St., 12th Floor
7  2424 North Federal Highway, Suite 257    New York, NY10017
   Boca Raton, FL 33431                     Tel:    (212) 696-3730
8  Tel:    (561) 394-3399                   Fax:    (504) 455-1498
   Fax:    (561) 394-3382
9

10 Lewis Kahn
   KAHN GAUTHIER SWICK, LLC
   650 Poydras Street, Suite 2150
11 New Orleans, LA 70130
   Tel:    (504) 455-1400
12 Fax:    (504) 455-1498

13 **Co-Lead Counsel for Plaintiff and the Class**

14

15                  **UNITED STATES DISTRICT COURT**

16              **NORTHERN  DISTRICT OF CALIFORNIA**

17                   **SAN FRANCISCO DIVISION**

18 ADRIAN MONGELI, Individually, And  )   **CASE NO.: 3-06-CV-03936 CW**
   On Behalf Of All Others Similarly Situated,)
19                                     )   **CLASS ACTION**
                                       )
20                  Plaintiff,         )   **ORDER GRANTING IN PART**
                                       )   **PLAINTIFF'S UNOPPOSED MOTION**
21        vs.                          )   **FOR ADMINISTRATIVE RELIEF**
                                       )
22 TERAYON COMMUNICATION            )
   SYSTEMS, INC., ZAKI RAKIB, JERRY  )
23 D. CHASE, MARK A. RICHMAN,        )
   EDWARD LOPEZ, RAY FRITZ,  CAROL )
24 LUSTENADER, MATTHEW MILLER,       )
   SHLOMO RAKIB, DOUG SABELLA,       )
25 CHRISTOPHER SCHAEPE, MARK         )
   SLAVEN, LEWIS SOLOMON, HOWARD)
26 W. SPEAKS, ARTHUR T. TAYLOR,      )
   DAVID WOODROW, and ERNST &        )
27 YOUNG, LLP                        )
                                     )
28                  Defendants.      )
   _____)

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE
LIMIT SET FORTH BY L.R. 7-2 and 7-4

CASE NO.: 3-06-CV-03936 CW

1    Having considered Plaintiff's Unopposed Motion for Administrative Relief to File a Brief in

2    Excess of the Page Limit Set Forth by L.R. 7-2 and 7-4, the Declaration of Michael D. Braun, in

3    support thereof, and good cause appearing therefore:

4    **IT IS HEREBY ORDERED THAT:**

5    Lead Plaintiff may file a single omnibus brief of up to **25** pages in support of final approval

6    of the settlement and plan of allocation and in support of an award of attorney's fees and

7    reimbursement of litigation expenses.

8    **IT IS SO ORDERED:**

9           8/29

10   DATED: _____, 2008                              _____

11                                                           HON. CLAUDIA WILKEN
                                                             U. S. DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2