|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated, ) ) ) | CIVIL DOCKET NO.: 06-CV-03936 CW | |
| ) | <u>CLASS ACTION</u> | |
| Plaintiff, ) ) | ORDER APPROVING AWARD OF ATTORNEYS' FEES AND EXPENSES AND PLAN OF ALLOCATION | |
| vs. ) ) | | |
| TERAYON COMMUNICATION ) SYSTEMS, INC., JERRY D. CHASE, ) RAY FRITZ, EDWARD LOPEZ, CAROL ) LUSTENADER, MATTHEW MILLER, ) ZAKI RAKIB, SHLOMO RAKIB, MARK ) A. RICHMAN, CHRISTOPHER ) SCHAEPE, MARK SLAVEN, LEWIS ) SOLOMON, HOWARD W. SPEAKS, ) ARTHUR T. TAYLOR, DAVID ) WOODROW, DOUG SABELLA and ) ERNST & YOUNG, LLP ) ) | Date: September 18, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia A. Wilken | |
| Defendants. ) | | |

1   THIS MATTER having come before the Court on Lead Plaintiff's application for approval of the award of attorneys' fees and expenses and the Plan of Allocation; the Court having considered all papers filed and proceedings, and otherwise being fully informed and good cause appearing;

IT IS HEREBY ORDERED that:

1. For purposes of this Order, the terms used herein shall have the same meanings set forth in the Stipulation of Settlement dated as of February 19, 2008 ("Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them that Lead Counsel would seek an award of attorneys' fees of 33⅓ percent of the settlement fund and expenses no greater than $100,000, and their right to object. A full and fair opportunity was given to all Persons and entities who are Class Members to be heard with respect to the application for the award of attorneys' fees and expenses. The Court finds and concludes that the requested fee award is reasonable and awards attorneys' fees of 33⅓ percent of the settlement fund, with interest, and expenses totaling $44,821.88.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them that Lead Plaintiff would seek reimbursement of time and expenses. A full and fair opportunity was given to all Persons and entities who are Class Members to be heard with respect to Lead Plaintiff's application for the reimbursement of time and expenses. The Court finds and concludes that the requested reimbursement for time and expenses is reasonable and awards Lead Plaintiff $2,341.67.

4. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them of the Plan of Allocation and of their right to object, and a full and fair opportunity was given to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation. The Court finds that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and

1  Proposed Settlement of Class Action sent to Class Members, provides a fair and reasonable basis
2  upon which to allocate the proceeds of the Settlement Fund established by the Stipulation among
3  Class Members, with due consideration having been given to administrative convenience and
4  necessity. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice
5  is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

7      IT IS SO ORDERED:
8  DATED: _____

                                                THE HONORABLE CLAUDIA A. WILKEN
                                                UNITED STATES DISTRICT JUDGE

11  Submitted by:

12  Michael D. Braun (167416)
    BRAUN LAW GROUP, P.C.
13  12304 Santa Monica Blvd., Suite 109
    Los Angeles, CA 90025
14  Tel:  (310) 442-7755
    Fax: (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:  (504) 455-1400
Fax: (504) 455-1498

Kim E. Miller (178370)
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:  (212) 696-3730
Fax: (504) 455-1498

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:  (561) 394-3399
Fax: (561) 394-3382

**Co-Lead Counsel for Plaintiff and the Class**