BRAUN LAW GROUP, P.C.
Michael D. Braun (167413)
12304 Santa Monica Boulevard, Suite 109
Los Angeles, California 90025
Tel: 310.422.7755
Fax: 310.442.7756
*Liaison Counsel*

SAXENA WHITE, P.A.
Maya S. Saxena
Joseph E. White, III
2424 North Federal Highway, Suite 2150
Boca Raton, Florida 33431
Tel: 561.394.3399
*Co-Lead Counsel for Lead Plaintiff and the Class*

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn (*pro hac vice*)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: 504.455.1400
Fax: 504.455.1498

- and -

KAHN GAUTHIER SWICK, LLC
Kim E. Miller (178370)
12 East 41st Street, Suite 1200
New York, New York 10017
Tel: 212.696.3730
Fax: 504.455.1498
*Co-Lead Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN G. MONGELI, Individually And On Behalf of All Others Similarly Situated, <br><br> Lead Plaintiff, <br><br> vs. <br><br> TERAYON COMMUNICATION SYSTEMS, INC., JERRY D. CHASE, RAY FRITZ, EDWARD LOPEZ, CAROL LUSTENADER, MATTHEW MILLER, ZAKI RAKIB, SHLOMO RAKIB, MARK A. RICHMAN, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, DOUG SABELLA and ERNST & YOUNG, LLP <br><br> Defendants. | Civil Docket No. 4:06-cv-03936-CW <br><br> **DECLARATION OF LEWIS S. KAHN IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** <br><br> Date: September 18, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br> Judge: Hon. Claudia A. Wilken |

1

Mongeli v. Terayon, No. 06-03936; Decl. of Lewis Kahn

I, Lewis S. Kahn, declare as follows:

1. I am the managing partner of the law firm Kahn Gauthier Swick, LLC ("KGS"), Co-Lead Counsel for Lead Plaintiff and the Class in this litigation. I am admitted *pro hac vice* in this case and I submit this declaration in support of the firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action. I have personal knowledge of the facts set forth herein.

2. During the course of this litigation, KGS reviewed and analyzed Terayon's SEC filings and public disclosures, including analyzing the Company's financial statements that were issued during the relevant period. We prepared and filed a motion for lead plaintiff and for consolidation on behalf of Mr. Mongeli. After Mr. Mongeli was appointed Lead Plaintiff and KGS's selection as Co-Lead Counsel, along with Saxena White P.A., was approved by the Court, we worked together with Co-Lead Counsel to develop a strong plan to vigorously prosecute the litigation efficiently and without duplication of work.

3. In anticipation of filing a consolidated amended class action complaint, we retained an experienced private investigation firm, undertook extensive factual and legal research into the claims alleged, and located and interviewed former employees of the Company and other witnesses with knowledge concerning the allegations. We prepared and filed the amended complaint with assistance from Co-Lead Counsel. When the motions to dismiss were filed, each Co-Lead Counsel firm focused on one of the two motions. We conducted extensive research and briefed the opposition to the Company's motion and prepared for oral argument regarding same, while Co-Lead Counsel researched and drafted the opposition to the motion to dismiss filed by the accounting defendants, Ernst & Young. We assisted Co-Lead Counsel with editing and strategy regarding the accountant's motion as they took primary responsibility for drafting the opposition, and *vice versa*. We conducted regular conference calls and strategy sessions and otherwise routinely communicated with co-counsel, including liaison counsel, regarding all aspects of the litigation, including settlement and case strategy. We also regularly communicated with Lead Plaintiff regarding all aspects of the litigation, including settlement negotiations. We assisted Co-Lead Counsel with the successful settlement negotiations. We

assisted Co-Lead Counsel with the preparation of the preliminary approval papers and the development of the plan of allocation. KGS took the lead in drafting the final approval papers, for which assistance from Co-Lead Counsel was provided. We, along with Co-Lead Counsel and the claims administrator, fielded numerous inquiries from Class members regarding the claims administration process.

