Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax: (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:  (561) 394-3399
Fax: (561) 394-3382

Kim E. Miller (178370)
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY 10017
Tel:  (212) 696-3730
Fax: (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:  (504) 455-1400
Fax: (504) 455-1498

**Co-Lead Counsel for Plaintiff and the Class**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., JERRY D. CHASE, RAY FRITZ, EDWARD LOPEZ, CAROL LUSTENADER, MATTHEW MILLER, ZAKI RAKIB, SHLOMO RAKIB, MARK A. RICHMAN, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, DOUG SABELLA and ERNST & YOUNG, LLP<br><br>Defendants. | CIVIL DOCKET NO.:  06-CV-03936 CW<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:         September 18, 2008<br>Time:        2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia A. Wilken |

I, Joseph E. White, declare as follows:

1. I am a shareholder in Saxena White P.A. and I submit this declaration in support of co-lead counsels' application for an award of attorney's fees and expenses in connection with services rendered in this action.

2. The tasks undertaken by Saxena White included: reviewing and analyzing Terayon's SEC filings and public disclosures; analyzing the Company's financial statements that were issued during the relevant period; researching and preparing the lead plaintiff motion; employing the services of a private investigator and interviewing witnesses with knowledge concerning the allegations; drafting and filing the amended complaint; briefing the opposition to Defendants' motions to dismiss and preparing for oral argument regarding same (each Co-Lead counsel firm focused on one of the two motions to dismiss); extensive consultation with accounting and damages consultants; researching the applicable law with respect to the claims asserted in the pleadings and Defendants' potential defenses thereto; meetings and correspondence with co-counsel regarding settlement and case strategy; preparing for and attending court hearings; conducting arms length settlement discussions with defense counsel; drafting and review of settlement papers; and continuous communication with Lead Plaintiff and members of the Class regarding the case and settlement.

3. Attached as Exhibit A is Saxena White's resume, which includes a brief biography of the firm's attorneys, including those who were involved in this litigation.

4. The total number of hours expended on this litigation by Saxena White is 470.75 hours, amounting to a lodestar of $218,115. Time expended in preparing the application for attorney's fees and reimbursement of expenses has not been included in this request. Exhibit B is a summary of the amount of time invested by the attorneys and professional support staff of Saxena White who were involved in this litigation, and the lodestar calculation based on the firm's current billing rates. For personnel who are no longer employed by the firm, the lodestar calculation is based upon the billing rates for such personnel in their final year of employment. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm.

2

DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
CASE NO.: 3-06-CV-03936 CW

5. Out of pocket expense items are accounted for separately and such charges are not duplicated in my firm's billing rates. As detailed in Exhibit C, Saxena White has incurred a total of $23,686.73 in un-reimbursed expenses in connection with the prosecution of this litigation. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2008.

/S/ *Joseph E. White III*
JOSEPH E. WHITE III

3

DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
CASE NO.: 3-06-CV-03936 CW

# EXHIBIT A



# Firm Resume

**Saxena White P.A.** is a boutique firm specializing in securities and complex litigation, with offices in Boca Raton, Florida and Boston. The firm's specialized focus enables it to skillfully and efficiently prosecute corporate wrongdoing on behalf of shareholders, including public institutions and individual investors. Saxena White is active in major litigations in federal and state courts throughout the nation. Many of Saxena White's attorneys came to the firm from other major class action firms, state government agencies or major defense firms. The attorneys at Saxena White have significant experience in successfully litigating major securities fraud cases and obtaining sizeable settlements on behalf of investors.

## What Courts Have Said About the Work Done on Behalf of Investors by Saxena White Attorneys

Courts have regularly recognized Saxena White attorneys for the high caliber of legal representation provided to class members in securities fraud actions. For example, in approving the settlement of the *Cyberguard Securities Litigation* in April 2004, in which Saxena White attorneys served as Co-Lead Counsel, United States Magistrate Judge Andrea M. Simonton in the Southern District of Florida commented:

> I think that the result was an outstanding result. ... [Q]uite frankly, I think that if you didn't have that caliber of counsel on the plaintiffs' side, there is no way that these shareholders would be looking at the recovery that they are and, in my experience, it is a substantial recovery.

