Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756

**Liaison Counsel for Plaintiff and the Class**

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382

Kim E. Miller (178370)
KAHN GAUTHIER SWICK, LLC
12 East 41st St., 12th Floor
New York, NY10017
Tel: (212) 696-3730
Fax: (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498

**Co-Lead Counsel for Plaintiff and the Class**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADRIAN MONGELI, Individually, And On Behalf Of All Others Similarly Situated,

Plaintiff,

vs.

TERAYON COMMUNICATION SYSTEMS, INC., JERRY D. CHASE, RAY FRITZ, EDWARD LOPEZ, CAROL LUSTENADER, MATTHEW MILLER, ZAKI RAKIB, SHLOMO RAKIB, MARK A. RICHMAN, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, DOUG SABELLA and ERNST & YOUNG, LLP

Defendants.

**CIVIL DOCKET NO.: 06-CV-03936 CW**

**CLASS ACTION**

**DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**Date:** **September 18, 2008**
**Time:** **2:00 p.m.**
**Courtroom:** **2**
**Judge: Hon. Claudia A. Wilken**

DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
CASE NO.: 3-06-CV-03936 CW

I, Michael D. Braun, declare as follows:

1. I am a principal with the Braun Law Group, P.C. ("BLG") and I submit this declaration in support of the firm's application for an award of attorney's fees and expenses in connection with services rendered in the above-entitled action. BLG acted as Liaison Counsel for Plaintiff and the Class in this class action.

2. The tasks undertaken by BLG included: assisting lead counsel with the research, preparation and filing of stipulations and motions including the lead plaintiff motion, administrative motions and opposition to Defendants' motions to dismiss; editing and filing the amended complaint; meetings and correspondence with lead counsel regarding settlement and case strategy; preparing for and attending court hearings; and assisting in the drafting and review of settlement papers.

3. With respect to the standing of counsel in this case, I have attached the firm resume of BLG as Exhibit A, which includes a brief biography of the firm.

4. The schedule attached hereto as Exhibit B is a summary of the amount of time, by category, spent in this litigation, and the lodestar calculation based on the firm's current billing rates. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm.

5. The total number of hours expended on this litigation by my firm is 72.5 hours. The total lodestar for my firm is $26,385. Time expended in preparing the application for attorney's fees and reimbursement of expenses has not been included in this request.

6. Furthermore, the firm's lodestar is based upon the firm's billing rates and does not include charges for expenses. Expense items are billed separately and such charges are not duplicated in my firm's billing rates. As detailed in Exhibit C, the firm has incurred a total of $6,351.83 in un-reimbursed expenses in connection with the prosecution of this litigation.

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed this 29th day of August, 2008 at Los Angeles, California.

Executed on this 28th day of August, 2008.

*/S/ Michael D. Braun*
MICHAEL D. BRAUN

# EXHIBIT A



12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel 310-442-7755
Fax 310-442-7756
info@braunlawgroup.com

# FIRM BIOGRAPHY

The Braun Law Group, P.C. specializes in the prosecution of complex class actions throughout the United States. The firm currently has a leadership role in nearly a dozen consumer and securities class actions.

## Michael D. Braun

Mr. Braun has represented shareholders and consumers in class action litigation for the past 14 years. He was named Lawyer of the Year in 2000 by California Lawyer Magazine, and a Super Lawyer from 2005-2008 by Los Angeles Magazine. Mr. Braun is a graduate of the London School of Economics, Loyola Law School, the Hague Academy of International Law and the University of California at Los Angeles. Mr. Braun is a member of the California, New York and District of Columbia bars, and is licensed as an English Solicitor.

REPRESENTATIVE SECURITIES CASES

*Small v. Fritz Co.*, Supreme Court of California, 30 Cal. 4th 167 (April 7, 2003) (created new law in the state of California for shareholders that held shares in detrimental reliance on false statements made by corporate officers. The decision was widely covered by national media including The National Law Journal, Los Angeles Times, New York Times, and the New York Law Journal, among others and was heralded as a significant victory for shareholders.

*In re Apria Healthcare Group Securities Litigation*, Master File No. 797060 (Superior Court of California, Orange County) (recovery of $42 million)

*In re Complete Management Inc. Sec. Litig.*, Master File No. 99 Civ. 1454 (NRB) (S.D.N.Y.) (recovery of $11.0 million)

*In re Cybermedia, Inc. Securities Litigation*, Master File No. 98-1811CBM (Ex) (C.D. Ca.) (recovery of $10.5 million)

*In re Stratosphere Securities Litigation*, Master File No. CV-S-96-00708-PMP (RLH) (D. Nev.) (recovery of $9 million)

*In re Ascend Communications Securities Litigation*, Case No. 97-9376 MRP (AN) (C.D. Ca. 2002) (recovery of $5.45 million)

*In re Brightpoint Securities Litigation*,(S.D. Indiana 2003) (recovery of $5.5 million)

*In re Spectrian Corp. Securities Litigation*, Master File No. C-97-4672-CW (N.D. Ca.) (recovery of $2.975 million)

*In re 2TheMart.com Securities Litigation*, 114 F.Supp 2d 955 (C.D.Ca. 2002) (recovery of $3.0 million)

*In re Irvine Sensors Securities Litigation*, 2003 U.S. Dist. LEXIS 18397 (C.D.Ca. 2003) (recovery of $3.5 million)

## REPRESENTATIVE CONSUMER CASES

*Outten, et al v. American InterContinental University, Inc.*, Case No. BC318199 (Los Angeles Superior Court 2004)

*Stransky v. Bank of America Corporation*, Case No. BC319261 (Los Angeles Superior Court 2004)

*Harrell v. Philips Electronics North America Corporation*, Case No. (Los Angeles Superior Court 2004)

*Nilsen, et al. v. Brooks Institute of Photography, et al.*, Case No. 1165597 (Santa Barbara Superior Court 2005)

*Thurston, et al. v. Brooks College, Ltd.*, Case No. NC036756 (Los Angeles County Superior Court 2005)

*Goyette, et al. v. Capital One Bank, et al.*, Case No. CV 05-3458 RGK (PLAx) (C.D. Ca. 2005)

*Frey v. Allied Domecq Spirits and Wine Americas, Inc.*, Case No. CV05-5216 CAS (Ctx) (C.D. Ca. 2005)

*Schafer v. Dell Inc.*, Case No. CGC-06-457335 (San Francisco Superior Court 2006)

# EXHIBIT B

**Exhibit B**

**Time Report**
Braun Law Group, P.C.

| | TOTAL HOURS | HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|
| ***Partners*** | | | |
| Michael Braun | 34.50 | $ 550.00 | $ 18,975.00 |
| ***Paralegals*** | | | |
| Leitza Molinar | 38.00 | $ 195.00 | $ 7,410.00 |
| | **72.50** | | **$ 26,385.00** |

# EXHIBIT C

# Exhibit C

## Expense Report

Braun Law Group, P.C.

| | | |
|---|---|---|
| Messengers/Overnight Services/Postage | $ | 1,247.67 |
| Filing Fees/Efiling/Pacer | $ | 247.28 |
| Lexis | $ | 953.19 |
| | | |
| Meals, Hotels & Transportation | $ | 654.89 |
| Copies & Scans | $ | 3,248.80 |
| TOTAL | $ | 6,351.83 |