UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------------x
ADRIAN MONGELI, Individually, And On ) CASE NO.: C 06-03936 CW
Behalf Of All Others Similarly Situated, )
  )
Plaintiffs, ) **CLASS ACTION**
  )
v. )
  )
TERAYON COMMUNICATION SYSTEMS, )
INC., ZAKI RAKIB, JERRY D. CHASE, )
MARK A. RICHMAN, EDWARD LOPEZ, )
RAY FRITZ, CAROL LUSTENADER, )
MATTHEW MILLER, SHLOMO RAKIB, )
DOUG SABELLA, CHRISTOPHER )
SCHAEPE, MARK SLAVEN, LEWIS )
SOLOMON, HOWARD W. SPEAKS, )
ARTHUR T. TAYLOR, DAVID WOODROW, )
and ERNST & YOUNG, LLP, )
  )
Defendants )
  )
------------------------------------------------------------x

## SUPPLEMENT No. 1
*to the*
## DECLARATION OF JASON ZUENA
## REGARDING THE MAILINGS OF THE NOTICE AND PROOF OF CLAIM

I, Jason Zuena, declare:

1. I am Assistant Director of Operations for The Garden City Group, Inc. ("GCG"), the Claims Administrator, authorized pursuant to the Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Order"), dated April 14, 2008, in connection with the settlement of the above-captioned action (the "Settlement"). This purpose of this Supplement No. 1 is to report on the exclusion requests and objections received in connection with this Settlement.

2. Question Number 13 of the Notice informed potential Class Members that written requests for exclusion were to be mailed and postmarked no later than August 28, 2008, addressed to Terayon Communication Systems, Inc. Securities Litigation Exclusions, c/o The Garden City Group, Inc. P.O. Box 9257, Dublin, OH 43017-4657. GCG has been monitoring all

mail delivered to that Post Office Box. As of this date, we have received 4 requests for exclusion from the Class. A report listing these requests for exclusion is attached hereto as Exhibit A.

      3.      As of this date, GCG has not received any written objections to the Settlement.

I, Jason Zuena, declare under penalty of perjury that the foregoing is true and correct.

Date: September 4, 2008

*[signature]*
Jason Zuena

# EXHIBIT A

Case 4:06-cv-03936-CW     Document 119-2     Filed 09/04/2008     Page 1 of 7

| EXC10 | | Exclusion Report | | | Page 1 of 1 | |
| EXC10037 | | TERAYON COMMUNICATION SYSTEMS, INC. | | | 04-Sep-08 10:27 AM | |
| IdNo Description | Name | Phone No | Postmark Date | Acct No | Status |
| 244 EATON NATIONAL | EATON NATIONAL BANK | | 05/23/08 | | Timely |
| | Associated Claims | | | | |
| 430 EWT LLC | EWT. LLC | | 06/13/08 | | Timely |
| | Associated Claims | | | | |
| 1002430 NEWMAN, JOHN H | JOHN H NEWMAN & NANCY C NEWMA | | 05/20/08 | | Timely |
| | Associated Claims | | | | |
| 1042575 PORTSMOUTH, YON | YONIQUE M PORTSMOUTH | | 07/10/08 | | Timely |
| | Associated Claims | | | | |

Total 4



THE GARDEN CITY GROUP, INC.

May 22, 2008

Terayon Communications Systems Inc
C/O The Garden City Group, Inc
P.O. Box 9257
Dublin, OH 43017-4657

To Whom it May Concern:

Eaton National Bank
110 West Main Street
Eaton, OH 45320

Do herby wish to be excluded from the Terayon Communication securities litigation, cusip No. 880775101. We have not held this account since December 2001.

Sincerely,

Myra Frame
Trust Officer

 

THE GARDEN CITY GROUP, INC.

May 27, 2008

Terayon Communication Systems, Inc. Securities Litigation Exclusions
c/o The Garden City Group, Inc.
P.O. Box 9257
Dublin, OH 43017-4657

Re:   Mongeli v. Terayon Communication Systems, Inc. Securities Litigation

Dear Class Action Administrator:

EWT, LLC, located at 9242 Beverly Blvd., Suite 300, Beverly Hills, CA 90210, wishes to be excluded from the class action lawsuit Mongeli v. Terayon Communication Systems, Inc., No. 3-06-CV-03936. Unfortunately, I am unable to include a list of all purchases and sales of Refco, Inc. securities during the Class Period, but I do know that we did make purchases and sales during that period.

