BRAUN LAW GROUP, P.C.
Michael D. Braun (167413)
12304 Santa Monica Boulevard, Suite 109
Los Angeles, California 90025
Tel: 310.422.7755
Fax: 310.442.7756
*Liaison Counsel*

SAXENA WHITE, P.A.
Maya S. Saxena
Joseph E. White, III
2424 North Federal Highway, Suite 2150
Boca Raton, Florida 33431
Tel: 561.394.3399
*Co-Lead Counsel for Lead Plaintiff and the Class*

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn (*pro hac vice*)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: 504.455.1400
Fax: 504.455.1498

- and -

KAHN GAUTHIER SWICK, LLC
Kim E. Miller (178370)
12 East 41st Street, Suite 1200
New York, New York 10017
Tel: 212.696.3730
Fax: 504.455.1498
*Co-Lead Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN G. MONGELI, Individually And On Behalf of All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>vs.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., JERRY D. CHASE, RAY FRITZ, EDWARD LOPEZ, CAROL LUSTENADER, MATTHEW MILLER, ZAKI RAKIB, SHLOMO RAKIB, MARK A. RICHMAN, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, DOUG SABELLA and ERNST & YOUNG, LLP<br><br>Defendants. | Civil Docket No. 4:06-cv-03936-CW<br><br>**DECLARATION OF LEAD PLAINTIFF ADRIAN G. MONGELI IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:       September 18, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2<br>Judge:      Hon. Claudia A. Wilken |

1

I, Adrian G. Mongeli, declare as follows:

1.  I am the Court-appointed Lead Plaintiff in this case. I submit this declaration in support of approval of the settlement and award of attorneys' fees and costs, and in support of my request for reimbursement for my time expended overseeing and assisting counsel with the prosecution of this litigation, in the amount of $2,341.67, in addition to my *pro rata* share of the settlement.

2.  On June 23, 2006, the initial complaint in this action was filed by I.B.L. Investments, Ltd. ("IBL"). I purchased Terayon Communication Systems, Inc. ("Terayon") securities between June 28, 2001 and March 1, 2006 (the "Class Period"). Both IBL and I filed competing motions for lead plaintiff on September 11, 2006. IBL withdrew its motion for appointment as lead plaintiff on September 22, 2006. The Court appointed me as Lead Plaintiff on November 8, 2006, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and approved my selection of Kahn Gauthier Swick, LLC and Saxena White, P.A. as Lead Counsel and Braun Law Group as Liaison Counsel.

3.  On January 8, 2007, through Lead Counsel, I filed on my behalf and for the Class an Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint"), alleging among other things that Defendants had issued materially false and misleading statements and omissions during the Class Period and omitted to disclose the true facts that: (a) Terayon's reported financial results were attributable to improper accounting practices; (b) several Individual Defendants engaged in improper insider stock sales; (c) Terayon's internal accounting controls were materially flawed; and (d) Terayon's outside auditor, Defendant Ernst & Young, ignored purported "red flags" during the Class Period. The Complaint alleges that when the truth was revealed, the stock price declined, causing damages the members of the Class. I reviewed and discussed the amended complaint with counsel and approved its filing.

4.  After the motions to dismiss were fully briefed and after a hearing set for the motions to dismiss had been reset the business day prior to anticipated hearing of the motions, settlement negotiations ensued. I was involved in the negotiation process, and apprised of all

efforts by my counsel to resolve the litigation. I approve of the settlement for $2,730,000 in cash, which I represents the best attainable result for the Class in light of the risks of continuing to litigate this case through trial and potential appeals.

5. I also approve Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and I agree to Lead Counsel's request for attorneys' fees of 33⅓ percent of the settlement fund, which is the percentage I initially contracted for with counsel, and for reimbursement of their expenses related to this litigation.

6. I have been actively involved in all phases of this litigation and have spent 18.73 hours in this Litigation on a variety of tasks. These tasks included: communicating regularly with counsel on all aspects of the litigation; discussing, and approving strategy; reviewing and approving the lead plaintiff motion; approving and accepting the appointment of co-lead counsel; reviewing and commenting on the amended complaint; review of the opposition to defendants' motions to dismiss; reading and reviewing the ADR rules of this Court; and reviewing and approving the proposed plan of allocation and the settlement papers.

7. In my normal course of business, I charge $125 per hour as a software developer and consultant. I have multiplied the total amount that I spent in this Litigation with my hourly consulting rate, which totals $2,341.67. In light of the above, I respectfully request that the Court grant my request for reimbursement for time expended, in the amount of $2,341.67.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27 day of AUG., 2008 at CALABASAS, CALIFORNIA.

_____
Adrian G. Mongeli