1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA 90025
3  Tel:  (310) 442-7755
   Fax:  (310) 442-7756
4
   **Liaison Counsel for Plaintiff and the Class**
5
6  Maya Saxena                                    Kim E. Miller (178370)
   Joseph E. White, III                           KAHN GAUTHIER SWICK, LLC
   SAXENA WHITE P.A.                              12 East 41st St., 12th Floor
7  2424 North Federal Highway, Suite 257          New York, NY 10017
   Boca Raton, FL 33431                           Tel:  (212) 696-3730
8  Tel:  (561) 394-3399                           Fax:  (504) 455-1498
   Fax:  (561) 394-3382
9
   Lewis Kahn
10 KAHN GAUTHIER SWICK, LLC
   650 Poydras Street, Suite 2150
11 New Orleans, LA 70130
   Tel:  (504) 455-1400
12 Fax:  (504) 455-1498

13 **Co-Lead Counsel for Plaintiff and the Class**

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 ADRIAN MONGELI, Individually, And     )   CASE NO.: 4-06-CV-03936 CW
   On Behalf Of All Others Similarly Situated, )
19                                        )   **CLASS ACTION**
                                          )
20              Plaintiff,                )   **PROOF OF SERVICE**
                                          )
21     vs.                                )   Date:       September 18, 2008
                                          )   Time:       2:00 p.m.
22 TERAYON COMMUNICATION                  )   Courtroom:  2
   SYSTEMS, INC., JERRY D. CHASE,         )   Judge: Hon. Claudia A. Wilken
23 RAY FRITZ, EDWARD LOPEZ, CAROL         )
   LUSTENADER, MATTHEW MILLER,            )
24 ZAKI RAKIB, SHLOMO RAKIB, MARK         )
   A. RICHMAN, CHRISTOPHER                )
25 SCHAEPE, MARK SLAVEN, LEWIS            )
   SOLOMON, HOWARD W. SPEAKS,             )
26 ARTHUR T. TAYLOR, DAVID                )
   WOODROW, DOUG SABELLA and              )
27 ERNST & YOUNG, LLP                     )
                                          )
28              Defendants.               )
   _____)

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

On September 4, 2008, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

**ORDER APPROVING AWARD OF ATTORNEYS' FEES AND EXPENSES AND PLAN OF ALLOCATION**

**DECLARATION OF LEWIS S. KAHN IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**DECLARATION OF JOSEPH E. WHITE IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**SUPPLEMENT NO. 1 TO THE DECLARATION OF JASON ZUENA REGARDING THE MAILINGS OF THE NOTICE AND PROOF OF CLAIM**

**DECLARATION OF LEAD PLAINTIFF ADRIAN G. MONGELI IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**PROOF OF SERVICE**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Lionel Z. Glancy, Esq. | info@glancylaw.com |
| Michael M. Goldberg, Esq. | info@glancylaw.com |
| Maya Saxena, Esq. | msaxena@saxenawhite.com |
| Kim E. Miller, Esq. | kim.miller@kgscounsel.com |

**Counsel for Plaintiffs**

2

| | | |
|---|---|---|
| 1 | Patrick Edward Gibbs, Esq. | patrick.gibbs@lw.com |
| 2 | | zoila.aurora@lw.com |

**Counsel for Defendant**
**Terayon Communications Systems, Inc.**
**and Individual Defendants**

| | | |
|---|---|---|
| 5 | Sheila Anil Jambekar, Esq. | sjambekar@morganlewis.com |
| 6 | John Henry Hemann, Esq. | jhemann@morganlewis.com |
| 7 | Michael John Lawson, Esq. | michael.lawson@morganlewis.com |

**Counsel for Defendant Ernst & Young LLP**

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 4, 2008, at Los Angeles, California 90025.

                                    /S/ LEITZA MOLINAR
                                    Leitza Molinar