# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN G. MONGELI, Individually And On Behalf of All Others Similarly Situated,<br><br>           Lead Plaintiff,<br><br>vs.<br><br>TERAYON COMMUNICATION SYSTEMS, INC., JERRY D. CHASE, RAY FRITZ, EDWARD LOPEZ, CAROL LUSTENADER, MATTHEW MILLER, ZAKI RAKIB, SHLOMO RAKIB, MARK A. RICHMAN, CHRISTOPHER SCHAEPE, MARK SLAVEN, LEWIS SOLOMON, HOWARD W. SPEAKS, ARTHUR T. TAYLOR, DAVID WOODROW, DOUG SABELLA and ERNST & YOUNG, LLP<br><br>           Defendants. | Civil Docket No. 4:06-cv-03936-CW<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING AWARD OF ATTORNEYS' FEES AND EXPENSES AND PLAN OF ALLOCATION**<br><br>Date:      September 18, 2008<br>Time:      2:00 p.m.<br>Courtroom: 2<br>Judge:     Hon. Claudia A. Wilken |

THIS MATTER having come before the Court on Lead Plaintiff's application for approval of the award of attorneys' fees and expenses and the Plan of Allocation; the Court having considered all papers filed and proceedings, and otherwise being fully informed and good cause appearing;

IT IS HEREBY ORDERED that:

1. For purposes of this Order, the terms used herein shall have the same meanings set forth in the Stipulation of Settlement dated as of February 19, 2008 ("Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them that Lead Counsel would seek an award of attorneys' fees no greater than 33⅓ percent of the settlement fund and expenses no greater than $100,000, and their right to object. A full and fair opportunity was given to all Persons and entities who are Class Members to be heard with respect to the application for the award of attorneys' fees and expenses. The Court finds and concludes that the requested fee award is reasonable and awards attorneys' fees of 25 percent of the settlement fund, with interest, and expenses totaling $44,821.88.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them that Lead Plaintiff would seek reimbursement of time and expenses. A full and fair opportunity was given to all Persons and entities who are Class Members to be heard with respect to Lead Plaintiff's application for the reimbursement of time and expenses. The Court finds and concludes that the requested reimbursement for time and expenses is reasonable and awards Lead Plaintiff $2,341.67.

4. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them of the Plan of Allocation and of their right to object, and a full and fair opportunity was given to all Persons and entities who are Class

2

Order Approving Award of Attorneys
Fees and Expenses and Plan of Allocation
Mongeli v. Terayon et al; Civil Docket no. 3:06-cv-03936-CW

Members to be heard with respect to the Plan of Allocation. The Court finds that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

   IT IS SO ORDERED.

DATED: 9/23/08

THE HONORABLE CLAUDIA A. WILKEN
UNITED STATES DISTRICT JUDGE

Submitted by:

SAXENA WHITE, P.A.

/s/ Joseph E. White
Joseph E. White, III
Maya S. Saxena
2424 North Federal Highway, Suite 2150
Boca Raton, Florida  33431
Tel: 561.394.3399
*Co-Lead Counsel for Lead Plaintiff and the Class*

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn (*pro hac vice*)
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Tel: 504.455.1400
Fax: 504.455.1498

  - and -

KAHN GAUTHIER SWICK, LLC

3

**Order Approving Award of Attorneys
Fees and Expenses and Plan of Allocation**
Mongeli v. Terayon et al; Civil Docket no. 3:06-cv-03936-CW

| | |
|---|---|
| 1 | Kim E. Miller (178370) |
| 2 | 12 East 41st Street, Suite 1200 |
| | New York, New York  10017 |
| 3 | Tel: 212.696.3730 |
| | Fax: 504.455.1498 |
| 4 | *Co-Lead Counsel for Lead Plaintiff* |
| 5 | *and the Class* |
| 6 | BRAUN LAW GROUP, P.C. |
| | Michael D. Braun (167413) |
| 7 | 12304 Santa Monica Boulevard, Suite 109 |
| | Los Angeles, California  90025 |
| 8 | Tel: 310.422.7755 |
| 9 | Fax: 310.442.7756 |
| | *Liaison Counsel* |

4

Order Approving Award of Attorneys
Fees and Expenses and Plan of Allocation
Mongeli v. Terayon et al; Civil Docket no. 3:06-cv-03936-CW