4. With respect to the standing of counsel in this case, I have attached the firm resume of KGS as Exhibit A, which includes a brief biography of the attorneys in the firm, including those who were involved in this litigation.

5. The schedule attached hereto as Exhibit B is a summary of the amount of time, by category, spent by the partners, attorneys, and professional support staff of KGS who were involved in this litigation, and the lodestar calculation based on the firm's current billing rates. For personnel who are no longer employed by the firm, the lodestar calculation is based upon the billing rates for such personnel in their final year of employment. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm.

6. The total number of hours expended on this litigation by my firm is 614.94 hours. The total lodestar for my firm is $316,461.25. Time expended in preparing the application for attorney's fees and reimbursement of expenses has not been included in this request.

7. Furthermore, the firm's lodestar is based upon the firm's billing rates and does not include charges for expenses. Expense items are billed separately and such charges are not duplicated in my firm's billing rates. As detailed in Exhibit C, the firm has incurred a total of $14,783.32 in un-reimbursed expenses in connection with the prosecution of this litigation.

8. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents, and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of September, 2008 at New York, New York,

/s/ Lewis S. Kahn
Lewis S. Kahn

KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: 504.455.1400
Fax: 504.455.1498

# EXHIBIT A



Kahn Gauthier Swick, LLC ("KGS") (www.kgscounsel.com) is a law firm with offices in New Orleans and New York City. KGS focuses predominantly on class action litigation, in the areas of securities and consumer fraud, shareholder derivative and other complex litigation. KGS was formed in 2000 as a partnership between established class action attorneys. Since its inception KGS has recovered tens of millions of dollars for its clients.

KGS's lawyers have significant experience litigating complex securities cases. Among other cases the firm is involved in, KGS has been appointed to leadership roles in the following securities class action and derivative litigations:

| | |
|---|---|
| **Bodisen Biotech, Inc.**<br>Co-Lead Counsel | *S.D.N.Y.* |
| **EnerNOC, Inc.**<br>Lead Counsel | *D. Mass.* |
| **Gaming Partners**<br>Co-Lead Counsel | *D. Nev.* |
| *In re Allot Communications Ltd. Securities Litigation*<br>Co-Lead Counsel | *S.D.N.Y.* |
| *In re BigBand Networks, Inc Securities Litigation*<br>Co-Lead Counsel | *C.D. Cal.* |
| *In re Optionable, Inc. Securities Litigation*<br>Lead Counsel | *S.D.N.Y.* |
| *In re Pegasus Wireless Corp. Securities Litigation*<br>Lead Counsel | *S.D. Fla.* |
| *In re Proquest Company Shareholder Derivative Litigation*<br>Co-Lead Counsel | *E.D. Mich.* |
| *In re ShoreTel, Inc. Securities Litigation*<br>Lead Counsel | *N.D. Cal.* |

| | |
|---|---|
| ***In re Superior Offshore International, Inc. Securities Litigation***<br>Lead Counsel | S.D. Tex. |
| ***In re U.S. Auto Parts Networks, Inc. Securities Litigation***<br>Lead Counsel | C.D. Cal. |
| ***In re Witness Systems Inc. Securities Litigation***<br>Co-Lead Counsel | N.D. Ga. |
| ***In re Xethanol Corporation Securities Litigation***<br>Lead Counsel | S.D.N.Y. |
| ***In re Xinhua Finance Media, Ltd. Securities Litigation***<br>Co-Lead Counsel | S.D.N.Y. |
| ***Pixelplus Co. Ltd.***<br>Co-Lead Counsel | S.D.N.Y. |
| ***ShoreTel, Inc.***<br>Lead Counsel | N.D. Cal. |
| ***Terayon Comm. Systems Inc.***<br>Co-Lead Counsel | N.D. Cal. |
| ***Whitney Information Network***<br>Lead Counsel | M.D. Fla. |

## ATTORNEYS

### Partners

***Lewis S. Kahn***

Lewis Kahn serves as the managing partner of KGS. Along with the representation of thousands of plaintiffs in mass tort cases and thousands of wronged investors in class actions throughout the United States, Mr. Kahn has been appointed to various leadership positions in federal class action litigation. Among other appointments, Mr. Kahn served as a member of the Plaintiffs' Steering Committee in MDL 1481, *In re Meridia Products Liability Litigation*, appointed by Judge James S. Gwin in the United States District Court for the Northern District of Ohio, Eastern District.