Transcript of hearing in *Cheney v. Cyberguard Corp.*, Case No. 98-6879 (April 16, 2004) at 47.

Similarly, in approving the settlement of *Sherleigh Associates v. Windmere-Durable Holdings Inc.*, in September 2002, United States District Court Judge Joan A. Lenard commented:



Boca Raton
Boston

> . . . "I want to commend counsel in this protracted complex litigation for the excellent results for the plaintiffs. I also want to commend counsel for all of your hard work, your integrity, and your good counsel for your respective clients. . . "

Transcript of hearing in *Sherleigh Associates v. Windmere-Durable Holdings Inc.*, Case No. 98-2273-CIV-Lenard (September 10, 2002) at 14.

## The Firm's Legal Professionals

### Maya S. Saxena

Ms. Saxena is the former Managing Partner of the Boca Raton, Florida office of one of the nation's largest securities litigation firms. Ms. Saxena has been instrumental in recovering nearly $300 million on behalf of investors, including the following cases:

- *Cent. Laborers' Pension Fund v. Sirva, Inc.*, (N.D. Ill.) Obtained a $53.3 million settlement in 2007 after defeating four motions to dismiss;

- *In re Helen of Troy Securities Litigation*, Case No. EP-05-CA-431-H (W.D. Tex.) Defeated motion to dismiss and obtained $4.5 million settlement in 2008;

- *In re Sunbeam Securities Litigation*, 176 F. Supp. 2d 1323 (S.D. Fla. 2002); Defendants' motions to dismiss were denied (two members of the board of directors were dismissed). Significant discovery was undertaken, including the review of approximately one million pages of documents and the depositions of approximately 90 fact witnesses over nearly 200 deposition days. After approximately eight months of negotiations, a settlement was entered into with defendant Arthur Andersen LLP for $110 million - one of the largest settlements ever with an accounting firm - and $31 million from the remaining defendants (including a $15 million personal contribution from former CEO Al Dunlap, agreed to only days prior to the start of trial);

- *In re AFC Enterprises, Inc. Securities Litigation*, No. 1:03-CV-0817-TWT (N.D. Ga. 2003). The majority of defendants' motions to dismiss were denied in this action, which involved a major financial restatement of AFC's previously reported financial results. Co-Lead counsel obtained a settlement of $15 million on behalf of the class;

- *In re Windmere-Durable Holdings, Inc. Sec. Litigation*, No. 98-2273 (S.D. Fla. 2002). Plaintiffs' alleged that defendants failed to reveal material facts concerning a recent acquisition. The case resulted in a settlement of $10.5 million after the conclusion of merits and expert discovery;



Boca Raton
Boston

- *In re PSINet, Inc. Securities Litigation*, No. 00-1850-A (E.D. Va 2002). Plaintiffs alleged that defendants' failed to reveal the true financial condition of PSINet and one of its recent acquisitions. After the conclusion of merits, class, and expert discovery, the case settled for $17.8 million;

- *In re Pinnacle Holdings Inc. Securities Litigation*, No. 8:01-cv-624 (M.D. Fla. 2002). Co-Lead counsel obtained as settlement of $11 million prior to the commencement of discovery, including significant contributions from the Company's auditor and underwriters;

- *Cheney v. Cyberguard Corp.*, No. 98-6879 (S.D. Fla. 1998). Co-Lead Counsel obtained a settlement of $11 million after the close of discovery;

- *In re Tropical Sportswear Int'l Securities Litigation*, No. 8:03-cv-1958 (M.D. Fla. 2002). Defeated motions to dismiss; $8 million settlement pending despite bankruptcy of the Company.

Prior to joining her previous law firm, Ms. Saxena was employed as an Assistant Attorney General in Ft. Lauderdale, Florida. As an Assistant Attorney General, Ms. Saxena represented the State of Florida, its agencies and officers in civil cases at the appellate and trial level, and prepared *amicus curiae* briefs in support of state policies at issue in state and federal court cases. Ms. Saxena also represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials.

Ms. Saxena graduated from Syracuse University *summa cum laude* in 1993 with a dual degree in policy studies and economics, and graduated from Pepperdine University School of Law in 1996.