Please fax, e-mail, or send me a confirmation that you have received this request to be excluded from the class.

Thank You,

Shirley Scheker
Corporate Counsel
EWT, LLC
Phone: (310) 651-9754
Fax: (310) 388-5521
sscheker@ewtllc.com

9242 Beverly Blvd., Suite 300, Beverly Hills, CA 90210   TEL 310.651.9740   FAX 310.651.9759



May 14, 2008

THE GARDEN CITY GROUP, INC.

Terayon Communications Systems, Inc. Securites Litigation EXCLUSIONS
C/o The Garden City Group
PO Box 9257
Dublin OH 43017-4657

Please exclude the John H. Newman and Nancy C. Newman Family Trust dtd 3/18/1993 and John H. Newman and Nancy Newman, Trustees, from the Settlement Class Mongeli v. Terayon Communications Systems, Inc. No 3-06-CV-03936 CW (ND Cal).

Purchases: 2000 common shares on 11/14/2003
Sales: 2000 common shares on 8/9/2004

Please let us know promptly by mail if this request for exclusion is defective in any manner.

John H. Newman and Nancy C. Newman
Family Trust dtd 3/18/1993
John H. Newman and/or Nancy C. Newman, Trustees
312 Devonshire Blvd
San Carlos, CA
650 592 8737

Date: July 8 2008.

Notice is hereby given that I Yonique Portsmouth want to be excluded from Mongeli V. Terayon Communications Systems, Inc., No. 3-06-CV-03936CW (N.D. Cal.).

My Address Is: 4438 Via De Los Cepillos Bonsall, Ca. 92003. My Telephone number is 951-897-0675. See Page 2 for stock transactions.

*[signature]*

RECEIVED
JUL 14 2008
THE GARDEN CITY GROUP, INC.

| Date | Investment | Activity | Quantity |
|---|---|---|---|
| r Ending 12/31/2000 | | | |
| 4/17/2000 | Terayon Com Apr 55 | Buy | 500 |
| 4/18/2000 | Terayon Com Apr 55 | Sell | 500 |
| r Ending 12/31/2001 | | | |
| 1/30/2001 | Terayon Com | Buy | 1,000 |
| 2/1/2001 | Terayon Com | Buy | 300 |
| 2/3/2001 | Terayon Com | Buy | 1,000 |
| 5/8/2001 | Terayon Com | Buy | 1,000 |
| 9/1/2001 | Terayon Com | Sell | 3,300 |
| 10/16/2001 | Terayon Com | Buy | 1,000 |
| 12/20/2001 | Terayon Com | Buy | 1,300 |
| 12/20/2001 | Terayon Com | Buy | 700 |
| r Ending 12/31/2002 | | | |
| 3/6/2002 | Terayon Com | Buy | 2,000 |
| 5/13/2002 | Terayon Com | Buy | 3,000 |
| 6/12/2002 | Terayon Com | Sell | 6,800 |
| 6/12/2002 | Terayon Com | Sell | 200 |
| 7/3/2002 | Terayon Com | Sell | 1,000 |
| 10/1/2002 | Terayon Com | Buy | 1,500 |
| 10/23/2002 | Terayon Com | Sell | 1,500 |
| 12/19/2002 | Terayon Com | Buy | 2,000 |
| r Ending 12/31/2003 | | | |
| 1/3/2003 | Terayon Com | Sell | 2,000 |
| r Ending 12/31/2004 | | | |
| 11/22/2004 | Terayon Com | Buy | 1,000 |
| 12/2/2004 | Terayon Com | Sell | 600 |
| 12/2/2004 | Terayon Com | Sell | 300 |
| 12/2/2004 | Terayon Com | Sell | 100 |
| 12/16/2004 | Terayon Com | Buy | 1,000 |
| 12/22/2004 | Terayon Com | Sell | 1,000 |
| r Ending 12/31/2005 | | | |
| 2/22/2005 | Terayon Com | Buy | 1,000 |
| 3/14/2005 | Terayon Com | Sell | 1,000 |

Page 2