Mr. Kahn is often turned to by the media for expert commentary in the field of class action litigation. KGS has been profiled in the *New York Times, Washington Post, Boston Globe*, and many other media outlets. Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He has been a member in good standing of the Louisiana State Bar Association since 1995, and is a member of the Federal Bars for the Eastern, Middle and Western Districts of Louisiana.

*Kim E. Miller*

Kim E. Miller is a partner of Kahn Gauthier Swick, LLC, who specializes in securities, consumer, and commercial litigation. Prior to joining KGS in 2006, Ms. Miller was a partner at one of the nation's leading plaintiff class action firms. Ms. Miller also spent two years as a securities litigator on the defense side while at Gray Cary Ware & Friedenrich LLP in Palo Alto, California.

Over the course of her career, Ms. Miller has represented tens of thousands of wronged investors and consumers in class actions filed throughout the country. Among other cases, Ms. Miller has worked on more than 25 cases involving allegations of improper directed brokerage arrangements and excessive charges in mutual fund cases brought pursuant to the 1934 Securities Exchange Act and/or the Investment Company Act of 1940. Ms. Miller was also involved in the mutual funds late trading/market timing litigation.

Ms. Miller has been involved in a variety of cases in which large settlements were reached, including:

> **Settlement value of $127.5 million** *Spahn v. Edward D. Jones & Co., L.P.*, 04-cv-00086-HEA (E.D. Mo.)
>
> **$110 Million Recovery.** *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.)

**$100 Million Recovery.** *In re American Express Financial Advisors, Inc. Sec. Litig.*, 1:04-cv-01773-DAB (S.D.N.Y.)

Ms. Miller was also a member of the trial team that obtained a federal jury verdict in favor of plaintiffs in a case involving the aiding and abetting of a mortgage company's fraudulent lending practices. *Austin v. Lehman Commercial Paper*, No. 04-55942 (DOC)(C.D. Cal.).

Ms. Miller graduated with honors from Stanford University in 1992 with a double major in English and Psychology. She earned her Juris Doctor degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Miller was the Co-Chair of the Women's Law Symposium, Bench Brief Editor of the Moot Court Board, and a member of the Board of Editors of the Cornell Journal of Law & Public Policy. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California. Her *pro bono* work includes representing families of 9/11 victims at *In re September 11 Victim Compensation Fund* hearings. Ms. Miller has also served as a fundraiser for the New York Legal Aid Society.

*Kevin L. Oufnac*

Kevin Oufnac joined Kahn Gauthier Swick, LLC in 2006. Prior to becoming a partner in KGS, Mr. Oufnac spent many years litigating cases throughout the United States with several of the nation's most recognized law firms, including Ness, Motley, Loadholt, Richardson, & Poole, PA; Richardson, Patrick, Westbrook & Brickman, LLC; and Motley Rice, LLC. In addition to individual cases, some of the litigations in which Mr. Oufnac has participated include *In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Second Mortgage Loan Litigation*, No. 03-0425 (W.D. Pa.) (which resulted in a settlement of $33 million to the class members), and *Dundon v. U.S. Bank*, No. 01-408 (S.D. Ill.) (which resulted in a settlement of $26 million to the class members).

Mr. Oufnac received his Juris Doctor in 1995 from the Loyola University School of Law, New Orleans. He is a member of the Louisiana State Bar Association, the South Carolina State Bar Association, and the Association of Trial Lawyers of America. Mr. Oufnac has also been admitted to the United States Court of Appeals for the Fourth Circuit and the United States District Courts for the Eastern District of Michigan, the Eastern District of Louisiana, and the District of South Carolina.