Ms. Saxena is a member of the Florida bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Eleventh and Fifth Circuit Courts of Appeal. Ms. Saxena was recently recognized in the *South Florida Business Journal*'s "Best of the Bar" as one of the top lawyers in South Florida.

Ms. Saxena regularly represents institutional investors in successful shareholder actions involving breaches of fiduciary duty and violations of the federal securities law. Ms. Saxena is a frequent speaker at educational forums involving public pension funds and advises public and multi-employer pension funds on their options for addressing fraud-related losses to their pension portfolios.



Boca Raton
Boston

## Joseph E. White III

Mr. White has represented shareholders as lead counsel in securities fraud class actions against numerous publicly traded companies, yielding multi-million dollar settlements. Cases under his direction that settled in 2007 include: *Cent. Laborers' Pension Fund v. Sirva, Inc.*, ($53.3 million plus corporate governance improvements), *In re Catalina Marketing Corp. Securities Litigation* ($8.5 million), *In re Helen of Troy Securities Litigation* ($4.5 million), *In re Advanced Neuromodulation Systems, Inc. Securities Litigation* ($3 million), and *In re Mikohn Gaming Corp. Securities Litigation* ($2.8 million for Sect. 11 class – a recovery of 63% of the Sect 11 damages). Mr. White's efforts also yielded multi-million settlements in actions against: UniCapital Corp., Hamilton Bancorp, Profit Recovery Group, AES Corp., Tropical Sportswear International Corp., and AFC Corp.

Along with advising public and union pension funds on securities law matters, Mr. White has also assisted shareholders in achieving equitable treatment in minority shareholder buy-out actions and derivative actions achieving meaningful corporate governance reform. Mr. White's clients include multi-billion dollar private investment funds, union pension, annuity and welfare funds, as well as municipal and county public pension funds. Mr. White regularly lectures on topics of interest to pension trustees, including "The Role of Public Pension Funds in Corporate Governance," "The Benefits of Portfolio Monitoring for Public Pension Funds" and "Tools for Assisting Pension Fund Trustees in Monitoring Securities Litigation." Mr. White is an associate member and educational lecturer for the Florida Public Pension Trustees Association.

Mr. White earned an undergraduate degree in Political Science from Tufts University before obtaining his *Juris Doctor* from Suffolk University School of Law. Before concentrating his practice in securities fraud, Mr. White represented national insurance companies in pursuit of fraudulent claims from the initial investigations and denial of claims through trial.

Mr. White is a member of the bar of the Commonwealth of Massachusetts and the State of Florida, as well as the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the District of Massachusetts. Mr. White is also a member of the United States Circuit Courts of Appeal for the First and Eleventh Circuits.

---

## Christopher S. Jones

Mr. Jones' practice has focused on class action litigation, including securities class actions, consumer class actions, and corporate derivative litigation for more than a decade. Some of his recent class action victories, settlements, and lead and co-lead counsel positions while at Saxena White include:



Boca Raton
Boston

- *Cent. Laborers' Pension Fund v. Sirva, Inc.*, (N.D. Ill.) (Lead Counsel) ($53.3 million settlement in 2007; defeating motions to dismiss reported at 2006 U.S. Dist. LEXIS 73375, September 22, 2006);

- *In re Cablevision Systems Options Backdating Litigation*, (Supreme Court of New York, Nassau County, June 2008) (Co-Lead Counsel) ($34.4 million settlement) (*See* Options Grant to Dead Exec Leads to $34.4 Million Settlement, *Wall Street Journal*, June 5, 2008);

- *In re Alltel Corp. Shareholders Litigation*, Case No. 07-6406 (Pulaski County, Arkansas) (Co-Lead Counsel) (settlement pending June 2008);

- *In re Helen of Troy Securities Litigation*, Case No. EP-05-CA-431-H (W.D. Tex.) (Lead Counsel) (defeating motions to dismiss; $4.5 million settlement in 2008);

- *In re Friedman's, Inc. Securities Litigation*, 2005 U.S. Dist. LEXIS 19503, 2005 WL 2175936 (N.D. Ga. 2005) (defeating motions to dismiss; $14.9 million settlement in 2008);

Before joining Saxena White, P.A. Mr. Jones was a partner at one of the nation's leading class action law firms, and has actively litigated class actions on both the plaintiff and defense sides since 1996.