### *Michael A. Swick*

Michael A. Swick heads KGS's Securities Litigation Group. Mr. Swick began his career in the mid 1990's working at several of the nation's leading securities class action law firms.

Over the past decade, Mr. Swick has played a significant role in investigating corporate fraud, initiating litigations, and drafting amended complaints in cases involving the Securities Act of 1933 and the Securities Exchange Act of 1934.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994. Mr. Swick received a Masters of Political Philosophy from Columbia University in 1989 and a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the State Bar of New York in 1996 and is a member of the Federal Bar for the Southern District of New York.

### *Albert M. Myers*

Albert M. Meyers, a partner in the New Orleans office of KGS, defends the rights of shareholders in publicly traded companies in class action litigation and shareholder derivative litigation. Prior to joining KGS, he practiced at prominent defense firms in New York and Atlanta.

A skilled litigator and counselor, Mr. Myers has appeared as counsel in numerous federal

and state courts at both the trial and appellate levels. Reported cases include:

- *Bailey v. Cumberland Casualty & Surety Co.*, No. 7:04-cv-02162-TMP, slip op. (N.D. Ala. June 3, 2005), *aff'd*, No. 05-13740-BB (11th Cir. May 11, 2006)
- *In re Recoton Corp. Securities Litigation*, 358 F. Supp. 2d 1130 (M.D. Fla. 2005)
- *Rodriquez v. Topps Co.*, 104 F. Supp. 2d 1224 (S.D. Cal. 2000)
- *Oran v. Stafford*, 226 F.3d 275 (3d Cir. 2000)
- *Kwiatkowski v. Bear Stearns Co.*, No. 96 Civ. 4798 (JGK), 1997 WL 538819 (Aug. 29, 1997)
- *Quaker Oats Co. v. Borden, Inc.*, No. 95 Civ. 9300 (RO), 1996 WL 255386 (S.D.N.Y. May 15, 1996).

Mr. Myers was part of the trial team that settled the *In re Recoton Corporation Securities Litigation* matter on highly advantageous terms for the client.

Mr. Myers received his B.A. from Yale University and his J.D., *magna cum laude*, from New York Law School, where he was the John Ben Snow Scholar (1991-1994), a Teaching Fellow, and Chief Articles Editor of the *New York Law School Law Review*, and coached the school's moot court team in the Kaufman Securities Law Competition. He served as a judicial intern to the Honorable Prudence Carter Beatty of the United States Bankruptcy Court for the Southern District of New York, and is the author of *Anatomy of a Cross-Border Securities Investigation: A Case Study* (INT'L BAR ASS'N, Oct. 2004), *Whom May the Corporation Serve? – The Constitutionality of Nonstockholder Constituency Statutes*, 39 N.Y.L. Sch. L. Rev. 449 (1994), and other publications.

Mr. Myers is a member of the Georgia and New York bars, the American Bar Association, the Federal Bar Association, and the International Bar Association.

### Of Counsel

*Charles C. Foti, Jr.*

Charles C. Foti, Jr. served as the Attorney General for the state of Louisiana from 2004-2008, after serving for 30 years as one of the most innovative law enforcement officials in the

United States as Orleans Parish Criminal Sheriff. Throughout his career, General Foti has remained committed to public service.

As Attorney General for the state of Louisiana, General Foti's achievements include:

*\* Recovered over $24 million for Louisiana consumers in consumer fraud matters, $8 million in anti-trust litigation, $9.1 million for state employees through Office of Group Benefits, over $2 million for auto complaints, over $33 million in Medicaid Fraud.*

*\* Investigated and apprehended numerous contractor fraud criminals in the wake of the worst natural disaster in United States history, Hurricane Katrina.*

*\* Louisiana Internet Crimes Against Children Task Force doubled the number of arrests for crime against children.*

In his tenure as Orleans Parish Criminal Sheriff, General Foti oversaw the enormous expansion of the parish jail, growing from 800 prisoners in 1973 to more than 7,000 currently. As the prison expanded, so did the need for education and rehabilitation skills for prisoners. As Sheriff, General Foti started the first reading and GED programs, work release programs, drug treatment programs and the nation's first boot camp at the local level, all to prepare prisoners for a future without crime. Administratively, General Foti managed a multi-million dollar budget and a complex organization of more than 1,400 employees.