Mr. Jones also has extensive experience prosecuting complex corporate derivative actions. Notably, he was one of the lead counsel in the widely reported case involving FPL Group, Inc. (NYSE:FPL), a large public utility holding company. After nearly three years of intense litigation, which included reported victories on Defendants' motions to dismiss (*Klein v. FPL Group, Inc.*, 2004 U.S. Dist. LEXIS 919, 2004 WL 302292 (S.D. Fla. 2004)), and key discovery motions (*Klein v. FPL Group, Inc.*, 2003 U.S. Dist. LEXIS 19979 (S.D. Fla. 2003)), eight FPL executives, and their insurer, returned $22.25 million in compensation to the company. (*See* FPL Group to receive $22.25 million settlement in shareholder suit, *Knight-Ridder/Tribune Business News*, August 14, 2004). The settlement represents a groundbreaking recovery because it implemented sweeping corporate governance provisions at FPL, and at the time was the largest amount of money ever returned to a public company by members of its management in an executive compensation lawsuit.

Mr. Jones is also the creator and author of *The PSLRA Nugget*, a well known blog which provides cutting edge information and analysis on recent securities class action opinions. Regular *Nugget* subscribers and readers include hundreds of attorneys from the plaintiff and the defense bars, the Securities and Exchange Commission and other government agencies, economic analysts, D&O insurance companies, university professors, Fortune 500 general counsel, pension funds, and national news organizations.

Prior to practicing at his previous law firm, Mr. Jones was an attorney with a prominent corporate defense firm in St. Louis, Missouri. At that firm, he practiced in a variety of areas, including complex litigation, class actions, and appellate litigation. His reported victories there spanned federal and state courts, including *Clay v. Philip Morris Inc.*, 188 F.R.D. 483 (S.D. Ill. 1999); *West Virginia-Ohio Valley Area I.B.E.W. Welfare Fund v. R.J. Reynolds Tobacco Co.*, 188 F.R.D. 425 (S.D.W. Va. 1999), *Conway v. Royalite Plastics, Inc.*, 12 S.W. 3d 314 (Mo.



Boca Raton
Boston

2001), and *Fletcher v. Conoco Pipeline Co.*, 129 F. Supp. 2d 1255 (W.D. Mo. 2001), *aff'd* 323 F.3d 661 (8th Cir. 2003).

Mr. Jones graduated from University of Akron, *cum laude*, in 1991 with a Bachelor of Arts in Economics, and earned his law degree from DePaul University in 1996.

Mr. Jones is a member of the state bars of Florida, New York, Illinois, Georgia, and Missouri. He is also admitted to practice before the following United States District Courts: Southern District of Florida, Middle District of Florida, Northern District of Florida, Northern District of Illinois, Southern District of Illinois, Northern District of Georgia, and the Eastern District of Missouri.

---

## Lester Hooker

Mr. Hooker earned his Bachelor's Degree from the University of California at Berkeley in 1999 with a Major in English. Thereafter, Mr. Hooker worked as a writer and editor for various websites, magazines and companies. In 2005, Mr. Hooker earned both a Juris Doctor and a Master's Degree in Business Administration with an emphasis in International Business from the University of San Diego. At USD, Mr. Hooker was awarded the Dean's Outstanding Scholar Scholarship from the law school, as well as the Ahlers Center International Graduate Studies Scholarship from the business school.

Prior to joining Saxena White, Mr. Hooker was an associate at a leading San Diego law firm specializing in consumer class actions, wage & hour disputes, and civil litigation. He currently focuses his practice on securities fraud class actions and consumer class actions. Mr. Hooker is a member of the California and Florida bars.