General Foti has for many years been an advocate for the elderly. As Sheriff, he and a small army of volunteers provided Thanksgiving meals for senior citizens in the New Orleans area who were alone or couldn't afford a proper holiday feast. He started a back to work program for senior citizens that helps people over the age of 55 get back into the workforce.

General Foti received his Juris Doctor degree from Loyola University Law School in 1965, after serving his country in the United States Army from 1955 through 1958.

**Glen Woods**
Glen Woods joined Kahn Gauthier Swick, LLC as Of Counsel in 2006. Mr. Woods has

tried over two hundred business and tort cases in Louisiana state and federal courts. Mr. Woods achieved a $346 million verdict in 1997 in a breach of contract case against Entergy and a $55 million verdict against ADP for its involvement in the New Orleans Fairgrounds fire years earlier. Mr. Woods began his legal career in 1985 as an Assistant District Attorney to Harry Connick Sr. and was appointed Special Prosecutor responsible for capital homicides. Mr. Woods is admitted to practice in all state courts in the State of Louisiana, the United States District Court for the Eastern District of Louisiana, and the United States Court of Appeals for the Fifth Circuit. Mr. Woods received his Juris Doctor from Southern University in 1984 and received a Bachelor of Arts in Sociology from the University of Southwestern Louisiana in 1979.

## Associates

### *Paul S. Balanon*

Paul Balanon's post-admission experience includes commercial litigation in such areas as marine insurance, contractual indemnity, products liability, toxic torts, regulatory and administrative law, Defense Base Act matters, and environmental law. In addition, he has handled immigration and nationality cases (including investment-based and treaty visas), contract drafting and transactional matters, and international trade issues.

Mr. Balanon received a B.A. cum laude in Political Science with a specialization in International Relations from UCLA (1999), a J.D. from American University (2003), and a Master of Laws in Admiralty with distinction from Tulane University Law School (2004).

While taking a full-time course of law study at the Washington College of Law at American University, Mr. Balanon worked for Judge David S. Tatel (U.S. Court of Appeals for the D.C. Circuit) and for the Washington Lawyers Committee. He was also a member of the Moot Court Honor Society, competed in the Delaware corporations moot court, and served as a student attorney for American University's legal clinic. To pursue more intensive studies in one

of his areas of interest—shipping—Mr. Balanon enrolled as a Henry F. Stiles Scholar at Tulane Law School where he was a member of the Tulane Maritime Law Journal, which published his case note. He is the recipient of the Edward A. Dodd Prize for graduating first in the class in his year.

Mr. Balanon is admitted to practice in the State of Louisiana; the Eastern, Middle, and Western Districts of Louisiana; the U.S. Bankruptcy Court for the Eastern District of Louisiana; the U.S. Fifth Circuit; the State of Maryland; and Washington, D.C.

### *Sarah Catherine Boone*

Sarah Catherine Boone holds a Bachelor of Arts in Philosophy from the University of Southern California and a Master of Fine Arts in Writing from the Master of Professional Writing Program at USC. She received her Juris Doctor from Tulane Law School and was admitted to practice law in the State of Montana in 2007. She is a member of the Montana State Bar Association and she has been admitted to the United States District Court for the District of Montana. She is also a member of the American Bar Association and the Tulane Inns of Court.

### *Melissa Ryan Clark*

Melissa Ryan Clark received her Juris Doctor from Tulane Law School in 2007. While at Tulane, Ms. Clark was president of her graduating class and of the Business Law Society, a chairperson for the Moot Court Board, and a Senior Fellow for Legal Research & Writing. In Fall 2006, Ms. Clark attended University of California – Berkeley where she received high honors in Securities & Class Action Litigation and was a Visiting Contributor to the *California Law Review*. She received her Bachelors of Science degree in International Affairs from Florida State University in 2004.