---

## Peter A. Lagorio

Formerly a partner with a firm concentrating in securities and product liability class actions, he has successfully represented investors in a wide variety of complex securities class actions and shareholder derivative suits, obtaining many significant monetary recoveries often under very challenging factual and legal circumstances, including *In re Blech Securities Litigation*, 187 F.R.D. 97 (S.D.N.Y. 1999), 961 F. Supp. 569 (S.D.N.Y. 1997) (co-lead counsel in recovering over $15 million in complex market manipulation case against clearing firm, market makers and affiliates where central participants in scheme were insolvent); *Degulis v. LXR Biotechnology, Inc.*, 928 F. Supp. 1301 (S.D.N.Y. 1996) (companion case); *Hynes v. The Enstar Group, Inc.*, 90-C-1204-N (M.D. Ala.) (co-lead counsel in recovery of over $23 million in complex securities fraud case involving defunct company); *Cooper v. Kana*, 3:98-CV-2804 (N.D. Tex.) (co-lead counsel in recovering large percentage of investors' losses arising out of initial public offering of company that became insolvent due to accounting irregularities); *Lynn v. Infinity Investors Ltd.*, 3:97-CV-226 (E.D. Tenn.) (co-lead counsel in recovering majority of investors' losses against convertible debenture purchasers in market manipulation


Boca Raton
Boston

and breach of contract case despite bankruptcy of securities issuer and plan of reorganization that sought to dismiss the case); *Schulte v. Oxford Development Corp.*, 97-1333 (D. Md. 1998), order approving settlement affirmed, 135 F.3d 770 (4th Cir. 1998) (co-lead counsel in obtaining comprehensive settlement valued at over $11 million on behalf of limited partners in connection with complex real estate partnership restructuring transaction); *Caven v. Miller*, No. H-96-CV-3464 (S.D. Tex.) (co-lead counsel in shareholder derivative action recovering $18 million of benefits on behalf of successor company in merger); *Rosenblum v. Equis Financial Group*, No. 98-8030 (S.D. Fla.) (one of three counsel actively involved in achieving comprehensive class and derivative settlements in connection with complex equipment leasing partnership restructuring transaction); *In re Xchange, Inc. Sec. Litig.*, 1:01-CV-10322 (D. Mass.) (local counsel actively involved in obtaining $8.5 million settlement in case involving securities of bankrupt software company). Mr. Lagorio has also successfully represented both investors and securities professionals in NASD securities arbitration proceedings. In addition, he has advised securities issuers and investment professionals on various areas of federal and state securities law compliance, including private placements.

Mr. Lagorio has also been actively involved in the successful prosecution of various nationwide class actions arising out of defective product and/or deceptive trade practice claims, including *Muccioli v. Sony Computer Entertainment America, Inc.*, Civil Action No. 413148 (San Mateo County, Cal. Superior Court) (obtaining free service and repairs and extended warranty period and partial cash refunds of past repair costs to purchasers of video game consoles); and *Michaels v. Phoenix Home Life Mutual Insurance Co.*, Index No. 5318-95 (N.Y. Sup. Ct., Albany County), 1997 N.Y. Misc. LEXIS 171 (1996) (approving comprehensive class settlement in litigation involving sale of life insurance policies); *Natal v. Transamerica Occidental Life Insurance Co.*, Index No. 694829 (San Diego, CA Superior Court) (same); *Coleman v. GAF Building Materials Corp.*, CV-96-0954 (Mobile County, Alabama Circuit Court) (defective roofing shingles settlement with benefits estimated at present value of $75 million); *Sebago, Inc. v. Beazer East, Inc.*, No. 96-10069 (D. Mass.) (defective foam roof insulation settlement with benefits estimated at present value of $240 million).

Mr. Lagorio is a 1977 graduate (*cum laude*) of Boston College where he received a Bachelor of Science degree from the School of Management concentrating in Accounting, and a 1994 graduate of New England School of Law (J.D.). Mr. Lagorio is a member of the bar of the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit. He is a member of the American Bar Association, Massachusetts Bar Association and the Boston Bar Association. Prior to practicing law, Mr. Lagorio had several years experience working as a financial analyst, securities broker and investment advisor.

## Lynda Carey Paris

Lynda Carey Paris actively works on various class action cases involving securities, consumer protection, and related matters. Ms. Paris has previously practiced in various areas of



insurance defense and personal injury law litigation. Prior to attending law school Ms. Paris worked several years as a legal assistant at a law firm handling patent litigation and prosecution. Ms. Paris is a 1995 graduate (*cum laude*) of Merrimack College in North Andover, Massachusetts, where she received a Bachelor of Arts degree in History, and a 2001 graduate of Suffolk University Law School (J.D.) Ms. Paris is a member of the bar of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. Ms. Paris is Of Counsel to Saxena White.