Ms. Clark's legal work experience includes clerking at the San Francisco District

Attorney's Office and externing for the Honorable Chief Judge Jerry Brown in the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey 0in the Eastern District of Louisiana. She is a member of the New York State Bar Association, the American Bar Association, and the American Inns of Courts. Ms. Clark was admitted to the New York Bar in 2008.

*Catherine R. Gauthier*

Catherine R. Gauthier holds a Bachelor of Arts degree from the University of Louisiana at Lafayette, having graduated *magna cum laude* in 2000. She received a Juris Doctor from Loyola University School of Law, New Orleans and was admitted to practice law in the State of Louisiana in 2005. She is a member of the Louisiana State Bar Association, the American Bar Association, and the American Association of Trial Lawyers.

*George S. Mentz*

George Mentz is licensed to practice law in Louisiana and the Federal Courts of the EDLA and is a member of the Tax, Trusts & Estates & International Law Sections of the Bar. Mr. Mentz is chiefly a consultant and professor in the areas of ethics, consumer and victims rights, international law, business law, and financial law. Mr. Mentz has recently been featured or quoted in the Wall Street Journal, Financial Times Asia, China Daily, The Arab Times, The Hindu National (India), and The El Norte Mexico Newspapers. Mr. Mentz has written and published in multiple venues around the world in Radio, TV, magazines, web-casts, and journals and has published over 22 books and training manuals.

Professor Mentz serves on several boards and advisory committees in the US, Europe, and Asia. Mr. Mentz has a JD, MBA, certified financial consultant credential and financial planner license. Mr. Mentz has provided specialized consulting over the years as to valuation and

quantum damages and has testified and been accepted as an expert in NASD securities arbitration hearings. Mr. Mentz was recently appointed to the Institutional Advisory Board of the Global Finance Forum in Switzerland, the ERISA Fiduciary Guild Advisory Board, and the AML Anti Money Laundering Committee for ICA USA, and was recently re-elected to the Financial Training and Ethics Board for AAFM Worldwide for 2007. Prof. Mentz has trained thousands of people in the areas of law, finance, ethics, tax, corporate governance, investments, and wealth management, and has taught over 100 law, business, and ethics courses at the graduate and undergraduate level over the last ten years.

Mr. Mentz earned his Juris Doctor from Loyola University School of Law, New Orleans. Mr. Mentz was Chairman and Faculty Advisor for the Tax and Estate Planning Law Review at Loyola University. Further, Mr. Mentz holds an MBA in International Business and Financial Planning from Loyola, as well as a BA with a focus on International Politics.

# EXHIBIT B

**Exhibit B**

**Time Report**

Kahn Gauthier Swick, LLC

|  | TOTAL HOURS | HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|
| **_Partners_** | | | |
| Lewis Kahn | 93.05 | 575.00 | $53,503.75 |
| Kim Miller | 284.75 | 575.00 | $163,731.25 |
| Mike Swick | 15.20 | 575.00 | $8,740.00 |
| **_Associates_** | | | |
| Paul Balanon | 65.50 | 465.00 | $30,457.50 |
| Catherine Gauthier | 98.46 | 425.00 | $41,845.50 |
| Sarah Boone | 35.25 | 385.00 | $13,571.25 |
| **_Paralegals_** | | | |
| Shaney Sawyer | 3.30 | 220.00 | $726.00 |
| Bronwyn Gibson | 19.43 | 200.00 | $3,886.00 |
|  | 614.94 |  | $316,461.25 |

# EXHIBIT C

## Exhibit C

## Expense Report
Kahn Gauthier Swick, LLC

| | | |
|---|---|---:|
| Messengers/Couriers/Overnight Services | $ | 143.61 |
| Filing Fees/Efiling/Pacer | $ | 246.24 |
| Lexis | $ | 718.04 |
| Experts/Consultants | $ | 10,800.00 |
| Meals, Hotels & Transportation | $ | 2,750.93 |
| Copies | $ | 124.50 |
| TOTAL | $ | 14,783.32 |