## The Firm's Professionals

### Peter Hapgood

Peter Hapgood serves as an institutional liaison at the firm. Mr. Hapgood has 29 years of experience working with public funds, including eight years in the management and administration of retirement benefits and ten years in the investment management business working with public employee retirement systems. He began his professional career as a legislative assistant in the Massachusetts House of Representatives and later taught social studies in the Southbridge, Massachusetts, public schools.

Prior to joining Saxena White, Mr. Hapgood was a partner in the public funds practice of Nordea Investment Management Company and he previously served as the national director of public fund marketing for Freedom Capital Management Corporation. Mr. Hapgood's relationship with the public employee retirement industry began when he joined the management staff of the Massachusetts Teachers' Retirement Board (MTRB), where he later served as the Deputy Executive Director. He has been designated a Certified Retirement Administrator and a Certified Retirement Counselor by the International Foundation for Retirement Education and has been designated a Certified Public Pension Trustee by the Florida Public Pension Trustees Association (FPPTA).

Mr. Hapgood is currently an educational consultant and chairman of the Education Committee for the Florida Public Pension Trustees Association. He has been a member of the National Conference on Public Employee Retirement Systems, the National Council on Teacher Retirement and the National Preretirement Education Association. He currently serves as the appointed trustee of the Southbridge, Massachusetts, Contributory Retirement System.

Mr. Hapgood earned a bachelor's degree in Public Administration from Nichols College and earned a master's degree in Education from American International College.



Boca Raton
Boston

## Michael Schumacher

Michael Schumacher Jr. concentrates his practice in employee benefits law, with a focus on institutional investors and their participation and recovery in securities fraud and ERISA class actions. Prior to joining Saxena White, Mr. Schumacher obtained extensive experience in areas ranging from administration and compliance for Taft Hartley benefit funds, to meeting fiduciary obligations for Taft Hartley fund trustees.

Mr. Schumacher earned a B.A. at the University of California, Berkeley, and a J.D. at the University of Southern California Law School. He currently resides in San Francisco, California.

---

## Greg Stone

Mr. Stone is the firm's Director of Case Analysis and was most recently associated with one of the nation's leading securities fraud class action litigation firms in New York. He is responsible for managing the initial quantitative and qualitative analysis provided to Saxena White attorneys on potential violations of federal and state securities laws by public companies.

He earned an undergraduate degree in Accounting from The University of Pennsylvania before obtaining his MBA from UCLA. He has many years of professional financial experience, having worked with a major Big Four accounting firm, major investment brokerage houses, and hedge funds in New York.

---

# EXHIBIT B

**Terayon As of 9/3/08**

|  | Hrs | Rate |  |
|---|---|---|---|
| **Ariel Acevedo** |  |  |  |
| SAXENA WHITE, PA:Terayon (Open) 10B | 104.75 | 500.00 | 52,375.00 |
| **Austin B McCook** |  |  | - |
| SAXENA WHITE, PA:Terayon (Open) 10B | 42.00 | 275.00 | 11,550.00 |
| **Christopher S Jones** |  |  | - |
| SAXENA WHITE, PA:Terayon (Open) 10B | 86.25 | 575.00 | 49,593.75 |
| **Joseph E White** |  |  | - |
| SAXENA WHITE, PA:Terayon (Open) 10B | 60.50 | 575.00 | 34,787.50 |
| **Lester R Hooker** |  |  | - |
| SAXENA WHITE, PA:Terayon (Open) 10B | 169.00 | 385.00 | 65,065.00 |
| **Maya S Saxena** |  |  | - |
| SAXENA WHITE, PA:Terayon (Open) 10B | 8.25 | 575.00 | 4,743.75 |
| **TOTAL** | **470.75** |  | **$ 218,115.00** |

# EXHIBIT C

## Terayon Expenses

| Service | Act. Cost |
|---|---:|
| Consulting | 375.00 |
| Experts | 687.50 |
| Investigating Expense | 15,173.13 |
| Meals & Meetings | 372.29 |
| Internal Printing, Copying, Faxing, Telephone | 2,950.00 |
| Postage and Delivery | 4.46 |
| Online Research | 282.95 |
| Travel | 3,841.40 |
| **TOTAL** | **23,686.73** |